# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff(s):** Tyler Bowyer ; Loraine Pellegrino ; Nancy Cottle ; Anthony Kern ; James R Lamon ; Jake Hoffman ; Greg Safsten ; Kelli Ward ; Michael Ward ; Sam Moorhead ; Robert Montgomery ; Michael John Burke ; Christopher M King ; Salvatore Luke Scarmardo | **Defendant(s):** Doug Ducey , Governor; Katie Hobbs , Arizona Secretary of State |
| County of Residence: Maricopa | County of Residence: Maricopa |
| County Where Claim For Relief Arose: Maricopa | |

Plaintiff's Atty(s):

Alexander Kolodin
Kolodin Law Group PLLC
3443 N. Central Ave. Ste. 1009
Phoenix , Arizona  85012
6027302985

Defendant's Atty(s):

II. Basis of Jurisdiction:      3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties **(Diversity Cases Only)**

           Plaintiff:- **1 Citizen of This State**
           Defendant:- **1 Citizen of This State**

IV. Origin :      **1. Original Proceeding**

V. Nature of Suit:      **441 Voting**

VI. Cause of Action:      **42 U.S.C. § 1983 Deprivation of rights**

VII. Requested in Complaint
         Class Action: **No**
         Dollar Demand:

Jury Demand: **No**

VIII. This case **is not related** to another case.

**Signature:** <u>Alexander Kolodin</u>

**Date:** <u>12/1/2020</u>

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014