IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TYLER BOWYER, MICHAEL JOHN BURKE, NANCY COTTLE, JAKE HOFFMAN, ANTHONY KERN, CHRISTOPHER M. KING, JAMES R. LAMON, SAM MOORHEAD, ROBERT MONTGOMERY, LORAINE PELLEGRINO, GREG SAFSTEN, SALVATORE LUKE SCARMARDO, KELLI WARD, and MICHAEL WARD;<br><br>Plaintiffs,<br><br>v.<br><br>DOUG DUCEY, in his official capacity as Governor of the State of Arizona, and KATIE HOBBS, in her official capacity as the Arizona Secretary of State;<br><br>Defendants. | Case No.<br><br>**PROPOSED ORDER GRANTING EMERGENCY INJUNCTION RELIEF** |

THE COURT has before it Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction filed December 2, 2020, seeking:

1. An order directing Governor Ducey and Secretary Hobbs to de-certify the election results;

2. An order enjoining Governor Ducey from transmitting the currently certified election results the Electoral College;

3. An immediate emergency order to seize and impound all servers, software, voting machines, tabulators, printers, portable media, logs,

ballot applications, ballot return envelopes, ballot images, paper ballots, and all election materials related to the November 3, 2020 Arizona election for forensic audit and inspection by the Plaintiffs;

4. An order that no votes received or tabulated by machines that were not certified as required by federal and state law be counted;

5. A declaratory judgment declaring that Arizona's failed system of signature verification violates the Electors and Elections Clause by working a de facto abolition of the signature verification requirement;

6. A declaratory judgment declaring that currently certified election results violate the Due Process Clause, U.S. CONST. Amend. XIV;

7. A declaratory judgment declaring absentee ballot fraud occurred in violation of Constitutional rights, Election laws and under state law;

8. A permanent injunction prohibiting the Governor and Secretary of State from transmitting the currently certified results to the Electoral College based on the overwhelming evidence of election tampering;

9. Immediate production of 48 hours of security camera recording of all rooms used in Maricopa County for November 3, 2020 and November 4, 2020.

10. Plaintiffs further request the Court grant such other relief as is just and proper, including but not limited to, the costs of this action and their reasonable attorney fees and expenses pursuant to 42 U.S.C. 1988.

The Court has reviewed the terms and conditions of this Emergency Injunctive Relief Order, and for good cause shown IT IS HEREBY ORDERED THAT:

1. A Temporary Restraining Order is immediately in effect to preserve the voting machines in the State of Arizona, and to prevent any wiping or alteration of data or other records or materials, until such time as a full computer audit is completed.

2. Governor Ducey and Secretary Hobbs are to de-certify the election results.

3. Governor Ducey is hereby enjoined from transmitting the currently certified election results to the Electoral College.

4. Governor Ducey is required to transmit certified election results that state that President Donald Trump is the winner of the election.

5. It is hereby Ordered that no votes received or tabulated by machines that were not certified as required by federal and state law be counted.

6. It is hereby declared and Ordered that Arizona's failed system of signature verification violates the Electors and Elections Clause by working a de facto abolition of the signature verification requirement.

7. It is hereby declared and ordered that the currently certified election results violate the Due Process Clause, U.S. CONST. Amend. XIV.

8. It is hereby declared that absentee ballot fraud occurred in violation of Constitutional rights, Election laws and under Arizona state law.

9. It is hereby declared and Ordered that Governor Ducey and Secretary Hobbs are enjoined from transmitting the currently certified results to the Electoral College based on the overwhelming evidence of election tampering.

10. It is hereby ordered that 48 hours of security camera recording of all rooms used in the voting process in Maricopa County be immediately produced.

DATED this _____ day of _____, 2020.

Honorable _____
United States District Judge