1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tyler Bowyer, et al., | No. CV-20-02321-PHX-JAT |
|               Plaintiffs, | **ORDER** |
| v. | |
| Doug Ducey, et al., | |
|               Defendants. | |

The undersigned having taken Senior Status and being unable to accommodate the expedited schedule requested by Plaintiffs,[1] and pursuant to 28 U.S.C. § 455(a), I order the Clerk of the Court to reassign this case, by random draw, to another Judge in the District of Arizona.  I am informed by the Clerk of the Court that Judge Diane J. Humetewa has been drawn, accordingly,

**IT IS HEREBY ORDERED** that this matter is reassigned to the Honorable Diane J. Humetewa, United States District Judge.  All further pleadings and papers submitted for filing shall bear the following complete case number:  CV-20-2321-PHX-DJH.

Dated this 2nd day of December, 2020.

_James A. Teilborg_
Senior United States District Judge

---

[1] See 28 U.S.C. § 294(b).