Sidney Powell (pro hac application forthcoming)
Sidney Powell PC
Texas Bar No. 16209700
(517) 763-7499
Sidney@federalappeals.com


Alexander Kolodin, AZ Bar No. 030826
Christopher Viskovic, AZ Bar No. 035860[1]
**KOLODIN LAW GROUP PLLC**
3443 N. Central Ave. Ste. 1009
Phoenix, AZ  85012
Telephone: (602) 730-2985
Facsimile: (602) 801-2539
E-Mail:
Alexander.Kolodin@KolodinLaw.com
CViskovic@KolodinLaw.com
SAtkinson@KolodinLaw.com (file copies)

*Attorneys for Plaintiffs*
*(Additional counsel listed on signature page)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tyler Bowyer, Michael John Burke, Nancy Cottle, Jake Hoffman, Anthony Kern, Christopher M. King, James R. Lamon, Sam Moorhead, Robert Montgomery, Loraine Pellegrino, Greg Stafsten, Salvatore Luke Scarmardo, Keli Ward, and Michael Ward | Case No. 2:20-cv-02321-JAT |
| Plaintiffs, | |
| v. | **NOTICE OF ERRATA** |
| Doug Ducey, in his official capacity as Governor of the State of Arizona, and Katie Hobbs, in her official capacity as the Arizona Secretary of State | |
| Defendants. | |

[1] District of Arizona admission scheduled for 12/9/2020.

1
2
3     5:7-12 of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction should not have appeared in the final version of that document. We regret the error.

4
5     Respectfully submitted, this 2nd day of December 2020.

6                                                           /s Alexander Kolodin

7     Sidney Powell PC                          Kolodin Law Group PLLC
      Texas Bar No. 16209700                        AZ Bar No. 030826

8     2911 Turtle Creek Blvd, Suite 300        3443 N. Central Ave Ste 1009
9     Dallas, Texas 75219                          Phoenix, AZ 85012

10    *Application for admission pro hac vice
      forthcoming

11    Of Counsel:
12    Emily P. Newman (Virginia Bar No. 84265)
      Julia Z. Haller (D.C. Bar No. 466921)
13    Brandon Johnson (D.C. Bar No. 491730)

14    2911 Turtle Creek Blvd. Suite 300
      Dallas, Texas 75219

15    *Application for admission pro hac vice Forthcoming

16    L. Lin Wood (Georgia Bar No. 774588)
17    L. LIN WOOD, P.C.
      P.O. Box 52584
18    Atlanta, GA 30305-0584
      Telephone: (404) 891-1402

19    Howard Kleinhendler (New York Bar No. 2657120)
20    Howard Kleinhendler Esquire
      369 Lexington Ave. 12th Floor
21    New York, New York 10017
      (917) 793-1188
22    howard@kleinhendler.com

23
24
25
26
27
28

CERTIFICATE OF SERVICE

1

2    I hereby certify that on December, 2nd , 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

3

4    By: /s/ Sean Atkinson

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28