IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tyler Bowyer, Michael John Burke, Nancy Cottle, Jake Hoffman, Anthony Kern, Christopher M. King, James R. Lamon, Sam Moorhead, Robert Montgomery, Loraine Pellegrino, Greg Safsten, Salvatore Luke Scarmardo, Kelli Ward and Michael Ward;<br><br>Plaintiffs,<br><br>v.<br><br>Doug Ducey, in his official capacity as Governor of the State of Arizona, and Katie Hobbs, in her capacity as Secretary of State of the State of Arizona;<br><br>Defendants. | Case No. 2:20-cv-02321-JAT<br><br>**PROPOSED ORDER GRANTING PLAINTIFFS' MOTION TO FILE IDENTIFYING INFORMATION IN AFFIDAVITS UNDER SEAL AND FOR IN-CAMERA REVIEW** |

THE COURT has before it Plaintiffs' Motion to File Identifying Information in Affidavits Under Seal and for In-Camera Review filed December 2, 2020, seeking:

1. Leave of Court to lodge the unredacted affidavits to the court under seal for in camera review. Specifically exhibits 1, 4, 12, and 13.

2. An Order of the Court that in all public filings their names or personally identifying information not be revealed to the public

The Court has reviewed the terms and conditions of the Motion to File Identifying Information in Affidavits Under Seal and for In-Camera Review, and for good cause shown IT IS HEREBY ORDERED THAT:

1. The unredacted affidavits be lodged to the Court under seal for in-camera review.
2. In all public filings the names or personally identifying information of the affiants discussed in the Motion to File Identifying Information in Affidavits Under Seal and for In-Camera Review not be revealed to the public.

DATED this _____ day of _____, 2020.


Honorable _____
United States District Judge