| | |
|---|---|
| Roopali H. Desai (024295)<br>D. Andrew Gaona (028414)<br>Kristen Yost (034052)<br>**COPPERSMITH BROCKELMAN PLC**<br>2800 North Central Avenue, Suite 1900<br>Phoenix, Arizona 85004<br>T: (602) 381-5478<br>rdesai@cblawyers.com<br>agaona@cblawyers.com<br>kyost@cblawyers.com<br><br>Justin A. Nelson (*pro hac vice* to be filed)<br>**SUSMAN GODFREY L.L.P.**<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002-5096<br>T: (713) 651-9366<br>jnelson@susmangodfrey.com | Stephen E. Morrissey (*pro hac vice* to be filed)<br>**SUSMAN GODFREY L.L.P.**<br>1201 Third Avenue, Suite 3800<br>Seattle, WA 98101-3000<br>T: (206) 516-3880<br>smorrissey@susmangodfrey.com<br><br>Stephen Shackelford (*pro hac vice* to be filed)<br>**SUSMAN GODFREY L.L.P.**<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019-6023<br>T: (212) 336-8330<br>sshackelford@susmangodfrey.com<br><br>Davida Brook (*pro hac vice* to be filed)<br>**SUSMAN GODFREY L.L.P.**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>T: (310) 789-3100<br>dbrook@susmangodfrey.com |

*Attorneys for Defendant Arizona Secretary of State Katie Hobbs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Tyler Bowyer; Michael John Burke; Nancy Cottle; Jake Hoffman; Anthony Kern; Christopher M. King; James R. Lamon; Sam Moorhead; Robert Montgomery; Loraine Pellegrino; Greg Safsten; Salvatore Luke Scarmardo; Kelli Ward; and Michael Ward,<br><br>    Plaintiffs,<br><br>v.<br><br>Doug Ducey, in his official capacity as Governor of the State of Arizona; and Katie Hobbs, in her official capacity as Arizona Secretary of State,<br><br>    Defendants. | No. CV-20-02321-PHX-DJH<br><br>**NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that Roopali H. Desai, D. Andrew Gaona, and Kristen Yost of Coppersmith Brockelman PLC and Justin A. Nelson, Stephen E. Morrissey, Stephen Shackelford, and Davida Brook of Susman Godfrey L.L.P. enter

{00525589.1 }

their appearance in this matter as counsel of record for Defendant Arizona Secretary of State Katie Hobbs.  Service of all correspondence, motions, orders, and other papers should be directed to:

| | |
|---|---|
| Roopali H. Desai<br>D. Andrew Gaona<br>Kristen Yost<br>Coppersmith Brockelman PLC<br>2800 North Central Avenue, Suite 1900<br>Phoenix, Arizona 85004<br>Telephone (602) 381-5478<br>rdesai@cblawyers.com<br>agaona@cblawyers.com<br>kyost@cblawyers.com<br><br>Justin A. Nelson<br>**SUSMAN GODFREY L.L.P.**<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002-5096<br>T:  (713) 651-9366<br>jnelson@SusmanGodfrey.com | Stephen E. Morrissey<br>**SUSMAN GODFREY L.L.P.**<br>1201 Third Avenue, Suite 3800<br>Seattle, WA 98101-3000<br>T:  (206) 516-3880<br>smorrissey@susmangodfrey.com<br><br>Stephen Shackelford<br>**SUSMAN GODFREY L.L.P.**<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019-6023<br>T:  (212) 336-8330<br>sshackelford@susmangodfrey.com<br><br>Davida Brook<br>**SUSMAN GODFREY L.L.P.**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>T:  (310) 789-3100<br>dbrook@susmangodfrey.com |

Respectfully submitted this 2nd day of December, 2020.

        **COPPERSMITH BROCKELMAN PLC**

        By  s/ Roopali H. Desai
          Roopali H. Desai
          D. Andrew Gaona
          Kristen Yost

        **SUSMAN GODFREY L.L.P.**
         Justin A. Nelson
         Stephen E. Morrissey
         Stephen Shackelford
         Davida Brook

        *Attorneys for Defendant Arizona Secretary of State Katie Hobbs*