IN THE UNITED STATES DISTRICT COURT,
FOR THE DISTRICT OF ARIZONA

**TYLER BOWYER, ET., AL.,**

Petitioner/Plaintiff,

and

**DOUG DUCEY**, in his official capacity as Governor of the State of Arizona, and **KATIE HOBBS** in her capacity as the Arizona Secretary of State,

Respondent/Defendant.

Case Action No. 2:20-at-99912

DECLARATION OF SERVICE

**SERVED ON:** Anni Foster-General Counsel, accepted service for the Arizona Governor Doug Ducey

**ADDRESS:** ☒ 1700 W. Washington St., 8th Floor, Phoenix, AZ 85007

THE UNDERSIGNED CERTIFIES UNDER PENALTY: THAT I JOHNNY MOORE BEING FULLY QUALIFIED THROUGH THE ARIZONA CODE OF JUDICIAL ADMINSTRATION UNDER ARCP 4(d),4(c), AND 45(d); ARFLP 40(C), TO SERVE PROCESS IN THIS ACTION WITHIN THE STATE IN WHICH IT WAS SERVED, HAVING BEEN SO APPOINTED BY THE COURT.

TYPE OF DOCUMENT(S)

1. Complaint for Declaration, Emergency, and Permanent Injunctive Relief (Election Matter) (TRO Requested);
2. Motion for Temporary Restraining Order and Preliminary Injunction;
3. Proposed Order.

THE CLIENT IS RESPONSIBLE FOR ALL AGREED UPON COSTS AND FEES RELATED TO THE ABOVE SERVICE OF PROCESS, AS AUTHORIZED BY A.R.S. §12-3301(C).

STATEMENT OF COST:       PROCESS OF SERVICE   $   55.00

SERVED ON: 12/02/2020   TIME: 11:45am

Johnny Moore (Process Server) #6007
Maricopa County

**ANNI FOSTER**
**GENERAL COUNSEL**

GOVERNOR DOUG DUCEY         OFFICE: (602) 542-1455
EXECUTIVE OFFICE            CELL: (602) 769-7492
1700 WEST WASHINGTON STREET  afoster@az.gov
PHOENIX, ARIZONA 85007-2883  www.azgovernor.gov