IN THE UNITED STATES DISTRICT COURT,
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **TYLER BOWYER, ET., AL.,**  Petitioner/Plaintiff, and **DOUG DUCEY**, in his official capacity as Governor of the State of Arizona, and **KATIE HOBBS** in her capacity as the Arizona Secretary of State, Respondent/Defendant. | Case Action No. 2:20-at-99912  DECLARATION OF SERVICE |

**SERVED ON:** Ariel Morin-Human Resources Manager/Secretary of State, accepted service for Katie Hobbs

**ADDRESS:** ☒ 1700 W. Washington St., 7th Floor, Phoenix, AZ 85007

THE UNDERSIGNED CERTIFIES UNDER PENALTY: THAT I JOHNNY MOORE BEING FULLY QUALIFIED THROUGH THE ARIZONA CODE OF JUDICIAL ADMINSTRATION UNDER ARCP 4(d),4(c), AND 45(d); ARFLP 40(C), TO SERVE PROCESS IN THIS ACTION WITHIN THE STATE IN WHICH IT WAS SERVED, HAVING BEEN SO APPOINTED BY THE COURT.

TYPE OF DOCUMENT(S)

1. Complaint for Declaration, Emergency, and Permanent Injunctive Relief (Election Matter) (TRO Requested);
2. Motion for Temporary Restraining Order and Preliminary Injunction;
3. Proposed Order.

THE CLIENT IS RESPONSIBLE FOR ALL AGREED UPON COSTS AND FEES RELATED TO THE ABOVE SERVICE OF PROCESS, AS AUTHORIZED BY A.R.S. §12-3301(C).

STATEMENT OF COST:                    PROCESS OF SERVICE    $    55.00

SERVED ON: 12/02/2020    TIME: 11:33am

Johnny Moore (Process Server) #6007
Maricopa County

**ARIEL MORIN**
HUMAN RESOURCES MANAGER
SECRETARY OF STATE KATIE HOBBS
1700 W. Washington Street
Phoenix, Arizona 85007-2808

Office: (602) 542-6170
Fax: (602) 542-1575
e-mail: amorin@azsos.gov

www.azsos.gov