Case 2:20-cv-02321-DJH

IN THE UNITED STATES DISTRICT COURT,
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **TYLER BOWYER, ET., AL.,**<br><br>Petitioner/Plaintiff,<br><br>and<br><br>**DOUG DUCEY**, in his official capacity as Governor of the State of Arizona, and **KATIE HOBBS** in her capacity as the Arizona Secretary of State,<br><br>Respondent/Defendant. | Case Action No. 2:20-at-99912<br><br><br><br>DECLARATION OF SERVICE |

**SERVED ON:** <u>Anni Foster-General Counsel, accepted service for the Arizona Governor Doug Ducey</u>

ADDRESS: ☒  1700 W. Washington St., 8ᵀᴴ Floor Phoenix, AZ 85007

THE UNDERSIGNED CERTIFIES UNDER PENALTY: THAT I YESENIA FELICIANO BEING FULLY QUALIFIED THROUGH THE ARIZONA CODE OF JUDICIAL ADMINISTRATION UNDER ARCP 4(d), 4(e), AND 45(d); ARFLP 40(C), TO SERVE PROCESS IN THIS ACTION WITHIN THE STATE IN WHICH IT WAS SERVED, HAVING BEEN SO APPOINTED BY THE COURT.

**DOCUMENT(S) SERVED**

1. <u>SUMMONS;</u>
2. <u>ORDER/EMAIL (BOWYER ET AL V. DUCEY ET AL ORDER), DATED 12/02/2020.</u>

THE CLIENT IS RESPONSIBLE FOR ALL AGREED UPON COSTS AND FEES RELATED TO THE ABOVE SERVICE OF PROCESS, AS AUTHORIZED BY A.R.S. §12-3301(C).

SERVED ON: 12/02/2020

TIME: 4:13pm

FEE: $ 75.00



Yesenia Feliciano
Certified Process Server
Maricopa County, Lic. No. 8773

**ANNI FOSTER**
**GENERAL COUNSEL**

GOVERNOR DOUG DUCEY
EXECUTIVE OFFICE
1700 WEST WASHINGTON STREET
PHOENIX, ARIZONA 85007-2883

OFFICE: (602) 542-1455
CELL: (602) 769-7492
afoster@az.gov
www.azgovernor.gov