
Case 2:20-cv-02321-DJH

# IN THE UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF ARIZONA

**TYLER BOWYER, ET., AL.,**

    Petitioner/Plaintiff,

and

**DOUG DUCEY**, in his official capacity as Governor of the State of Arizona, and **KATIE HOBBS** in her capacity as the Arizona Secretary of State,

    Respondent/Defendant.

Case Action No. 2:20-at-99912

**DECLARATION OF SERVICE**

**SERVED ON:** Maryn Herberg-Administrative Services Officer/Secretary of State, accepted service for Katie Hobbs.

**ADDRESS:** ☒ 1700 W. Washington St., 7TH Floor Phoenix, AZ 85007

THE UNDERSIGNED CERTIFIES UNDER PENALTY: THAT I YESENIA FELICIANO BEING FULLY QUALIFIED THROUGH THE ARIZONA CODE OF JUDICIAL ADMINISTRATION UNDER ARCP 4(d), 4(e), AND 45(d); ARFLP 40(C), TO SERVE PROCESS IN THIS ACTION WITHIN THE STATE IN WHICH IT WAS SERVED, HAVING BEEN SO APPOINTED BY THE COURT.

**DOCUMENT(S) SERVED**

1. SUMMONS;
2. ORDER/EMAIL (BOWYER ET AL V. DUCEY ET AL ORDER), DATED 12/02/2020.

THE CLIENT IS RESPONSIBLE FOR ALL AGREED UPON COSTS AND FEES RELATED TO THE ABOVE SERVICE OF PROCESS, AS AUTHORIZED BY A.R.S. §12-3301(C).

SERVED ON: 12/02/2020

TIME: 4:29pm

FEE: $ 75.00

Yesenia Feliciano
Certified Process Server
Maricopa County, Lic. No. 8773



**MARYN HERBERG**
ADMINISTRATIVE SERVICES OFFICER
SECRETARY OF STATE KATIE HOBBS
1700 W. Washington Street
Phoenix, Arizona 85007-2808

Office: (602) 542-4283
Fax: (602) 542-1575
e-mail: mherberg@azsos.gov
www.azsos.gov