Brett W. Johnson (#021527)
Colin P. Ahler (#023879)
Derek C. Flint (#034392)
Ian R. Joyce (#035806)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: bwjohnson@swlaw.com
        cahler@swlaw.com
        dflint@swlaw.com
        ijoyce@swlaw.com

Anni L. Foster (#023643)
General Counsel
Office of Arizona Governor Douglas A. Ducey
1700 West Washington Street
Phoenix, Arizona 85007
Telephone: 602-542-4331
E-Mail: afoster@az.gov

*Attorneys for Defendant Douglas A. Ducey, Governor of the State of Arizona*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| TYLER BOWYER, MICHAEL JOHN BURKE, NANCY COTTLE, JAKE HOFFMAN, ANTHONY KERN, CHRISTOPHER M. KING, JAMES R. LAMON, SAM MOORHEAD, ROBERT MONTGOMERY, LORAINE PELLEGRINO, GREG SAFSTEN, SALVATORE LUKE SCARMARDO, KELLI WARD, and MICHAEL WARD<br><br>Plaintiffs,<br><br>v.<br><br>DOUG DUCEY, in his official capacity as Governor of the State of Arizona, and KATIE HOBBS, in her official capacity as the Arizona Secretary of State<br><br>Defendants. | No. 2:20-cv-02321-DJH<br><br>**NOTICE OF APPEARANCES**<br><br>Assigned to: Hon. Diane Humetewa |

Notice is hereby given that Brett W. Johnson, Colin P. Ahler, Derek C. Flint, and Ian R. Joyce, all of the law firm of Snell & Wilmer, L.L.P., One Arizona Center, 400 E. Van Buren, Phoenix, AZ 85004-2202, and Anni L. Foster, General Counsel for Governor Douglas A. Ducey, enter their appearance as counsel for Defendant Douglas A. Ducey, the Governor of the State of Arizona, in the above captioned matter.

DATED this 3rd day of December, 2020.

SNELL & WILMER L.L.P.

By: /s/ Brett W. Johnson
Brett W. Johnson
Colin P. Ahler
Derek C. Flint
Ian R. Joyce
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

Anni L. Foster
OFFICE OF ARIZONA GOVERNOR
DOUGLAS A. DUCEY
1700 West Washington Street
Phoenix, Arizona 85007

*Attorneys for Defendant Douglas A. Ducey, Governor of the State of Arizona*

# **CERTIFICATE OF SERVICE**

I certify that on December 3, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, which electronically sends a copy of same on to:

Alexander Kolodin
Christopher Viskovic
KOLODIN LAW GROUP PLLC
3443 N. Central Ave. Ste. 1009
Phoenix, AZ 85012
Alexander.Kolodin@KolodinLaw.com
CViskovic@KolodinLaw.com

Sidney Powell
Emily P. Newman
Julia Z. Haller
Brandon Johnson
SIDNEY POWELL PC
2911 Turtle Creek Blvd, Ste 300
Dallas, TX 75219
Sidney@federalappeals.com

L. Lin Wood
L.LIN WOOD P.C.
P.O Box 5284
Atlanta, GA 30305-0584

Howard Kleinhendler
HOWARD KLEINHENDLER ESQUIRE
369 Lexington Ave. 12th Floor
New York, NY 10017
howard@kleinhendler.com

*Attorneys for Plaintiffs*


s/ Tracy Hobbs