Alexander Michael del Rey Kolodin, AZ Bar No. 030826
Alexander.Kolodin@KolodinLaw.com
Christopher Viskovic, AZ Bar No. 035860[1]
CViskovic@KolodinLaw.com
**KOLODIN LAW GROUP PLLC**
3443 N. Central Ave. Ste. 1009
Phoenix, AZ  85012
Telephone: (602) 730-2985
Facsimile: (602) 801-2539
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tyler Bowyer, Michael John Burke, Nancy Cottle, Jake Hoffman, Anthony Kern, Christopher M. King, James R. Lamon, Sam Moorhead, Robert Montgomery, Loraine Pellegrino, Greg Safsten, Salvatore Luke Scarmardo, Kelli Ward and Michael Ward;<br><br>Plaintiffs;<br><br>v.<br><br>Doug Ducey, in his official capacity as Governor of the State of Arizona, and Katie Hobbs, in her capacity as Secretary of State of the State of Arizona;<br><br>Defendants. | **Case No.**: 2:20-cv-02321-DJH<br><br>**NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that Howard Kleinhendler enters his appearance in this matter as additional counsel for Plaintiffs Tyler Bowyer, Michael John Burke, Nancy Cottle, Jake Hoffman, Anthony Kern, Christopher M. King, James R. Lamon, Sam Moorhead, Robert Montgomery, Loraine Pellegrino, Greg Safsten, Salvatore Luke Scarmardo, Kelli Ward and Michael Ward. Service of all correspondence, motions, orders, and other papers should be directed to:

---

[1] District of Arizona admission scheduled for 12/9/2020.

Howard Kleinhendler (New York Bar No. 2657120)  
Howard Kleinhendler Esquire  
369 Lexington Ave. 12th Floor  
New York, New York 10017  
(917) 793-1188  
howard@kleinhendler.com

        Respectfully submitted this 3rd day of December, 2020

/s/Howard Kleinhendler  
Howard Kleinhendler (New York Bar No. 2657120)  
Howard Kleinhendler Esquire  
369 Lexington Ave. 12th Floor  
New York, New York 10017  
(917) 793-1188  
howard@kleinhendler.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 3rd, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

By: */s/ Howard Kleinhendler*