**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Tyler Bowyer, Michael John Burke, Nancy Cottle, Jake Hoffman, Anthony Kern, Christopher M. King, James R. Lamon, Sam Moorhead, Robert Montgomery, Loraine Pellegrino, Greg Safsten, Salvatore Luke Scarmardo, Kelli Ward, and Michael Ward,<br><br>Plaintiffs,<br><br>v.<br><br>Doug Ducey, in his official capacity as Governor of the State of Arizona, Katie Hobbs, in her official capacity as the Arizona Secretary of State,<br><br>Defendant. | No. 2:20-cv-02321-DJH<br><br>**[PROPOSED] ORDER GRANTING ARIZONA DEMOCRATIC PARTY'S MOTION TO INTERVENE** |

Proposed-Intervenor Arizona Democratic Party ("ADP") has moved to intervene in the above captioned matter. Having considered the parties' motions, the Court finds that ADP has demonstrated a right to intervene under Federal Rule of Civil Procedure 24(a)(2). Good cause thus appearing, the Court hereby **GRANTS** the motion and orders the following:

1. It is **HEREBY ORDERED** that the Arizona Democratic Party's Motion to Intervene is **GRANTED**;

**IT IS SO ORDERED**.