# Exhibit 1

Andy Gaona Retweeted

**ABC News** ✔ @ABC · Nov 7                                    ○○○

BREAKING: President-elect Joe Biden takes the stage in Wilmington, Delaware, to address the nation. abcn.ws/38kX0Jt



0:06  386.3K views

 388    1.5K    10.3K       Tip

**Johnny Verhovek** ✔ @JTHVerhovek · Oct 20

Biden campaign just debuted this new ad "Go From There," during Game 1 of the World Series, narrated by Sam Elliott



`0:44` `3.1M views`

 1.9K    30.9K    74.3K       Tip



**Joe Biden** ✔ @JoeBiden · Nov 7                    ००o

America, I'm honored that you have chosen me to lead our great country.

The work ahead of us will be hard, but I promise you this: I will be a President for all Americans — whether you voted for me or not.

I will keep the faith that you have placed in me.

 

1:28   46.8M views            ♪ For purple mountain majesties ♪

💬 238.4K        �moveupleftright 775.7K        ♡ 3.3M        ⬆        ▲ Tip

---

↻ **Andy Gaona Retweeted**



**Michael M. Grynbaum** ✔ @grynbaum · Nov 7                    ००o

.@BretBaier: "The Fox News decision desk can now project that former Vice President Joe Biden will win Pennsylvania and Nevada, putting him over the 270 electoral votes he needs to become the 46th president of the United States."

💬 2        ↻ 53        ♡ 219        ⬆         ▲ Tip

**CNN** ✓ @CNN · Nov 4                                                      ○○○

CNN PROJECTION: Joe Biden wins Michigan, reclaiming another "blue wall"
state President Trump won in 2016 and narrowing Trump's path to 270
electoral votes cnn.it/3oW87yn #CNNElection



💬 1.1K          ⟲ 17K          ♡ 66.1K          ⬆          ▲ Tip

**FOX 10 Phoenix** ✔ @FOX10Phoenix · Nov 3     ◦◦◦

.@FoxNews projecting Joe Biden wins Arizona. #ElectionNight



💬 58          ↻ 768          ♡ 1.2K          ⬆          ⚠ Tip

Show this thread



⇄ **Andy Gaona Retweeted**



**Rick Hasen** ✓ @rickhasen · Nov 1                              ○○○

Going to start a list of the ways that Republican lawmakers and election officials have needlessly made it harder to vote during COVID. Feel free to add on here.
1. Ohio SOS Frank LaRose opposing drop boxes while claiming his hands were tied.
2. TX Gov. Abbott reversing on boxes.

○ 258        ⇄ 4.4K        ♡ 7K        ⬆        ▲ Tip

**Show this thread**

⇄ **Andy Gaona Retweeted**

**Barack Obama** ✓ @BarackObama · Oct 31                       ○○○
Shoot your shot. iwillvote.com



0:17   17.2M views

 20.4K     216.4K    1M       ▲ Tip

Steve Vladeck ✔ @steve_vladeck · Oct 18                                          000

We're going to be hearing a lot from Republicans who've spent the last 3.5 years enabling all of Trump's worst behavior now claiming that they "broke from him," that they "quietly stood up to him," or that they didn't *really* support him in private.

All I can say is, bollocks.

 550      4.7K      24.5K           Tip

