| | |
|---|---|
| Roopali H. Desai (024295)<br>D. Andrew Gaona (028414)<br>Kristen Yost (034052)<br>**COPPERSMITH BROCKELMAN PLC**<br>2800 North Central Avenue, Suite 1900<br>Phoenix, AZ 85004<br>T: (602) 381-5478<br>rdesai@cblawyers.com<br>agaona@cblawyers.com<br>kyost@cblawyers.com<br><br>Justin A. Nelson (admitted *pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002-5096<br>T: (713) 651-9366<br>jnelson@susmangodfrey.com | Stephen E. Morrissey (admitted *pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1201 Third Avenue, Suite 3800<br>Seattle, WA 98101-3000<br>T: (206) 516-3880<br>smorrissey@susmangodfrey.com<br><br>Stephen Shackelford (*pro hac vice pending*)<br>**SUSMAN GODFREY L.L.P.**<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019-6023<br>T: (212) 336-8330<br>sshackelford@susmangodfrey.com<br><br>Davida Brook (admitted *pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>T: (310) 789-3100<br>dbrook@susmangodfrey.com |

*Attorneys for Defendant Arizona Secretary of State Katie Hobbs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Tyler Bowyer; Michael John Burke; Nancy Cottle; Jake Hoffman; Anthony Kern; Christopher M. King; James R. Lamon; Sam Moorhead; Robert Montgomery; Loraine Pellegrino; Greg Safsten; Salvatore Luke Scarmardo; Kelli Ward; and Michael Ward,<br><br>Plaintiffs,<br><br>v.<br><br>Doug Ducey, in his official capacity as Governor of the State of Arizona; and Katie Hobbs, in her official capacity as Arizona Secretary of State,<br><br>Defendants.<br><br>MARICOPA COUNTY BOARD OF SUPERVISORS; and ADRIAN FONTES, in his official capacity as Maricopa County Recorder,<br><br>Intervenors. | No. CV-20-02321-PHX-DJH<br><br>**DEFENDANTS', DEFENDANT INTERVENOR'S, AND PROPOSED DEFENDANT INTERVENOR'S REQUEST FOR PRE-HEARING ORDER** |

{00526067.2 }

Counsel for Defendant Governor Doug Ducey, counsel for Defendant Secretary of State Katie Hobbs, counsel for Intervenor Maricopa County, and counsel for Proposed Intervenor Arizona Democratic Party met and conferred ("Participating Parties") respectfully request that the Court enter a pre-hearing order to facilitate the parties' preparation for, and the efficient presentation of, evidence at the expedited TRO hearing that has been scheduled for December 8, 2020.

On December 4, 2020, Participating Parties met and conferred about a proposed pre-hearing order. Counsel for Plaintiffs was invited to attend, but after originally indicating their availability for a morning call, refused to participate in the meet and confer. *See* Ex. 1. Although Plaintiffs did not participate, the participating parties have shown the substance of this motion to Plaintiffs' and they have indicated they object.

The Participating Parties request that the Court include the following items in a pre-hearing order.

**1. Pretrial Disclosures**

This Court allotted one hour per named party to present their case. The participating parties' understanding is that this allotment includes time for both direct and cross-examination. In order to efficiently use this time and to provide proper notice to all other parties, Participating Parties believe that all parties should disclose the identity of their witnesses, a short description of testimony for each fact witness, and for each expert witness, a summary of all opinions the expert may offer at the hearing, copies of all data and supporting documents, and the proposed expert's CV and qualifications. The Participating Parties propose the following schedule:

- **Plaintiffs' disclosure due by Saturday, December 5 at 12:00 P.M.**
- **Defendants' and Intervenor Disclosures by Sunday, December 5 at 12:00 P.M.**

The Participating Parties also request that this disclosure include the names of each witness the party actually intends to call as well the order in which they intend to call each witnesses.

## 2. Deadline to Disclose and Produce Exhibits

In order to understand the evidence that the party intends to rely on and to provide other parties the opportunity to object prior to the hearing, the Participating Parties suggest that the Court set a deadline of **December 7 at 9:30 A.M.** to disclose and produce exhibits.

## 3. Logistics of the Hearing

The Participating Parties request that the proceeding be held virtually. This request is made in light of the logistical challenges of having only two counsel per party in the courtroom while other counsel and/or witnesses appear telephonically and the public health challenges that raise the risk of any travel or public gathering. In addition, although Plaintiffs did not participate, Plaintiffs' counsel themselves have brought similar suits in other States—some of which have deadlines next week as well. A virtual hearing would allow all parties to participate to the fullest extent possible.

Respectfully submitted this 4th day of December, 2020.

**COPPERSMITH BROCKELMAN PLC**

By  s/ Roopali H. Desai
    Roopali H. Desai
    D. Andrew Gaona
    Kristen Yost

**SUSMAN GODFREY L.L.P.**
    Justin A. Nelson
    Stephen E. Morrissey
    Stephen Shackelford
    Davida Brook

*Attorneys for Defendant Arizona Secretary of State Katie Hobbs*