# Exhibit 1

**From:** Howard Kleinhendler <howard@kleinhendler.com>
**Sent:** Friday, December 4, 2020 11:41 AM
**To:** Justin A. Nelson <jnelson@SusmanGodfrey.com>; Alexander Kolodin <alexander.kolodin@kolodinlaw.com>; Joseph La Rue <laruej@mcao.maricopa.gov>
**Cc:** Johnson, Brett W. (PHX) <bwjohnson@swlaw.com>; Roopali Desai <rdesai@cblawyers.com>; Ahler, Colin <cahler@swlaw.com>; Joyce, Ian <ijoyce@swlaw.com>; Flint, Derek <dflint@swlaw.com>; L. Lin Wood <lwood@linwoodlaw.com>; Sidney Powell <sidney@federalappeals.com>; Alexis E. Danneman - Perkins Coie LLP (ADanneman@perkinscoie.com) <ADanneman@perkinscoie.com>; Herrera, Roy <HerreraR@ballardspahr.com>; Devaney, John (Perkins Coie) <JDevaney@perkinscoie.com>; Thomas Liddy <liddyt@mcao.maricopa.gov>; Emily Craiger <craigere@mcao.maricopa.gov>; Davida Brook <DBrook@susmangodfrey.com>; Joseph Vigil <vigilj@mcao.maricopa.gov>; Steve Morrissey <smorrissey@susmangodfrey.com>; Stephen Shackelford <SShackelford@susmangodfrey.com>; Andrew Gaona <agaona@cblawyers.com>; Kristen Yost <kyost@cblawyers.com>; Sheri McAlister <smcalister@cblawyers.com>; Joseph Branco <brancoj@mcao.maricopa.gov>; Sean Atkinson <satkinson@kolodinlaw.com>
**Subject:** Re: Bowyer et al v. Ducey et al - Meet and Confer

EXTERNAL Email
We disagree with your entire approach. Please advise when you plan on contacting the court. We want to participate in any such communication.

Howard Kleinhendler Esquire
369 Lexington Avenue, 12th Floor
New York, New York 10017
Tel. (917) 793-1188
Mobile (347) 840-2188
howard@kleinhendler.com
www.Kleinhendler.com

**From:** Justin A. Nelson <jnelson@SusmanGodfrey.com>
**Sent:** Friday, December 4, 2020 12:17:46 PM
**To:** Alexander Kolodin <alexander.kolodin@kolodinlaw.com>; Joseph La Rue <laruej@mcao.maricopa.gov>
**Cc:** Howard Kleinhendler <howard@kleinhendler.com>; Johnson, Brett W. (PHX) <bwjohnson@swlaw.com>; Roopali Desai <rdesai@cblawyers.com>; Ahler, Colin <cahler@swlaw.com>; Joyce, Ian <ijoyce@swlaw.com>; Flint, Derek <dflint@swlaw.com>; L. Lin Wood <lwood@linwoodlaw.com>; Sidney Powell <sidney@federalappeals.com>; Alexis E. Danneman - Perkins Coie LLP (ADanneman@perkinscoie.com) <ADanneman@perkinscoie.com>; Herrera, Roy <HerreraR@ballardspahr.com>; Devaney, John (Perkins Coie) <JDevaney@perkinscoie.com>; Thomas Liddy <liddyt@mcao.maricopa.gov>; Emily Craiger <craigere@mcao.maricopa.gov>; Davida Brook <DBrook@susmangodfrey.com>; Joseph Vigil <vigilj@mcao.maricopa.gov>; Steve Morrissey <smorrissey@susmangodfrey.com>; Stephen Shackelford <SShackelford@susmangodfrey.com>; Andrew Gaona <agaona@cblawyers.com>; Kristen Yost <kyost@cblawyers.com>; Sheri McAlister <smcalister@cblawyers.com>; Joseph Branco <brancoj@mcao.maricopa.gov>; Sean Atkinson <satkinson@kolodinlaw.com>
**Subject:** Re: Bowyer et al v. Ducey et al - Meet and Confer

