## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Tyler Bowyer; Michael John Burke; Nancy Cottle; Jake Hoffman; Anthony Kern; Christopher M. King; James R. Lamon; Sam Moorhead; Robert Montgomery; Loraine Pellegrino; Greg Safsten; Salvatore Luke Scarmardo; Kelli Ward; and Michael Ward,<br><br>Plaintiffs,<br><br>v.<br><br>Doug Ducey, in his official capacity as Governor of the State of Arizona; and Katie Hobbs, in her official capacity as Arizona Secretary of State,<br><br>Defendants. | No. CV-20-02321-PHX-DJH<br><br>**ORDER** |
| MARICOPA COUNTY BOARD OF SUPERVISORS; and ADRIAN FONTES, in his official capacity as Maricopa County Recorder,<br><br>Intervenors. | |

1. All parties should disclose the identity of their witnesses, a short description of testimony for each fact witness, and for each expert witness, a summary of all opinions the expert may offer at the hearing, copies of all data and supporting documents, and the proposed expert's CV and qualifications by the following time:

- Plaintiffs' disclosure due by **Saturday, December 5 at 12:00 P.M.**
- Defendants' and Intervenor Disclosures by **Sunday, December 5 at 12:00 P.M.**

{00526074.1 }

1  This disclosure will include the names of each witness the party actually intends to call plus the order in which they intend to call the witnesses.

2. In order to understand the evidence that the party intends to rely on and to provide other parties the opportunity to object prior to the hearing, all parties must disclose and produce exhibits by **Monday, December 7 at 9:30 A.M**.

3. The hearing shall be held virtually, with further order of the Court to follow on the logistics of such virtual hearing.