Sidney Powell (admitted pro hac vice)
Sidney Powell PC
Texas Bar No. 16209700
(517) 763-7499
Sidney@federalappeals.com

Alexander Michael del Rey Kolodin, AZ Bar No. 030826
Alexander.Kolodin@KolodinLaw.com
Christopher Viskovic, AZ Bar No. 035860[1]
CViskovic@KolodinLaw.com
**KOLODIN LAW GROUP PLLC**
3443 N. Central Ave. Ste. 1009
Phoenix, AZ 85012
Telephone: (602) 730-2985
Facsimile: (602) 801-2539
*Attorneys for Plaintiffs*

*Attorneys for Plaintiffs*
*(Additional counsel listed on signature page)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tyler Bowyer, Michael John Burke, Nancy Cottle, Jake Hoffman, Anthony Kern, Christopher M. King, James R. Lamon, Sam Moorhead, Robert Montgomery, Loraine Pellegrino, Greg Safsten, Salvatore Luke Scarmardo, Kelli Ward and Michael Ward;<br><br>Plaintiffs;<br><br>v.<br><br>Doug Ducey, in his official capacity as Governor of the State of Arizona, and Katie Hobbs, in her capacity as Secretary of State of the State of Arizona;<br><br>Defendants. | **Case No.**: 2:20-cv-02321-DJH<br><br>**PLAINTIFFS' OPPOSITION TO REQUEST FOR PRE-HEARING ORDER** |

---

[1] District of Arizona admission scheduled for 12/9/2020.

Plaintiffs oppose the proposed order submitted by Defendants. The Court ordered the parties to meet and confer "**as to whether agreement can be reached as to admissibility of witness affidavits and/or declaration**." Plaintiffs offered to meet and confer with Defendants' counsel on Sunday after it has had a chance to review Defendants' submissions and its fact and expert witnesses. Apparently sensing some advantage, Defendants held a meet and confer by themselves this morning, on the entirely separate issue of a scheduling order, despite repeated protest from Plaintiffs' counsel. This absurd, "I'm the boss, you toe the line," mentality is offensive not only to the undersigned, but to the judicial process as well.

Plaintiffs are not in a position to provide any further documentation or discovery or description of witnesses or anything else asked for by the Defendants until it has had a reasonable time to evaluate the Defendants' submission and meet with their experts and witnesses. Plaintiffs have submitted extensive documentation to support their claim, Defendants have to date produced no documents to support their defenses.

Accordingly, Plaintiffs believe that no scheduling order should be entered as the Court did not order one. We are prepared to meet and confer regarding the items about which the Court ordered a meet and confer, Sunday morning at 10:00 a.m., after briefs have been filed by both sides.

Respectfully submitted this 4th day of December, 2020

/s Alexander Kolodin

| | |
|---|---|
| Sidney Powell PC | Kolodin Law Group PLLC |
| Texas Bar No. 16209700 | AZ Bar No. 030826 |
| 2911 Turtle Creek Blvd, Suite 300 | 3443 N. Central Ave Ste 1009 |
| Dallas, Texas 75219 | Phoenix, AZ 85012 |

*Application for admission pro hac vice forthcoming

Of Counsel:
Emily P. Newman (Virginia Bar No. 84265)
Julia Z. Haller (D.C. Bar No. 466921)

| | |
|---|---|
| 1 | Brandon Johnson (D.C. Bar No. 491730) |
| 2 | 2911 Turtle Creek Blvd. Suite 300<br>Dallas, Texas 75219 |
| 3 | *Application for admission pro hac vice Forthcoming |
| 4 | L. Lin Wood (Georgia Bar No. 774588) |
| 5 | L. LIN WOOD, P.C.<br>P.O. Box 52584 |
| 6 | Atlanta, GA 30305-0584<br>Telephone: (404) 891-1402 |
| 7 | Howard Kleinhendler (New York Bar No. 2657120) |
| 8 | Howard Kleinhendler Esquire<br>369 Lexington Ave. 12th Floor |
| 9 | New York, New York 10017<br>(917) 793-1188 |
| 10 | howard@kleinhendler.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2nd, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

By: */s/ Chris Viskovic*