# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tyler Bowyer, et al., | No. CV-20-02321-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Doug Ducey, et al., | |
| Defendants. | |

This matter is set for a hearing on Plaintiffs' Application for Temporary Restraining Order (Doc. 2) on Tuesday, December 8, 2020.

Accordingly,

**IT IS HEREBY ORDERED** that the Court issues the following Order setting deadlines related to the proceedings:

**I.   Witness List**

Each party shall separately list the names of witnesses, whether they are fact or expert witnesses, a description of the proposed testimony of each witness (except witnesses who may be called for impeachment), and the basis for such testimony.  For expert witnesses, the parties shall include a summary of all opinions the expert may offer at the hearing, copies of all data and supporting documents, and the proposed expert's CV and qualifications.  This disclosure will include the names of each witness the party actually intends to call plus the order in which they intend to call the witnesses.  Plaintiffs shall provide full and complete witness disclosures by **Saturday, December 5, 2020, at 12:00**

**P.M.** Defendants and Intervenors shall provide full and complete witness disclosures by **Sunday, December 6, 2020, at 12:00 P.M.** Witness admissibility issues should be resolved by stipulation. To the extent that they cannot all be resolved, each party shall provide a numbered chart of exhibits with a short description of the objection (i.e. "Objection: Rules 401 and 403").

**II.     Exhibit List**

Each party shall submit a list of numbered exhibits with a concise description of each exhibit. In order to understand the evidence that the party intends to rely on and to provide other parties the opportunity to object prior to the hearing, all parties must disclose and exchange exhibits by **Sunday, December 6, 2020 at 3:00 P.M.** The parties shall ensure that copies of all exhibits must be produced to the Court by **Monday, December 7, 2020 at 12:00 P.M.** Document admissibility issues should be resolved by stipulation. To the extent that they cannot all be resolved, each party shall provide a numbered chart of exhibits with a short description of the objection (i.e. "Objection: Rules 401 and 403").

**IT IS FURTHER ORDERED** that the parties' objections to witnesses and exhibits shall be filed with the Court, as described herein, by **Monday, December 7, 2020 at 12:00 P.M.**

**IT IS FINALLY ORDERED** that any witness or exhibit not disclosed to the other party or to the Court will not be admitted at the hearing.

Dated this 4th day of December, 2020.

_____
Honorable Diane J. Humetewa
United States District Judge