Brett W. Johnson (#021527)
Colin P. Ahler (#023879)
Derek C. Flint (#034392)
Ian R. Joyce (#035806)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: bwjohnson@swlaw.com
         cahler@swlaw.com
         dflint@swlaw.com
         ijoyce@swlaw.com

Anni L. Foster (#023643)
General Counsel
Office of Arizona Governor Douglas A. Ducey
1700 West Washington Street
Phoenix, Arizona 85007
Telephone: 602-542-4331
E-Mail: afoster@az.gov

*Attorneys for Defendant Douglas A. Ducey,*
*Governor of the State of Arizona*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Tyler Bowyer, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>Doug Ducey, et al.,<br><br>    Defendants,<br><br>  and<br><br>Maricopa County Board of Supervisors, et al.,<br><br>    Intervenor-Defendants | No. 2:20-cv-02321-DJH<br><br>**Notice and Certification of Conferral Regarding Motion to Dismiss**<br><br>Assigned to: Hon. Diane Humetewa |

In accordance with L.R.Civ. 12.1(c), Defendant Douglas A. Ducey, Governor of the State of Arizona, certifies that undersigned counsel gave written, advance notice to Plaintiffs of the issues asserted in his Combined Motion to Dismiss and Response to Plaintiffs' Motion for TRO and Preliminary Injunction. The parties have been unable to agree that the Complaint, (Doc. 1), is curable by a permissible amendment.

DATED this 4th day of December, 2020.

SNELL & WILMER L.L.P.

By: /s/ Brett W. Johnson
Brett W. Johnson
Colin P. Ahler
Derek C. Flint
Ian R. Joyce
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

Anni L. Foster
OFFICE OF ARIZONA GOVERNOR
DOUGLAS A. DUCEY
1700 West Washington Street
Phoenix, Arizona 85007

*Attorneys for Defendant Douglas A. Ducey, Governor of the State of Arizona*

- 1 -

# **CERTIFICATE OF SERVICE**

I certify that on December 4, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants.

s/ Richard Schaan

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000