| | |
|---|---|
| Roopali H. Desai (024295)<br>D. Andrew Gaona (028414)<br>Kristen Yost (034052)<br>**COPPERSMITH BROCKELMAN PLC**<br>2800 North Central Avenue, Suite 1900<br>Phoenix, AZ 85004<br>T: (602) 381-5478<br>rdesai@cblawyers.com<br>agaona@cblawyers.com<br>kyost@cblawyers.com<br><br>Justin A. Nelson (*pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002-5096<br>T: (713) 651-9366<br>jnelson@susmangodfrey.com | Stephen E. Morrissey (*pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1201 Third Avenue, Suite 3800<br>Seattle, WA 98101-3000<br>T: (206) 516-3880<br>smorrissey@susmangodfrey.com<br><br>Stephen Shackelford (*pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019-6023<br>T: (212) 336-8330<br>sshackelford@susmangodfrey.com<br><br>Davida Brook (*pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>T: (310) 789-3100<br>dbrook@susmangodfrey.com |

*Attorneys for Defendant Arizona Secretary of State Katie Hobbs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Tyler Bowyer; Michael John Burke; Nancy Cottle; Jake Hoffman; Anthony Kern; Christopher M. King; James R. Lamon; Sam Moorhead; Robert Montgomery; Loraine Pellegrino; Greg Safsten; Salvatore Luke Scarmardo; Kelli Ward; and Michael Ward,<br><br>    Plaintiffs,<br><br>v.<br><br>Doug Ducey, in his official capacity as Governor of the State of Arizona; and Katie Hobbs, in her official capacity as Arizona Secretary of State,<br><br>    Defendants.<br><br>MARICOPA COUNTY BOARD OF SUPERVISORS; and ADRIAN FONTES, in his official capacity as Maricopa County Recorder,<br><br>    Intervenors. | No. CV-20-02321-PHX-DJH<br><br>**DEFENDANT SECRETARY OF STATE KATIE HOBBS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

{00526140.2 }

Defendant Secretary of State Katie Hobbs respectfully submits this Notice of Supplemental Authority to provide notice of today's decision by the Eleventh Circuit Court of Appeals that plaintiff, who brought identical claims as those asserted in this case and is among plaintiffs' counsel of record in this case, lacks standing to pursue a "generalized grievance" regarding the outcome of the election because he could not "explain how his interest in compliance with state election laws is different from that of any other person." The Eleventh Circuit in *L. Lin Wood, Jr. v. Brad Raffensperger, et al.*, -- F.3d --, No. 20-14418 (11th Cir. Dec. 5, 2020), at 10-13. The Eleventh Circuit also held that federal courts are courts of limited jurisdiction and, therefore, may not entertain post-election contests about garden-variety issues of vote counting and misconduct that may properly be filed in state courts. The ruling also held that, like here, plaintiff's claims were moot because the State already had certified.

A copy of the Decision is attached as Exhibit A.

Respectfully submitted this 5th day of December, 2020.

        **COPPERSMITH BROCKELMAN PLC**

        By  s/ Roopali H. Desai
            Roopali H. Desai
            D. Andrew Gaona
            Kristen Yost

        **SUSMAN GODFREY L.L.P.**
            Justin A. Nelson
            Stephen E. Morrissey
            Stephen Shackelford
            Davida Brook

        *Attorneys for Defendant Arizona Secretary of State Katie Hobbs*