Sidney Powell (admitted pro hac vice)
Sidney Powell PC
Texas Bar No. 16209700
(517) 763-7499
Sidney@federalappeals.com

Alexander Michael del Rey Kolodin, AZ Bar No. 030826
Alexander.Kolodin@KolodinLaw.com
Christopher Viskovic, AZ Bar No. 035860[1]
CViskovic@KolodinLaw.com
**KOLODIN LAW GROUP PLLC**
3443 N. Central Ave. Ste. 1009
Phoenix, AZ  85012
Telephone: (602) 730-2985
Facsimile: (602) 801-2539
*Attorneys for Plaintiffs*

*Attorneys for Plaintiffs*
*(Additional counsel listed on signature page)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tyler Bowyer, Michael John Burke, Nancy Cottle, Jake Hoffman, Anthony Kern, Christopher M. King, James R. Lamon, Sam Moorhead, Robert Montgomery, Loraine Pellegrino, Greg Safsten, Salvatore Luke Scarmardo, Kelli Ward and Michael Ward;<br><br>Plaintiffs;<br><br>v.<br><br>Doug Ducey, in his official capacity as Governor of the State of Arizona, and Katie Hobbs, in her capacity as Secretary of State of the State of Arizona;<br><br>Defendants. | **Case No.**: 2:20-cv-02321-DJH<br><br>**NOTICE OF SERVICE OF PLAINTIFFS' EXPERT AND FACT WITNESS DISCLOSURE** |

---

[1] District of Arizona admission scheduled for 12/9/2020.

Pursuant to LRCiv 5.2, Plaintiffs hereby give notice that Plaintiffs' Initial Expert and Fact Witness Disclosure was served upon Defendant Doug Ducey, Defendant Katie Hobbs, Maricopa County Intervenors, and Proposed Intervenor Arizona Democratic Party's counsel of record via email on December 5, 2020 at 11:58 a.m.

Respectfully submitted this 5th day of December, 2020

/s Alexander Kolodin

Sidney Powell PC
Texas Bar No. 16209700

Kolodin Law Group PLLC
AZ Bar No. 030826

2911 Turtle Creek Blvd, Suite 300
Dallas, Texas 75219

3443 N. Central Ave Ste 1009
Phoenix, AZ 85012

*Application for admission pro hac vice forthcoming

Of Counsel:
Emily P. Newman (Virginia Bar No. 84265)
Julia Z. Haller (D.C. Bar No. 466921)
Brandon Johnson (D.C. Bar No. 491730)

2911 Turtle Creek Blvd. Suite 300
Dallas, Texas 75219

*Application for admission pro hac vice Forthcoming

L. Lin Wood (Georgia Bar No. 774588)
L. LIN WOOD, P.C.
P.O. Box 52584
Atlanta, GA 30305-0584
Telephone: (404) 891-1402

Howard Kleinhendler (New York Bar No. 2657120)
Howard Kleinhendler Esquire
369 Lexington Ave. 12th Floor
New York, New York 10017
(917) 793-1188
howard@kleinhendler.com

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

I hereby certify that on December 5th, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

By: */s/ Chris Viskovic*