In the interest of facilitating an orderly hearing this coming Tuesday, we are going to propose to the Court an order on the items we outline below in Ms. Desai's email, including on scheduling, disclosure, and other logistics of the hearing such as virtual/in-person for lawyers and witnesses. Moreover, the admissibility of any witnesses plaintiffs may offer depends, in part, on their willingness to abide by basic evidentiary and disclosure rules (including the obvious irrelevance and inadmissibility of anonymous "affidavits," and the requirement that any expert report be accompanied by the data and information considered and other materials required by Rule 26 for it to lead to admissible testimony). We are requesting that you participate in our meet and confer today, on these topics. If you refuse to do so, that's your choice, and we will so note to the Court when we file our request this afternoon, and will seek an appropriate order to compel the production we've requested or strike any witnesses you may offer.

Thank you.

Justin

**From:** Alexander Kolodin <alexander.kolodin@kolodinlaw.com>
**Sent:** Friday, December 4, 2020 10:43:55 AM
**To:** Joseph La Rue <laruej@mcao.maricopa.gov>
**Cc:** Justin A. Nelson <jnelson@SusmanGodfrey.com>; Howard Kleinhendler <howard@kleinhendler.com>; Johnson, Brett W. (PHX) <bwjohnson@swlaw.com>; Roopali Desai <rdesai@cblawyers.com>; Ahler, Colin <cahler@swlaw.com>; Joyce, Ian <ijoyce@swlaw.com>; Flint, Derek <dflint@swlaw.com>; L. Lin Wood <lwood@linwoodlaw.com>; Sidney Powell <sidney@federalappeals.com>; Alexis E. Danneman - Perkins Coie LLP (ADanneman@perkinscoie.com) <ADanneman@perkinscoie.com>; Herrera, Roy <HerreraR@ballardspahr.com>; Devaney, John (Perkins Coie) <JDevaney@perkinscoie.com>; Thomas Liddy <liddyt@mcao.maricopa.gov>; Emily Craiger <craigere@mcao.maricopa.gov>; Davida Brook <DBrook@susmangodfrey.com>; Joseph Vigil <vigilj@mcao.maricopa.gov>; Steve Morrissey <smorrissey@susmangodfrey.com>; Stephen Shackelford <SShackelford@susmangodfrey.com>; Andrew Gaona <agaona@cblawyers.com>; Kristen Yost <kyost@cblawyers.com>; Sheri McAlister <smcalister@cblawyers.com>; Joseph Branco <brancoj@mcao.maricopa.gov>; Sean Atkinson <satkinson@kolodinlaw.com>
**Subject:** Re: Bowyer et al v. Ducey et al - Meet and Confer

EXTERNAL Email

We fail to understand all this talk about a scheduling order. The court ordered as follows: **The parties are to meet and confer as to whether agreement can be reached as to admissibility of witness affidavits and/or declarations.** You have seen our witness affidavits and declarations, please send yours over, and whoever wants to can hop on a call with us Sunday at 10 to discuss what the Court has actually ordered us to discuss. We expect all parties to participate in good faith on this call as the court has ordered. Sean will circulate a call in line.

On Fri, Dec 4, 2020 at 9:35 AM Joseph La Rue <laruej@mcao.maricopa.gov> wrote:

> Counsel,
>
> Maricopa County clearly has an interest in this litigation and will attend the call at 11:30.

Joseph

_____



**Joseph E. La Rue**

Assistant Practice Group Leader, Government Advice

Email: laruej@mcao.maricopa.gov

Phone: (602) 506-6171 (Direct)

Phone: (602) 686-3099 (Cell)

Maricopa County Attorney's Office

225 West Madison Ave.

Phoenix, Arizona  85003

http://www.maricopacountyattorney.org

**CONFIDENTIALITY NOTICE:**  This email may be protected by the attorney-client privilege or the attorney work-product doctrine.  If you are not the intended recipient, please delete all copies of the transmission and notify the sender immediately.

---

**From:** Justin A. Nelson <jnelson@SusmanGodfrey.com>
**Sent:** Friday, December 4, 2020 9:12 AM
**To:** Howard Kleinhendler <howard@kleinhendler.com>; Johnson, Brett W. (PHX) <bwjohnson@swlaw.com>; Roopali Desai <rdesai@cblawyers.com>; Alexander Kolodin <alexander.kolodin@kolodinlaw.com>
**Cc:** Ahler, Colin <cahler@swlaw.com>; Joyce, Ian <ijoyce@swlaw.com>; Flint, Derek <dflint@swlaw.com>; L. Lin Wood <lwood@linwoodlaw.com>; Sidney Powell <sidney@federalappeals.com>; Alexis E. Danneman - Perkins Coie LLP (ADanneman@perkinscoie.com) <ADanneman@perkinscoie.com>; Herrera, Roy <HerreraR@ballardspahr.com>; Devaney, John (Perkins Coie) <JDevaney@perkinscoie.com>; Thomas Liddy <liddyt@mcao.maricopa.gov>; Joseph La Rue <laruej@mcao.maricopa.gov>; Emily Craiger <craigere@mcao.maricopa.gov>; Davida Brook <DBrook@susmangodfrey.com>; Steve Morrissey <smorrissey@susmangodfrey.com>; Stephen Shackelford <SShackelford@susmangodfrey.com>; Andrew Gaona <agaona@cblawyers.com>; Kristen Yost <kyost@cblawyers.com>; Sheri McAlister <smcalister@cblawyers.com>
**Subject:** RE: Bowyer et al v. Ducey et al - Meet and Confer

We intend to participate in the call at 11:30 Mountain time. Thanks.

**From:** Howard Kleinhendler <howard@kleinhendler.com>
**Sent:** Friday, December 4, 2020 10:10 AM
**To:** Johnson, Brett W. (PHX) <bwjohnson@swlaw.com>; Roopali Desai <rdesai@cblawyers.com>; Alexander Kolodin <alexander.kolodin@kolodinlaw.com>
**Cc:** Ahler, Colin <cahler@swlaw.com>; Joyce, Ian <ijoyce@swlaw.com>; Flint, Derek <dflint@swlaw.com>; L. Lin Wood <lwood@linwoodlaw.com>; Sidney Powell <sidney@federalappeals.com>; Alexis E. Danneman - Perkins Coie LLP (ADanneman@perkinscoie.com) <ADanneman@perkinscoie.com>; Herrera, Roy <HerreraR@ballardspahr.com>; Devaney, John (Perkins Coie) <JDevaney@perkinscoie.com>; Thomas Liddy <liddyt@mcao.maricopa.gov>; Joseph La Rue <laruej@mcao.maricopa.gov>; Emily Craiger <craigere@mcao.maricopa.gov>; Justin A. Nelson <jnelson@SusmanGodfrey.com>; Davida Brook <DBrook@susmangodfrey.com>; Steve Morrissey <smorrissey@susmangodfrey.com>; Stephen Shackelford <SShackelford@susmangodfrey.com>; Andrew Gaona <agaona@cblawyers.com>; Kristen Yost <kyost@cblawyers.com>; Sheri McAlister <smcalister@cblawyers.com>
**Subject:** Re: Bowyer et al v. Ducey et al - Meet and Confer

<mark>EXTERNAL Email</mark>

Dear Mr. Johnson:

If you want to have a call for me to tell you that: 1) I don't know what witnesses I'm calling; 2) don't know what documents I will be presenting; 3) don't know which attorneys will be at the hearing; 4) don't know how long I will need to put on my case; 5) don't know how long I will need for rebuttal; 6) don't know whether I will ask for post-trial submissions.   Then fine.  Happy to talk.

However, under no circumstances will I attend a call with intervenor counsel whose motions have not been granted.

Regards,

Howard Kleinhendler Esquire

369 Lexington Avenue, 12th Floor

New York, New York 10017

Office (917) 793-1188

Mobile (347) 840-2188

howard@kleinhendler.com

www.kleinhendler.com

**From:** "Johnson, Brett W. (PHX)" <bwjohnson@swlaw.com>
**Date:** Friday, December 4, 2020 at 11:02 AM
**To:** Howard Kleinhendler <howard@kleinhendler.com>, Roopali Desai <rdesai@cblawyers.com>, Alexander Kolodin <alexander.kolodin@kolodinlaw.com>
**Cc:** "Ahler, Colin" <cahler@swlaw.com>, "Joyce, Ian" <ijoyce@swlaw.com>, "Flint, Derek" <dflint@swlaw.com>, "L. Lin Wood" <lwood@linwoodlaw.com>, Sidney Powell <sidney@federalappeals.com>, "Alexis E. Danneman - Perkins Coie LLP (ADanneman@perkinscoie.com)" <ADanneman@perkinscoie.com>, "Herrera, Roy" <HerreraR@ballardspahr.com>, "Devaney, John (Perkins Coie)" <JDevaney@perkinscoie.com>, Thomas Liddy <liddyt@mcao.maricopa.gov>, Joseph La Rue <laruej@mcao.maricopa.gov>, Emily Craiger <craigere@mcao.maricopa.gov>, "jnelson@susmangodfrey.com" <jnelson@susmangodfrey.com>, Davida Brook <dbrook@susmangodfrey.com>, Steve Morrissey <smorrissey@susmangodfrey.com>, Stephen Shackelford <sshackelford@susmangodfrey.com>, Andrew Gaona <agaona@cblawyers.com>, Kristen Yost <kyost@cblawyers.com>, Sheri McAlister <smcalister@cblawyers.com>
**Subject:** RE: Bowyer et al v. Ducey et al - Meet and Confer

Due to the expedited timeframes demanded by the Plaintiffs, my recommendation is that those who are willing to attend at 11:30 to discuss reasonable logistical timing issues to assist an expeditious review of this matter by the court should take part in the call. If Plaintiffs' counsel does not desire to coordinate as to discovery schedules and other logistics as the judge directed, I see no alternative but to seek guidance from the judge as to how to proceed. Quite simply, waiting until Sunday to work out logistics for a Tuesday hearing is unrealistic and counter to what the judge clearly intended.

Unless cancelled, we intend to participate in the call at 11:30.

Best,

Brett W. Johnson

**Snell & Wilmer** L.L.P

One Arizona Center

Phoenix, Arizona  85004

602.382.6312 (direct)

602.382.6070 (fax)

[www.swlaw.com](www.swlaw.com)

The information contained in this message and any attachments is intended only for the individual(s) named herein. This information may be ATTORNEY WORK PRODUCT and/or LEGALLY PRIVILEGED AND CONFIDENTIAL. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message is prohibited. If you have received this message in error, please immediately notify SNELL & WILMER and delete this message and any attachments.

**From:** Howard Kleinhendler <howard@kleinhendler.com>
**Sent:** Friday, December 4, 2020 8:35 AM
**To:** Roopali Desai <rdesai@cblawyers.com>; Alexander Kolodin <alexander.kolodin@kolodinlaw.com>
**Cc:** Johnson, Brett W. (PHX) <bwjohnson@swlaw.com>; Ahler, Colin <cahler@swlaw.com>; Joyce, Ian <ijoyce@swlaw.com>; Flint, Derek <dflint@swlaw.com>; L. Lin Wood <lwood@linwoodlaw.com>; Sidney Powell <sidney@federalappeals.com>; Alexis E. Danneman - Perkins Coie LLP (ADanneman@perkinscoie.com) <ADanneman@perkinscoie.com>; Herrera, Roy <HerreraR@ballardspahr.com>; Devaney, John (Perkins Coie) <JDevaney@perkinscoie.com>; Thomas Liddy <liddyt@mcao.maricopa.gov>; Joseph La Rue <laruej@mcao.maricopa.gov>; Emily Craiger <craigere@mcao.maricopa.gov>; jnelson@susmangodfrey.com; Davida Brook <dbrook@susmangodfrey.com>; Steve Morrissey <smorrissey@susmangodfrey.com>; Stephen Shackelford <sshackelford@susmangodfrey.com>; Andrew Gaona <agaona@cblawyers.com>; Kristen Yost <kyost@cblawyers.com>; Sheri McAlister <smcalister@cblawyers.com>
**Subject:** Re: Bowyer et al v. Ducey et al - Meet and Confer

**[EXTERNAL] howard@kleinhendler.com**

We are not in a position to discuss pre hearing matters until after we have the opportunity to review defendants' responses to our pending motion for a TRO.

Howard Kleinhendler Esquire

369 Lexington Avenue, 12th Floor

New York, New York 10017

Tel. (917) 793-1188

Mobile (347) 840-2188

howard@kleinhendler.com

www.Kleinhendler.com

**From:** Roopali Desai <rdesai@cblawyers.com>

**Sent:** Friday, December 4, 2020 10:31:31 AM
**To:** Howard Kleinhendler <howard@kleinhendler.com>; Alexander Kolodin <alexander.kolodin@kolodinlaw.com>
**Cc:** Johnson, Brett W. (PHX) <bwjohnson@swlaw.com>; Ahler, Colin <cahler@swlaw.com>; Joyce, Ian <ijoyce@swlaw.com>; Flint, Derek <dflint@swlaw.com>; L. Lin Wood <lwood@linwoodlaw.com>; Sidney Powell <sidney@federalappeals.com>; Alexis E. Danneman - Perkins Coie LLP (ADanneman@perkinscoie.com) <ADanneman@perkinscoie.com>; Herrera, Roy <HerreraR@ballardspahr.com>; Devaney, John (Perkins Coie) <JDevaney@perkinscoie.com>; Thomas Liddy <liddyt@mcao.maricopa.gov>; Joseph La Rue <laruej@mcao.maricopa.gov>; Emily Craiger <craigere@mcao.maricopa.gov>; jnelson@susmangodfrey.com <jnelson@susmangodfrey.com>; Davida Brook <dbrook@susmangodfrey.com>; Steve Morrissey <smorrissey@susmangodfrey.com>; Stephen Shackelford <sshackelford@susmangodfrey.com>; Andrew Gaona <agaona@cblawyers.com>; Kristen Yost <kyost@cblawyers.com>; Sheri McAlister <smcalister@cblawyers.com>
**Subject:** RE: Bowyer et al v. Ducey et al - Meet and Confer

Please note that our proposed schedule does not seek disclosure of plaintiffs' witnesses until <u>after</u> Plaintiffs receive our papers. If plaintiffs agree to our proposal regarding disclosures below, then we can confer on Sunday about how witnesses will present for the hearing. If plaintiffs do not agree, and also don't agree to meet and confer today, then we will ask the Court for an order. Please advise whether plaintiffs will participate in the 11:30 call.


Regards,

Roopali


**Roopali H. Desai**

**Coppersmith Brockelman PLC**

Office: 602.381.5478 | Fax: 602.224.6020


2800 N. Central Ave., Ste. 1900, Phoenix, AZ 85004

cblawyers.com | Facebook | LinkedIn


**From:** Howard Kleinhendler <howard@kleinhendler.com>
**Sent:** Friday, December 4, 2020 7:59 AM
**To:** Roopali Desai <rdesai@cblawyers.com>; Alexander Kolodin <alexander.kolodin@kolodinlaw.com>
**Cc:** Johnson, Brett W. (PHX) <bwjohnson@swlaw.com>; Ahler, Colin <cahler@swlaw.com>; Joyce, Ian <ijoyce@swlaw.com>; Flint, Derek <dflint@swlaw.com>; L. Lin Wood <lwood@linwoodlaw.com>; Sidney Powell <sidney@federalappeals.com>; Alexis E. Danneman - Perkins Coie LLP (ADanneman@perkinscoie.com)

<ADanneman@perkinscoie.com>; Herrera, Roy <HerreraR@ballardspahr.com>; Devaney, John (Perkins Coie) <JDevaney@perkinscoie.com>; Thomas Liddy <liddyt@mcao.maricopa.gov>; Joseph La Rue <laruej@mcao.maricopa.gov>; Emily Craiger <craigere@mcao.maricopa.gov>; jnelson@susmangodfrey.com; Davida Brook <dbrook@susmangodfrey.com>; Steve Morrissey <smorrissey@susmangodfrey.com>; Stephen Shackelford <sshackelford@susmangodfrey.com>; Andrew Gaona <agaona@cblawyers.com>; Kristen Yost <kyost@cblawyers.com>; Sheri McAlister <smcalister@cblawyers.com>
**Subject:** Re: Bowyer et al v. Ducey et al - Meet and Confer

**-External Sender-**

Counsel for a plaintiffs prefers to see defendants' motion papers before talking about witnesses for the hearing. We are prepared to meet and confer on Sunday.

Thank you.

Howard Kleinhendler Esquire

369 Lexington Avenue, 12th Floor

New York, New York 10017

Tel. (917) 793-1188

Mobile (347) 840-2188

howard@kleinhendler.com

www.Kleinhendler.com

---

**From:** Roopali Desai <rdesai@cblawyers.com>
**Sent:** Friday, December 4, 2020 9:00:49 AM
**To:** Alexander Kolodin <alexander.kolodin@kolodinlaw.com>
**Cc:** Johnson, Brett W. (PHX) <bwjohnson@swlaw.com>; Ahler, Colin <cahler@swlaw.com>; Joyce, Ian <ijoyce@swlaw.com>; Flint, Derek <dflint@swlaw.com>; L. Lin Wood <lwood@linwoodlaw.com>; Sidney Powell <sidney@federalappeals.com>; Alexis E. Danneman - Perkins Coie LLP (ADanneman@perkinscoie.com) <ADanneman@perkinscoie.com>; Herrera, Roy <HerreraR@ballardspahr.com>; Devaney, John (Perkins Coie) <JDevaney@perkinscoie.com>; Thomas Liddy <liddyt@mcao.maricopa.gov>; Joseph La Rue <laruej@mcao.maricopa.gov>; Emily Craiger <craigere@mcao.maricopa.gov>; jnelson@susmangodfrey.com <jnelson@susmangodfrey.com>; Davida Brook <DBrook@susmangodfrey.com>; Steve Morrissey <smorrissey@susmangodfrey.com>; Stephen Shackelford <SShackelford@susmangodfrey.com>; Andrew Gaona <agaona@cblawyers.com>; Kristen Yost <kyost@cblawyers.com>; Sheri McAlister <smcalister@cblawyers.com>; Howard Kleinhendler <howard@kleinhendler.com>
**Subject:** Re: Bowyer et al v. Ducey et al - Meet and Confer

Thanks everyone for your prompt response. Let's plan on 11:30 am MST for the meet and confer. Here is the

dial in:

Call: 602-381-5468
Passcode: 226688#

Regards,

Roopali

On Dec 3, 2020, at 10:04 PM, Alexander Kolodin <alexander.kolodin@kolodinlaw.com> wrote:

**-External Sender-**

We agree that a conference re these items would be a good idea. Time works for us. Looping in national counsel to make sure it works for them.

On Thu, Dec 3, 2020, 10:01 PM Roopali Desai <rdesai@cblawyers.com> wrote:

> Counsel,
>
> Per the Court's Minute Entry below, we are required to meet and confer about witnesses, and we think it makes sense to meet and confer about several items. We would like to propose a call for tomorrow (12/4) at 10 am MST. Please let us know if that time works, or propose another time in the morning, and we will circulate a dial in.
>
> To streamline the call, we would like to address the following:
>
> 1. Logistics for the TRO hearing.
> 2. Disclosures. Party disclosures should include the identity of fact witnesses and a short description of testimony for each fact witness. Any expert disclosure should provide a summary of all opinions the expert may offer at the hearing, copies of all data and supporting documents, and the proposed expert's CV and qualifications.  We propose the following schedule for disclosures:
>     a. Plaintiffs' disclosure due by Saturday, Dec. 5 at 12:00 pm MST
>     b. Defendants' disclosures due by Sunday, Dec. 6 at 12:00 pm MST
> 3. Order of witnesses and who you intend to call within your one hour allotted. Because of the strict time allocated to each party, we think it is appropriate to know who you intend to call and the order of witnesses.
> 4. Deadline to disclose and produce exhibits.

Due to the very short timeframes set by the Court, we would like to reach agreement on these items as quickly as possible, or request a conference with the Court if necessary before the weekend. Thank you.

Regards,

Roopali

**Roopali H. Desai**

**Error! Filename not specified.**

**Coppersmith Brockelman PLC**

Office: 602.381.5478 | Fax: 602.224.6020

2800 N. Central Ave., Ste. 1900, Phoenix, AZ 85004

cblawyers.com | Facebook | LinkedIn

---

**From:** azddb_responses@azd.uscourts.gov <azddb_responses@azd.uscourts.gov>
**Sent:** Thursday, December 3, 2020 4:37 PM
**To:** azddb_nefs@azd.uscourts.gov
**Subject:** Activity in Case 2:20-cv-02321-DJH Bowyer et al v. Ducey et al Status Conference

**-External Sender-**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

DISTRICT OF ARIZONA

### Notice of Electronic Filing

The following transaction was entered on 12/3/2020 at 4:36 PM MST and filed on 12/3/2020

**Case Name:**        Bowyer et al v. Ducey et al
**Case Number:**      2:20-cv-02321-DJH
**Filer:**
**Document Number:** 28(No document attached)

**Docket Text:**
**MINUTE ENTRY for proceedings held before Judge Diane J Humetewa: Telephonic Status Conference held on December 3, 2020. As set forth on the record, Defendants shall file their Response/Motion to Dismiss to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (Doc. [2]) by 10:00 PM on December 4, 2020. A Reply to the Motion (Doc. [2]) and the Response to the Motion to Dismiss is due by 10:00 PM on December 5, 2020. A Reply to the Motion to Dismiss is due by 10:00 PM on December 6, 2020.**

**LATER (off the record): IT IS ORDERED setting a Temporary Restraining Order Hearing for Tuesday, December 8, 2020 at 9:15 AM in Courtroom 604, 401 West Washington Street, Phoenix, AZ 85003 before Judge Diane J Humetewa. A maximum of two (2) counsel are permitted for named Plaintiffs and Defendants. All other participating counsel will appear telephonically and will receive dial-in instructions via separate electronic communication. Each named party will have one (1) hour to present their case. The parties are to meet and confer as to whether agreement can be reached as to admissibility of witness affidavits and/or declarations. The named parties will have 20 minutes each to argue the Motion to Dismiss, and five (5) minutes for rebuttal. If necessary, the Court may extend the time of hearing to Wednesday, December 9, 2020 at 9:00 AM. IT IS FURTHER ORDERED that if any member of public or the media wishes to listen to the hearing, they shall email AZD-PIO@azd.uscourts.gov to obtain dialing instructions. Pursuant to Local Rule 43.1, participants and listeners are reminded that audiotaping court proceedings is prohibited.**

**TELEPHONIC APPEARANCES: Howard Kleinhendler, Sidney Powell, Julia Haller, Peter Haller, Alexander Kolodin, and Lin Wood for Plaintiffs. Brett Johnson, Colin Ahler, and Anni Foster for Defendant Ducey. Justin Nelson, Stephen Morrissey, Davida Brook, and Andrew Gaona for Defendant Hobbs. Roy Herrera, John Devaney, and Alexis Danneman for Intervenor Arizona Democratic Party. (Court Reporter L. Schroeder.) Hearing held 2:00 PM to 2:36 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LFIG)**

**2:20-cv-02321-DJH Notice has been electronically mailed to:**

Thomas P Liddy       liddyt@mcao.maricopa.gov, barksdaj@mcao.maricopa.gov, kautzman@mcao.maricopa.gov

Joseph I Vigil       vigilj@mcao.maricopa.gov, barksdaj@mcao.maricopa.gov, kautzman@mcao.maricopa.gov

John M Devaney       jdevaney@perkinscoie.com

Emily Mae Craiger      craigere@mcao.maricopa.gov, fitzsimm@mcao.maricopa.gov

Colin Patrick Ahler      cahler@swlaw.com, ctassielli@swlaw.com, docket@swlaw.com

Brett William Johnson      bwjohnson@swlaw.com, docket@swlaw.com, thobbs@swlaw.com

Roopali H Desai      rdesai@cblawyers.com, smcalister@cblawyers.com

Anni Lori Foster      afoster@az.gov

David Andrew Gaona      Agaona@cblawyers.com, smcalister@cblawyers.com

L Lin Wood      lwood@linwoodlaw.com, khart@linwoodlaw.com

Alexis Elizabeth Danneman      ADanneman@Perkinscoie.com, IFitzgerald@perkinscoie.com

Joseph James Branco      brancoj@mcao.maricopa.gov, christij@mcao.maricopa.gov, gagick@mcao.maricopa.gov

Sarah Rae Gonski      sgonski@perkinscoie.com, DocketWDC@perkinscoie.com, dgraziano@perkinscoie.com

Alexander Michael Kolodin      alexander.kolodin@kolodinlaw.com

Marc E Elias      melias@perkinscoie.com, dgoldin@perkinscoie.com, mdepass@perkinscoie.com

Bruce Van Spiva      bspiva@perkinscoie.com, jwinovich@perkinscoie.com, mdepass@perkinscoie.com

Joseph Eugene LaRue      ca-civilmailbox@mcao.maricopa.gov, laruej@mcao.maricopa.gov

Daniel Abraham Arellano      arellanod@ballardspahr.com, LitDocket_West@ballardspahr.com, kinseyc@ballardspahr.com

Roy Herrera, Jr      herrerar@ballardspahr.com, LitDocket_West@ballardspahr.com, strobelm@ballardspahr.com

Kristen Michelle Yost      kyost@cblawyers.com, vcolwell@cblawyers.com

Derek Conor Flint      dflint@swlaw.com, docket@swlaw.com

John Michael Geise      jgeise@perkinscoie.com

Ian R Joyce      ijoyce@swlaw.com, thobbs@swlaw.com

Sidney Katherine Powell      sidney@federalappeals.com

Howard Kleinhendler      howard@kleinhendler.com

Stephen Edward Morrissey      smorrissey@susmangodfrey.com, pjimenez@susmangodfrey.com

> Justin A Nelson        jnelson@susmangodfrey.com, klombardo@susmangodfrey.com
>
> Davida Brook       dbrook@susmangodfrey.com, hdanielson@susmangodfrey.com
>
> **2:20-cv-02321-DJH Notice will be sent by other means to those listed below if they are affected by this filing:**
>
> Brandon Johnson
> Sidney Powell PC
> 2911 Turtle Creek Blvd., Ste. 300
> Dallas, TX 75219
>
> Christopher Viskovic
> Kolodin Law Group PLLC
> 3443 N Central Ave., Ste. 1009
> Phoenix, AZ 85012
>
> Emily P Newman
> Sidney Powell PC
> 2911 Turtle Creek Blvd., Ste. 300
> Dallas, TX 75219
>
> Julia Z Haller
> Sidney Powell PC
> 2911 Turtle Creek Blvd., Ste. 300
> Dallas, TX 75219
>
> Stephen Shackelford
> Susman Godfrey LLP - New York, NY
> 1301 Avenue of the Americas, 32nd Fl.
> New York, NY 10019

--
Alexander Michael del Rey Kolodin
Kolodin Law Group PLLC
3443 North Central Avenue Suite 1009
Phoenix, AZ 85012
C: (602) 820-4240
O: (602) 730-2985
F: (602) 801-2539
alexander.kolodin@kolodinlaw.com


www.kolodinlaw.com

**Commercial Litigation - Business Solutions - Politics - Real Estate - Personal Injury**

*Confidentiality Notice: The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error, then delete it. Thank you.*

*This firm sometimes engages in debt collection activities. Any information obtained will be used for that purpose.*