# Exhibit 1

# U.S. Congress Letters of

# Support Bowyer v Ducey

**PAUL A. GOSAR, D.D.S.**
FOURTH DISTRICT, ARIZONA

2057 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, D.C. 20515
(202) 225-2315

122 N. CORTEZ STREET, SUITE #104
PRESCOTT, AZ 86301
(928) 445-1683

6499 SOUTH KINGS RANCH ROAD, SUITE #4
GOLD CANYON, AZ 85118
(480) 882-2697

220 N. 4TH STREET
KINGMAN, AZ 86401
(928) 445-1683

WWW.GOSAR.HOUSE.GOV



**Congress of the United States**
**House of Representatives**
**Washington, DC 20515-0301**

**COMMITTEE ON
NATURAL RESOURCES**
SUBCOMMITTEES
CHAIRMAN, ENERGY AND MINERAL RESOURCES
WATER, POWER AND OCEANS

**COMMITTEE ON OVERSIGHT
AND GOVERNMENT REFORM**
SUBCOMMITTEES
VICE CHAIRMAN, INTERIOR
NATIONAL SECURITY

**CONGRESSIONAL WESTERN CAUCUS**
CHAIRMAN

December 5, 2020

Arizona Letter of Support

Phoenix, Arizona—

On behalf of the millions of concerned citizens and Arizonans who have lost confidence in the integrity of our election system, and on behalf of candidates for public office who campaign hard with the expectation that every lawful vote will count—and every illegal ballot will be thrown out—we write to share our support for the pending litigation.

Currently pending before the Court is Bowyer v. Ducey. We have seen various reports of irregularities, variances, statistical improbabilities, and unorthodox measures occurring in the general election for 2020.  To date, in response to the numerous reports, we have received platitudes and condescension "assuring" us, and Arizona voters, that there was no fraud, or now they say that there was not enough fraud to matter.  Indeed, those making the assurances, including the Secretary of State, the Maricopa County Board of Supervisors and others, have proffered no evidence that the election tabulation was not manipulated.

There has been no thorough investigation, no forensic audit, no signature verification and really no substantive effort to rebut the many deficiencies reported on. There are the objective indicia of manipulation that include:  down ballot races all going in favor of the Republicans (with the notable and expected loss of McSally).  In counties that did not use Dominion software, the president easily won. There is no voter registration imbalance that would make Maricopa County the outlier.

Immediately prior to the election, voters in Chandler and Mesa were solicited by community organizers to turn over their ballots so they could "turn it in for them." This is illegal ballot harvesting yet it occurred and was reported on October 23, 2020. The eyewitness testimony of actual voters is available for public review.

If every vote counts, and if the right to free and fair elections is as important as we always say, then any such vote manipulation must be vetted thoroughly.

The massive fraud people are concerned about is the data shifting. Why trifle with hundreds of ballots if you can change tens of thousands effortlessly? One insider whistleblower states that 35,000 votes were manipulated in Pima County. In a recent legislative hearing, evidence was presented of voter anomalies that supposedly occurred notwithstanding the mathematical improbability of such an occurrence.

All this is to say that we need to restore the faith of the people. Early ballots. Mass mailing of ballots. Computer algorithms. All have served to undermine voter confidence. When faced with these discrepancies, the people are simply told that everything is fine and not to look into it further.

In our view, elections need a zero tolerance for illegal balloting. This is not complicated. We are merely counting. Whether it's one to one hundred or one to four million, it is simple math.

We ask the court to support the request for fact finding, evidence gathering and any injunctive relief necessary to prove that the vote was indeed fair and accurate. Without such an undertaking, if Mr. Biden proceeds along, his presidency will be deemed illegitimate by millions. This is an intolerable result.

Sincerely,

Paul A. Gosar, D.D.S.
Member of Congress

**<u>U.S. House of Representatives Andy Biggs (from Arizona's 5th district)</u>**

"I write in support of Bowyer v Ducey. Arizonans deserve full clarity and complete transparency in the integrity of our elections. Faith in our institutions - especially our elections - is the bedrock of our constitutional republic. While Arizona did not experience allegations of voter fraud to the degree of other states, Arizonans have been left with significant questions about the integrity of our state's election system, apparatus, and software. It is important for all branches of our government to work in unison to ensure that these allegations are investigated and adjudicated. Only then, can Arizonans trust the results of every election."

 - U.S. Congressman Andy Biggs (AZ-05)

# Exhibit 2

# Letters of Support Compilation Bowyer v Ducey

DocuSign Envelope ID: 6A42B733-8662-48C0-A455-4A17255DE3F6

## STATEMENT OF SENATOR-ELECT KELLY TOWNSEND

As a current Arizona State Representative and Chairwoman of the Elections Committee, and now Senator-Elect and Vice Chair of the Government committee which oversees elections issues, I am writing this in an effort to further the sense of urgency to address elections irregularities and claims brought forward by elections workers and volunteers on November 30, 2020 regarding the recent General election.  I have heard from this hearing, along with statements from individuals to my office, that there is reason to conclude a serious suspicion about fraud and irregularity in the election process.   In particular, the most pressing issue is that the Dominion machines in Maricopa County are in need of a forensic audit.  Beyond that, a close look at adherence to election law should be examined, and the voter rolls regarding Federal only voters needs to be audited. The issues presented are:

1. On November 30, 2020, a presentation by at least three individuals, to include cybersecurity expert Retired Col. Phil Waldron, an expert in his field included data that showed a statistical impossibility for one Presidential candidate to obtain the votes that he did.  It was concluded that the only way for the vote totals to reach what they had was if the votes were set up to be weighted at 1.3 for one candidate, and .7 for the other.  This, alone, is cause to do a forensic audit on the machines.

2. Testimony at the hearing was put forth concerning information regarding the Dominion Voting Systems operating manual that stated results could be manipulated from the administration level, that USB ports were available to insert thumb drives, and that the machines were clearly connected to the internet due to server traffic seen going to Frankfurt Germany at a statistically high level compared to other days.  A review of the operating manual, along with the request for procurement (RFP) is in order to determine the security of the machines.

3. Ordinarily the Elections Assistance Commission (EAC) reviews and certifies the machines for use, however the Legislature of Texas rejected the Dominion

Voting Systems after a deep dive, having performed a security and technical analysis which caused them to draw the conclusion that the system was not secure. Because Arizona's Board of Supervisors did no such due diligence above and beyond the EAC review, there is no evidence that the concerns brought forward by Texas have been resolved. Such a review should be conducted to ensure that vulnerabilities no longer exist.

4. Each year the Def Con conference tests machines to see if they can be hacked. The Maricopa County Recorder sent staff to more than one of these conferences, and the resulting recommendation from their "voting village" was that due to the extraordinary ease that a person could hack into the system, a full and comprehensive audit should be performed after each election. Due to the hackers themselves recommending a forensic audit of these machines, would it not then be prudent to look closer at the vulnerabilities we have in our voting systems?

5. A Dominion employee had said to one of the witnesses that he was removing the machine's hard drives and taking them offsite, with no chain of custody and returning them the next day. This severely compromises the public's confidence in a secure election and should not have happened.

6. Arizona's Federal Only voters have grown exponentially from approximately 1100 persons who could not prove citizenship in 2017, to over 36,000 in 2020. At last check, in Maricopa over 4000 of those voters cast a ballot. An audit of those Federal only voters should take place, since a fictitious name could be used to obtain a ballot without any scrutiny.

7. We heard from many poll workers and volunteers who claimed that their ability to observe the election, namely signature verification and adjudication of ballots, was suppressed.

8. The Maricopa County Recorder sent instructions with ballots that directed the voter to cross out any mistakes and mark the candidate they intended on the ballot. The trial court stated that this was likely a violation of the law to state such an instruction, but that it was too late to intercede. On appeal, the Supreme Court overturned the state court decision and ordered the Maricopa County Recorder to remove the instruction. On election day, it was told to me that there were many ballots in the adjudication room that were a full Republican ballot, but that one candidate was crossed out and another candidate was voted for. A forensic check of the ink in these ballots would be time worthy due to the potential of malfeasance by the adjudicators.

9. We heard testimony that many machines rejected a large number of ballots due to extra marks caused by pens bleeding through to the other side on the day of the election. Those ballots went to either duplication or adjudication, where teams were attempting to revote the ballot based on what they thought the voter's

intention was.  Testimony was given that there were not always a sufficient number of Republicans present to assure that voter intent was honored.  A wider universe of ballots to be audited would be appropriate in this situation.

10. We were presented with an email by a person named Brian Watson, claiming that in Pima County, 35,000 votes were front-loaded into the machines for various democrat candidates.  It is important to obtain the IP address of that individual and follow up to gather more information about this.

11. In years' past, the tabulation room was off-limits to anyone that did not have clearance, however this year the tabulation room was open to 25 adjudication teams, removing the security of the machines.  If anyone with knowledge of the system and had access to the machines, would that not be reason alone to do a forensic audit of those machines?

12. Because the chain of custody of the SD results cards, hard drives, and the machines themselves, which were left unattended for a week in at least on Chandler voting center, it is incumbent to do a full forensic audit on the Dominion voting system.

13. It has been disclosed to me by a 3rd year law student, who is willing to testify under oath, that an acquaintance in Seattle contacted her to report that a shipment of ballots arrived at the airport from a South Korean plane.  She also has a taped conversation of an individual admitting to being a part of the ballot operation here in Phoenix and can provide such recording.  It is my understanding that this is currently under federal investigation.

**CONCLUSION**

Due to the many irregularities and serious allegations brought forward regarding the 2020 General Election in Arizona, I believe it is urgent that the Court find that a deep forensic audit is performed on the machinery and the ballots to determine if this election was compromised.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on _____, in _____.

By _____

Senator-Elect Kelly Townsend




Representative Mark Finchem, LD-11
P.O. Box 69344
Oro Valley, AZ 85737
(520) 808-7340
MarkFinchem@me.com

Alexander Michael del Rey Kolodin
Kolodin Law Group PLLC
3443 North Central Avenue Suite 1009
Phoenix, AZ 85012

RE: Statement of support for the US District Court Action *Bowyer v. Ducey*

Dear Mr. Kolodin,                                                    December 5, 2020

Please transmit my remarks herein to The Court in the above mention matter. As the chairman of an public hearing panel on Arizona 2020 election integrity, which was convened on November 30, 2020, and after hearing over 10-hours of testimony and inspecting reams of evidence in the form of affidavits from those who testified, it is clear to me that the election of November 3, 2020 was plagued by pervasive voter and elections fraud and should be decertified.

The split between candidate Biden and Candidate Trump is less than 10,457 votes. The mathematical modeling that explains actual voting records confirms the tabulation fraud. It is interesting to note that but for the November 30th public hearing, virtually none of this testimony and evidence would have come to light in a transparent forum. It would have been covered up by inaction of the both the legislative and judicial branches in this state.

I know those who have brought this action personally, and I know how serious they are about supporting the rule of law and protection of the individual voting franchise of every citizen. This is not about one candidate or another, but rather stopping a fraud. Article IV, Section 4, known as the "Guarantee Clause" guarantees each state a, "republican form of government," the foundation of which is self-governance through free and fair elections accurately reflecting the will of the people.

With the mountain of evidence that was presented during the November 30 hearing, which several of the complainants in this action were present to hear and observe, it is clear the "one person, one vote" principle that was invoked in a series of cases by the Warren Court in the 1960s —under the Equal Protection Clause— has been violated by this election to an extent sufficient to alter the outcome of the election if properly scrutinized.

Representative Mark Finchem, LD-11
P.O. Box 69344
Oro Valley, AZ 85737
(520) 808-7340
MarkFinchem@me.com

I am personally shocked that the chief executive of this state knew or should have known of the mountain of evidence showing that our election was irredeemably compromised, and likely a fraud, and yet he signed the document. There was nothing magic about the 11:00 hour on November 30, he knew that the hearing was on-going and was likely to last into the evening. Furthermore, the document should have been held after nine more hours of evidence and testimony was presented supporting the assertion of illegitimacy.

Article I, Section 4, Clause 1 of the United States Constitution empowers state legislatures, including the Legislature of the State of Arizona, to prescribe the "Times, Places, and Manner" of conducting elections; and, Article II, Section 1, Clause 2 of the United States Constitution empowers state legislatures, including the Legislature of the State of Arizona, to direct the manner of appointing electors for President and Vice President of the United States. At one of the complainants in this case, Representative Anthony Kern, is currently a sitting member of the 54th Arizona Legislature. If this is not credibility enough and demonstrable evidence that the complainants are serious and dedicated, then I don't know what could be.

It is said when you cannot stand the message, kill the messenger. The proceedings that the Court is engaged in cannot be an exercise in politics but in law, an exercise to protect the individual franchise of voting that is the embodiment of the consent of the governed. Arizonans, indeed all Americans, have been subjected to a narrative that the complainants in this suit are somehow unserious, or worse western rubes. But I ask the Court to consider this, these people are determined, they are committed and they are serious about their stand for the guarantee that this state shall continue to enjoy a republican form of government, the foundation of free and fair elections accurately reflecting the will of the people.

Kindest regards,

//s Representative Mark Finchem, Chairman
    House Federal Relations Committee



## NANCY K. BARTO
## ARIZONA REPRESENTATIVE

**CONTACT**

5450 East. Deer Valley Dr. #2196
Phoenix, Arizona 85054
NBarto@azleg.gov
602-926-5766 (office)
480-513-3750 (home)
602-370-8262 (direct)

Alexander Kolodin, Attorney
Kolodin Law Group PLLC
3443 North Central Avenue Ste. 2985
Phoenix, Arizona 85012

Alexander,

It is imperative that the people of Arizona have confidence in our elections process – now and in the future. Considering the number of voting irregularities observed firsthand and reported to me by my constituents this election cycle, nothing short of a complete independent forensic audit will suffice to restore and preserve voters' confidence.

To that end, I wholeheartedly endorse Chairman Ward's legal efforts for such transparency and security on behalf of all Arizona voters.
Thank you.

Sincerely,

0BNancy K. Barto
Arizona Representative

Senator Sylvia Tenney Allen
District 6
PO Box 952, Snowflake, AZ 85937
1700 W. Washington, Phoenix, AZ 85007
928-241-3126
602-926-5409

To Whom It May Concern:


This is my statement in support of the federal court case, Bowyer v Ducey seeking a motion for temporary restraining order and preliminary injunction.

I was part of the Legislative panel that heard testimony on Monday, November 30th, in Phoenix, Arizona of the many irregularities that took place on the November 3rd General Election in the State of Arizona.

I will not list all the irregularities that I heard  knowing that many are listed within this lawsuit, but I am firm in my mind that our election has been compromised and we cannot certify and state with certainty that that we know who the Presidential winner is.

I feel strongly that we must decertify our election and not award Arizona's eleven Electoral votes to any candidate due to the failure of the integrity of Arizona General election.

Most Sincerely,

Senator Sylvia Allen

A significant number of voters believe that fraud occurred, and, with the number of irregularities, it is easy to understand why. Especially concerning are the allegations made surrounding the vendor Dominion. It is imperative that the Court immediately allow a forensic audit on the Dominion software and equipment to make sure the results were accurate.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on _____ , in _____ .
              12/5/2020                    County, State

By _____

Warren Petersen Arizona House Majority Leader



December 5, 2020

"I find it imperative that we support Chairwoman Kelly Ward's work to keep our elections transparent and fair. The citizens of Arizona deserve the security of knowing that their voice is heard. I support Ward's efforts and will continue to do so".

*Walter J. Blackman*

Vice Chairman, Judiciary
Vice Chairman, State & International Affairs
Commissioner; Education Commission of the States
Member, Legislative District 6
1700 W. Washington
Phoenix, AZ 85007
Room 345
T: (602) 926-3043
E: wblackman@azleg.gov

# Exhibit 3

# Response to Stephen Ansolabehere's Comments Regarding Absentee Ballots in Arizona

William M. Briggs

December 5, 2020

## 1   Summary

The criticisms made by Stephen Ansolabehere in response to my original report on absentee ballots are not relevant, make simple errors in logic, and even, in part, work against him to show my original argument could be made even stronger.

Ansolabehere repeatedly charges that because I was brief in saying "I assume survey respondents are representative and the data is accurate" that therefore the respondents were not representative and the data not accurate. This is a silly error and a wholly unwarranted conclusion. Not only was this data entirely typical of phone surveys, and therefore the data having all the usual strengths and weaknesses of the genre, it was extraordinary in that calls with respondents were recorded. The designers of the survey evidently knew its quality would be attacked—and were prepared for it.

There were no fatal errors in the survey data or calculations, as the well-paid Ansolabehere falsely claims. (*Five hundred fifty* American dollars per hour for the many hours he spent on his comments? My work is entirely pro bono.) Instead, I took pains to put forward the most conservative case, interpreting the data in a way that actually reduced the number of troublesome ballots.

Although Ansolabehere made many mistakes, I thank him for the opportunity of allowing me to make a point I neglected to emphasize in my original presentation. This is the striking unity of results across several battleground states, including Arizona. The data shows either an amazing coincidence in accumulated troublesome ballots in just those places they were needed most for Biden, or the data shows something more interesting happened.

What follows are answers to specific criticisms.

## 2   Rebuttal

Ansolabehere pads his account with many extraneous words and arguments. I will be much briefer, while also answering every substantial criticism he made.

### 2.1   Error Definition

My original definition of errors were this:

**Error #1**: being recorded as sent an absentee ballot without requesting one. This is still an error even if ballots were sent to all voters without request, because of the very real chance of double-voting (in person and by mail).

**Error #2**: sending back an absentee ballot and having it recorded as not returned.

These followed directly from the survey design. The survey began by asking these specific questions "Q1 - Hello, this is [yourname] with the Voter Integrity Fund. May I please speak to [TARGET]?" If the person was available, they were asked "Q2 - [Target Name] in the state of [STATE] is marked as having received an absentee ballot request from you but did not receive your absentee ballot. Did you request an absentee ballot?"

1

Finally, if they said yes to that, respondents were asked "Q3 - Did you mail back that ballot?"

Ansolabehere finds ambiguity in these three simple questions via a wonderful display of specious argument, one he repeats in many places. He basically says that because the questions *could* have been misinterpreted in the various ways he suggests, they therefore *were* misinterpreted by a sufficient number of respondents, thus rendering the survey useless.

My answer is that this is a dumb argument. He has no evidence misinterpretations were made in the way he suggests. He could have spent the same amount of (expensive) time and came up with reasons why the survey was *not* misinterpreted.

For instance, the election was in the news and people were riled. They therefore welcomed the chance to set the record straight, and to ensure their legal ballots were counted. They were thus even more honest than they normally would be with telephone pollsters.

Of course, I have no evidence this, or other similar stories, are true. Just as Ansolabehere has no evidence his charges are true. All we can do, then, is to treat this survey like we treat all surveys: analyze the data as it is presented.

## 2.2   Ambiguous Wording

I will give one specific example of Ansolabehere trying to discover ambiguity. They are all much the same. He says (in point 7):

> The wording of Question 3 also is very problematic. First, the survey does not ascertain whether a ballot was in fact received. According to figures from the U.S. Election Assistance Commission, there were 102,896 undeliverable absentee ballots. Neither Question 2 nor Question 3 screens out people who did not receive a ballot. Second, Question 3 does not ascertain whether the ballot was mailed back in a timely manner so as to be included in the record of ballots cast. Third, Question 3 asks whether someone voted. As is well known among political scientists and survey researchers, survey questions asking whether someone voted are subject to substantial social desirability biases that lead to inflation in the estimated number of voters.

Earlier, Ansolabehere says that just about evey voter was sent automatically an absentee ballot, and here he says it's possibly they didn't. This is not consisent. And again, Ansolabehere uses the possibility of a thing as proof the thing existed. There no evidence, not one bit, that ballots were sent back late. Indeed, as all news reports indicate, certain late ballots were warmly accepted.

His second point is the same: because people lie on surveys, therefore they lied here in sufficient number. Would Ansolabehere apply this same reasoning to his own words? It is clearly nonsense. If accepted, his argument would toss out *all* surveys about voting.

## 2.3   Response Rate

Ansolabehere charges "the survey has extremely low response rates." He must know that the response rate here was not atypical. That is, it was low like many telephone polls are. But low does not imply too low. He must know this. Further, the mathematical extrapolations I made accounted for the size of the data.

Perhaps because Ansolabehere is a specialist in government, he does not know that when samples are low the confidence we have in extrapolations is wider. I will give one example, using Arizona, though this works for data from any state.

The original estimates of Error #2 for Arizona were that between 78,714–94,975 ballots were sent back but recorded as not returned, a "plus or minus" window of 16,261 votes. If we suppose we had *double* the response rate on the survey, in the same proportions as the original, then the Error #2 estimate becomes 81,739–93,214, a window of 11,475 votes. The 95% prediction interval shrinks, as expected, as we become more confident.

It does not shrink by much, of course, showing the analysis method is robust. If instead we allow a full ten times the original response rate, the plus-or-minus window shrinks to 5,046 votes.

2

Response rate is not a problem, and has been fully accounted for.

## 2.4   Top line Number Interpretations

Ansolabehere produces a lot of quibbles about the survey numbers, and uses the possibility of different interpretations of the numbers to say my entire analysis can't be trusted.

It is true that differences can exist in interpreting the top line numbers. I was aware of this when I did the analysis, which is why I everywhere used conservative interpretations. If I instead use one of the interpretations Ansolabehere suggests, the case about troublesome votes is made is even stronger.

I will use Arizona again as an example, though this applies to all states.

Again, the first question asked to speak to the relevant person. In Arizona, 1,872 were recorded as "Reached target", and an additional 335 were recorded as "'What is this about?'/Uncertain [Go to Q2]." I summed these two numbers to reach a total of 2,147.

One quibble is that the 335 who were uncertain should not be used in the total. If not, the sample size is, of course, reduced to 1,872. Yet we still have 906 who said "No" when asked if they received an absentee ballot. The ratio 906/1872 is larger than 906/1872, meaning it will look like even more errors were made (of type Error #1).

The original estimate of **Error #1** (being recorded as sent an absentee ballot without requesting one) for Arizona was the window of 208,333–229,937. If we reduce the sample to 1,872 by excluding the disputed 335, the new estimate is 239,518–262,932. It goes up in just the way we expect it to. This proves using the full 1,872 is the conservative choice.

Another way to interpret the top lines is to use all people who got to the point of Question 1. Ansolabehere disingenuously prefers this because it makes his case appear stronger.

Besides the two options to Question 1 already mentioned (reached target, uncertain), there were also "Refused" and "Hangup". I treated these as non-responses, which is the usual interpretation. A person who hangs up without responding is the same as the person who never answers, as far as the answering the question goes.

In the spirit of generosity, though, let's use all 4,524 who reached Question 1 (instead of the original 2,147), including the hangups and refusals. The window for Error #1 becomes 98,2018–110,240. The window shrinks, as Ansolabehere desires. *But not by enough.* This is still a large and troublesome window. The same is true for each state investigated.

Even stronger, the window for Error #2, the more significant error, *does not change.* This is because the calculations for this window are conditional only on those who answered Question 2 and 3.

Lastly, Ansolabehere disputes whether the answers spouses or other household members gave should be allowed. I used them in the totals. Ansolabehere would exclude them. This is really a nitpicking point because the total of these answers were small.

Here is proof. Again, the original window for Error#2 in Arizona was 78,714–94,975. This was conditional on the 355 respondents or their spouses or household members who said they mailed a ballot back. If we remove the 17 spouses or household members, the window becomes 76,176–92,232. It shrinks a bit. But again, *not by enough.*

All comments made here hold for all states.

# 3   Conclusion

The doubts cast on my original analysis by Ansolabehere either fail simple tests of logic, or are so small as to make no practical difference in the conclusion.

All his logical errors can be dismissed. Suggesting, as he often does, that mistakes *can* be made or that ambiguity *might* exist in the survey, is not proof that either *does* exist. I could have spent an equal amount of (unremunerated in my case) time suggesting ways the survey was better than most political polls. For instance, people are aware now more than ever of the importance of this election and they took greater care with their answers. I did not do this in the original report because I, unlike Ansolabehere, know the true value of such speculations.

The various numerical quibbles Ansolabehere has with the survey numbers either strengthen my case, or they are so small as to make no practical difference. Even with his own difficult-to-justify assumptions, the analysis reveals there still exist very large numbers of troublesome ballots in each battleground state. There are enough suspicious ballots left, even using his numbers, that could have changed the outcome of the election.

Finally, I reemphasize the remarkable coincidence that the amount of troublesome ballots was important to the election outcome in each state.

# 4   Declaration of William M. Briggs, PhD

1. My name is William M. Briggs. I am over 18 years of age and am competent to testify in this action. All of the facts stated herein are true and based on my personal knowledge.

2. I received a Ph.D of Statistics from Cornell University in 2004.

3. I am currently a statistical consultant. I make this declaration in my personal capacity.

4. I have analyzed data regarding responses to questions relating to mail ballot requests, returns and related issues.

5. I attest to a reasonable degree of professional certainty that the resulting analysis are accurate.

I declare under the penalty of perjury that the foregoing is true and correct.

5 December 2020

William M. Briggs

# Exhibit 4

**Testimony of Brian Teasley, B.S. Mathematics, M.S. Statistics, to rebut the opposition expert Jonathan Rodden, PhD of Political Science.**

**December 5, 2020**

## CHAID

Jonathan Rodden, with a PhD in Political Science and author of the rebuttal to my analysis, claims my use of the Chi-Squared Automatic Interaction Detection (CHAID) technique is "unusual". The technique has been around for 40 years and has been included in the offering of the Statistical Package for Social Sciences (SPSS) since approximately 1985. SPSS and SAS (formerly "Statistical Analysis Software") are primary tools for Statisticians – and it is unusual for an "expert" to label use of the CHAID technique as unusual. It is an excellent tool for initial analysis for all types of data, including election data. It is simple to use, easy to explain, and often provides statistically significant results, as it did in my analysis. Had this technique not shown the results that it did, my analysis would have likely terminated. Instead, the technique clearly indicated further exploration was appropriate.

## Placebo

Author wants you to believe that the reason we see Biden doing so well is because the dominion machines are in Democrat counties. ("it is clearly the case that Democratic counties have been more likely to adopt Dominion machines than Republican counties"). This is demonstrably not the reason.

The pattern seen is across all types of counties – those with low likelihood to vote for candidate Biden as well as those with a high likelihood. It is precisely this pattern that is indicative of a system wide problem, not one just in Democrat counties. If, indeed the effect we are seeing was mainly in Democrat counties, the "unusually high" pattern of the green dots in the scatterplot would only be seen in areas where Biden is predicted to do well; i.e., we would only see the "unusually high" pattern in the green dots towards the right side of the graph –

where the counties with higher likelihood, and higher actual Biden results are located.  Instead we see the unusually high pattern scattered across the vast majority of counties.

The pattern we see is very evident in rural counties in Minnesota, Michigan, and Wisconsin – these are all solid "Trump" areas; hence, the impact is seen in "Trump" counties as well as Democrat counties.  This refutes the author's attempt at an alternative explanation.

Also in conjunction with this, the author argues that counties that are new to using Dominion machines "have larger shares of female residents, Latino residents, and…  have lower median incomes".  My propensity analysis, mentioned earlier, specifically controlled for these variables. The results of the analysis (output now included in appendix) were significant at the 95% level - and show a "Dominion Effect" in favor of candidate Biden. Since this analysis specifically controlled for the variables about which the author is concerned, my analysis has already refuted this argument.

**False Positives**

Rodden claims our results are erroneous due to probably being a "false positive".   He then gives a select example showing that adoption of Dominion machine use in 2020 (from not using Dominion in 2012) is highly correlated with Obama's winning vote percentage in 2012.  He provides that in those counties that have switched to Dominion machines at some point between 2012 and 2020, "Obama received about 5 to 6 percentage points higher vote share".  He concludes, "there is no logical way that future use of Dominion voting machines could have affected past outcomes."

He seems to have forgotten his earlier (likely true) statement that, "Democratic counties have been more likely to adopt Dominion machines than Republican counties".   Thus, with his own information, the author gives the reason why counties that changed from other machines to Dominion machines between 2012 and 2020 are more likely to vote for Obama. The counties that have changed are more Democrat counties, so *of course* they voted for Obama in 2012, apparently at a

rate of 5 to 6 percentage points higher.   His "false positive" is anything but, and is explained *with his own information*.

Viewing his false positive analysis from a more fundamental aspect, I find that it ignores basic statistical principles.  Rodden's select case suffers from a most basic trap; correlation does not infer causality, and ranging across historical elections is bound to introduce many potential causes.  Rodden does not offer a statistical method to prove his theory goes beyond a correlation.

In contrast, my analysis considers all machines in parallel used in the same election, enabling me to apply reliable statistical methods and find statistical significance.

Going further, my analysis focuses on *all* US counties using Dominion and the patterns are seen in vast majority of counties, *not only counties that recently switched machine type*.   The pattern becomes more apparent, and the statistical significance levels stronger – when looking at more data.  That is what my analysis did.

## Appendix

## Propensity Score Output

P-value (which is significant at the 95% level)) are from a generalized linear model PercentageBidenVote = machine type.

Matching done using R package MatchIt with:

> matchit(bad.machine ~ White + Hispanic + Black + Native + Asian + Pacific + Income + IncomePerCap +
>
> TotalPop + Men + Poverty + ChildPoverty + Professional + Service + Office + Construction +
>
> Production + Drive + Carpool + Transit + Walk + WorkAtHome + MeanCommute,data=machine.data,
>
> method="nearest",distance="logit")

[1] "Dominion Voting Systems"

[1] "p-value = 0.044874"

[1] "n = 688"

## Other Dominion Voting Systems

| | | |
|---|---|---|
| white | 72.26 | 72.49 |
| hispanic | 11.35 | 10.59 |
| black | 12.19 | 12.33 |
| native | 0.97 | 1.10 |
| asian | 1.36 | 1.57 |
| pacific | 0.05 | 0.06 |
| income | 48980.58 | 49291.89 |
| incomepercap | 25664.95 | 25792.32 |
| totpop | 110522.27 | 128214.31 |
| men | 54489.92 | 63341.96 |
| poverty | 17.13 | 17.02 |
| childpoverty | 23.98 | 23.73 |
| profession | 30.86 | 31.14 |
| service | 19.00 | 19.00 |
| office | 22.26 | 22.18 |
| construction | 12.67 | 12.62 |
| production | 15.21 | 15.06 |
| drive | 79.58 | 79.47 |
| carpool | 10.15 | 10.04 |
| transit | 1.11 | 1.22 |
| walk | 2.87 | 2.95 |
| workathome | 4.58 | 4.58 |
| commute | 24.53 | 24.38 |
| perbiden | 36.09 | 37.91 |

Exhibit 5

# Objective

Highly skilled and innovative security analyst seeking to work collaboratively to develop and implement security policy, best practices methodology, and timely incidence response/disaster recovery reporting.

# Competencies

Linux and UNIX

Debian Family (Ubuntu, Kali, Mint) • Redhat Family (Redhat, Fedora, Cent OS) • SUSE Family (SUSE, Open SUSE, Slackware) • Advanced Families (Arch, Gentoo, Linux from scratch) • Deep understanding of Linux internals • MacOS/OSX • FreeBSD • OpenBSD

IDS – Intrusion Detection Systems

Snort – with automation tools • Suricata • Tiger • Samhain • OSSEC HIDS

Vulnerability Scanning / Assessment

Nmap • Open VAS • Nessus • Core Impact • Nexpose • Saint • OS SIMS • Sguil • Honeyd

Firewalls

IP Cop • IP Tables • PF • PF Sense • CISCO ASA • Alien Valt •

Job Related Skills

• Provided expertise on IT-Security policies and guidelines, best practice approaches and solutions for compliance

• Developed detailed recommendations for mitigating findings and process improvement projects

• Validated and tracked security breach

• Documented results and presented findings to technical staff and management matching their skill level

- Assisted with planning and execution of domain integration, user account, and e-mail migration

- Reviewed user accounts and access on a monthly basis to ensure regulatory and corporate compliance

- Adhered to and enforced corporate policies regarding network security, data, and software usage

- Created, modified, and disabled user accounts base on authorized forms

- Acted as a liaison between various departmental groups on information security related topics

- Audited systems based on industry security standards

- Collaborated in teams of technical and non-technical experts

## Experience

---

| | |
|---|---|
| Senior Security Engineer • Redacted | Mar 2013 - July 2020 |
| Lead Pentester • Self-employed • Texas | Mar 2010 - Present |
| Contract InfoSec Analyst • Redacted | Jan 2015 - Dec 2017 |
| Network Administrator • Redacted | Dec 2017 - Apr 2020 |

**SOURCE 2 - Applied Mathematician, Computer Programmer, and Logistician –**
**Member of Election Fraud Task Force - ASOG**

Worked as an applied mathematician/computer programming for lab associated
with the US National Nuclear Security Administration (NNSA) covering the
interdisciplinary field with a focus on problems in the nuclear and space
research programs area.

Areas of Expertise:
  • Designing and analyzing complex algorithms
  • Expressing difficult cryptographic problems in terms of mathematics
  • Appling work to find a solution or demonstrating that a solution cannot be found,
  given certain computational limitations and reasonable time limits

Provided direction, analytics and coordination of various DoD/USIC supplychains to
include programming of automated procurement, inventory management, and
other supply chain planning and management systems.

Computer programming:
• Python
• C++
• C
• Perl
• Java
• Machine Languages:
    IBM 360/370
    Unisys mainframes
• Microcode:
    Intel
    IBM
    Unisys V
• Assembler
    Intel
    IBM
    Unisys Main and V
• CICS: IBM
• Databases:
    VSAM
    IMS
    DB2

Previous Employers (US) in no chronological order
        • US Navy
        • Sandia Labs (Honeywell)
        • Department of Defense/USIC
        • Sperry Univac

• Center of Strategic and International Studies (CSIS)
• Communication Corporation of America

**Education:**
University of North Texas.  BS, Cyber Security
North Central Texas College. Computer Science & Cyber Security
CCI Training Institute.  Computer Science
US Navy TRADOC. Electronics

**Continuing Adult & Professional Education:**
Southern Methodist University. Lyle School of Engineering & Applied
    Sciences
Southern Methodist University. Cox School of Business

**SOURCE 1 – Ex-VP of Cyber Operations - Member of Election Fraud Task Force - ASOG**

Pre-teen hack into Fort Sam Houston's Main Frame in San Antonio, TX, received FBI
    warning
Served in United State Marine Corps - 2 years
Worked as a CAD design engineer in San Antonio - 6 years
Served in United States Army - 6 years
    17th Field Artillery Brigade with 2 combat tours, Iraq as a point gunner for a
    convoy security operation and in Afghanistan as Point gunner, mechanic and
    electronic technician in a Route Clearance package operating in RC East.
Cyber Security College 2014
While in the Army operated independently to penetrate Hacker groups hunting
    cyber terrorists and gaining informants for passing intelligence up to the US IC.
    Including:
- ISIS
- Anonymous,
- Red Cult,
- AnonGhost and
- others
8 reports that became part of the Presidential Intelligence briefing.
Assisted in gathering intel that lead to the take down of ISIS members including:
❖ Junaid Hussain,
❖ Fadel Ahmed Abdullah al-Hiyali AKA Abu Muslim Al-Turkmani
❖ assisting with stopping planned terror attacks in countries including
    ➢ Belgium,
    ➢ Georgia,
    ➢ Russia,
    ➢ France and
    ➢ US.
Assisted in foiling cyber operations against
- US,
- Israel,
- Russia, and
- Europe.
Designing computer systems using Field Programmable Gate Arrays and Field
    Programmable Frequency modulators coupled with off the shelf micro
    electronics like Arduino and Raspberry Pis to assist in EW operations.
Working to reinvent binary systems and streamline communications at the
    processor level for aid in encryption dominance.

December 5, 2020

*Bowyer v. Ducey,* **Case No. 2:20-cv-02321-DJH**

**United States District Court for the District of Arizona**

**Expert Report of Russell J. Ramsland, Jr.**

_____

**Russell J. Ramsland, Jr.**

1) I have read the Dr. Reddon's rebuttal to my affidavit dated December 4, 2020 and find it unconvincing in a real world scenario for several reasons.  The first of these reasons is the broadly recognized importance of contextual factors in inferring various analytical results from research data whether the considerations involve ecological fallacies, corporate fallacies or individualistic fallacies. Simply put, an over-reliance on inferred results without taking into consideration the events and their time- sequencing, the parties of input and influence (corporate or individual) and the historical and contemporary backdrop in which they exist ("spiraling contextuality" in political science jargon) yields false assurances in the outcomes. Dr. Reddon makes this very mistake in his arguments for his counter analysis that essentially boils down to the notion that Dominion machines cannot be held responsible for what our team found as highly anomalous reporting in favor of Biden using 3 different metrics because they are placed in historically democratic heavy areas to begin with.  So we should expect this outcome. There are several problems with his argument.

2) The first example of failing to recognize contextual matters is Dr. Reddon's apparent assumption that any such selection of Dominion Systems by a heavily democratic area is divorced from Dominion's history and alliances. It is absurd to make such an assumption as the previous 4 affidavits of Spider and my own affidavit make clear. Further, the new affidavit of Spider adds to the enormity of the importance of viewing any anomaly in the context of Dominion's history and relationships. [1]  Clearly Dominion's history and alliances are of tremendous importance to the decision makers who select these systems, and part of that history includes its vulnerability to being tampered with by inside or outside actors. For instance, in the real world of power politics it cannot be easily dismissed as a potentially attractive feature in certain cases, and in this sense the relationship between Dominion's selection and the heavy bias of Dominion outcomes may certainly be related.  Hence no amount of correlation between Dominion selection by more heavily democrat counties has anything useful to add to the question of whether Dominion systems are innocent of fraud or tampering. That question is still wide open and our three perspectives on anomalous behavior in our analysis of this question is at least as valid as Dr. Reddons.

3) The second example of failing to recognize contextual matters is illustrated by one of the very sources Dr. Reddon uses in his analysis, Verified Voting. This organization has historically been a champion of actual paper ballots and scanners (as opposed to ballot marking devices, etc. as used by Dominion and ES&S) for the very reason they are so vulnerable to manipulation within the system and audit trails can be erased, changed or even bypassed since many aspects of them are now voluntary as selected by the user. However, as of late Verified Voting has come under intense criticism by some of it's own experts. Important excerpts from Fast Company's article about it in 2019 include:

---

[1] andy_huang_affidavit, Spider, 12.5.2020

"Amid heightened concerns about the integrity of the voting process in the run-up to the 2020 presidential election, two election security experts recently quit Verified Voting, a respected election accountability group, in protest. They claim that it has been downplaying security risks in popular voting machines.

Richard DeMillo, a Georgia Tech professor who sat on Verified Voter's advisory board, just left the group, soon after the departure of UC Berkeley statistics professor Philip Stark, a board member who sent a fiery letter of resignation on November 21st. Stark and DeMillo believe that Verified Voting has been giving election officials false confidence in their voting machines and providing cover for the companies that make and sell the machines."  It further says "Amid heightened concerns about the integrity of the voting process in the run-up to the 2020 presidential election, two election security experts recently quit Verified Voting, a respected election accountability group, in protest. They claim that it has been downplaying security risks in popular voting machines.

Richard DeMillo, a Georgia Tech professor who sat on Verified Voter's advisory board, just left the group, soon after the departure of UC Berkeley statistics professor Philip Stark, a board member who sent a fiery letter of resignation on November 21st. Stark and DeMillo believe that Verified Voting has been giving election officials false confidence in their voting machines and providing cover for the companies that make and sell the machines.

In his resignation letter, Stark accused the group of being on the "wrong side" by approving pricey new voting systems that replace hand-marked ballots with computer-printed ballot summary cards [BMD], the accuracy of which he questions since they depend on potentially insecure software. . .

Since the election interference in 2016, many states and localities have been moving to voting machines called ballot marking devices that record the voter's choices digitally and also print them on a paper ballot as a backup. And there's the disconnect. The findings of the RLA depend totally on the assumption that the paper ballots accurately reflect the choices of the voter. Stark and DeMillo warn against making that assumption.

"Because there is software between the voter and the paper, what the paper shows might not be what the voter did or saw . . . on the device," Stark told me. That's because the software could be hacked and caused to create a false paper ballot. In close elections, it might take only a small number of these to change the result."

And then finally, lest anyone think the so-called audit in Georgia of it's Dominion machines (the same machines as in Maricopa, Co.) answered any questions about Dominion, Stark says "In Georgia and particular, the kind of

audit that was done is called a ballot polling audit, and a ballot polling and *it doesn't even check the tabulation at all*," Stark told me. "It just checks whether there is a sufficiently large majority to report a winner and a sufficiently large sample that it's implausible that somebody else won." (italics and underline is added)[2].

4) These are but two examples of why no one should rely on merely a standalone analysis without taking into account the real world background and facts. Yet this is precisely the argument Dr. Reddon posits.  Without context, it becomes merely an analytical argument of whose facts, which data, what approach is the superior one. While we are comfortable with our approach, which I will more thoroughly outline later, we would not argue it alone is sufficient to eliminate all other context and would say the same for Dr. Reddon's thesis.

5) This leads me to the second problem which is that there are the many documented vulnerabilities in Dominion and ES&S voting systems wherein the votes are demonstrably switched, and many experts have testified and written about the many ways this can be accomplished.  These proven problems go more directly to the real question at hand and have been extensively examined by experts include Harri Hursti, Matt Blaze of Georgetown University and John Halderman of Michigan, and there are many others.[3] The State of Texas has refused to certify Dominion for use in Texas due to it's deficiencies, saying "Specifically, the examiner reports raise concerns about whether the Democracy Suite 5.5-A system is suitable for its intended purpose; operates efficiently and accurately; and it safe from fraudulent or unauthorized manipulation".[4]                 .

6) Further, spot field testing of results in Antrim Co., MI. that uses the same Dominion equipment as Maricopa Co., AZ, have now shown in Antrim Co. that as a result of a hand recount, 6,000 votes were switched by the machines. Separately, a re-tabulation on November 6th of the November 3rd tabulated results in Central Lake Township yielded dramatically different results as well (see attached Antrim Report V1.7).   Then on December 3rd, from Ware Co., Georgia (that also uses the

---

[2] https://www.fastcompany.com/90441559/two-experts-quit-election-accountability-group-over-claims-it-has-been-endorsing-untrustworthy-machines

[3] 2006 Hacking Democracy video
2020 Kill Chain video
Everest Report
C-Span Panel: ICIT - Cybersecurity and U.S. Voting Systems (2016)
Matt Blaze Testimony before before US Hse. Comm. On Administration (1/9/20)
ES&S Security Test Report Electionware 5.2.1.0 – 8/28/17 – Freeman, Craft, McGregor Group
Red Team Testing Report Dominion Democracy Suite 4.14-A and Dominion Democracy Suite 4.14.A.1
w/ Adjudication 2.4  - 11 -18 -14 - Freeman, Craft, McGregor Group

[4] https://www.sos.texas.gov/elections/forms/sysexam/dominion-d-suite-5.5-a.pdf

same Dominion equipment as Maricopa Co.) comes the report and sworn affidavit of Garland Favorito that a hand recount, as reported in Voter/GA "confirmed the Dominion Democracy Suite 5.5 system used throughout Georgia flipped dozens of votes cast in at least one county for President Donald Trump to former Vice President Joe Biden during the November 3, 2020 election. Dominion vote flipping from Trump to Biden was previously believed to have occurred only in Antrim County, Michigan where the system swapped 6,000 votes from Trump to Biden.

In Georgia, Ware County Elections Director confirmed that the recently completed hand count audit totals showed the total electronic vote count shorted Donald Trump 37 votes and added those 37 votes to totals for Joe Biden. The 74 affected votes represents .52% of the 14,192 county votes cast, exactly double Biden's total statewide margin of .26%". [5]

And finally, as proof that the same sort of machine vote switching behavior is happening in Maricopa there is the sworn affidavit of GOP chairwoman Linda Brickman as reported in the Epoch Times saying "Maricopa County GOP chairwoman Linda Brickman on Nov. 30 testified before members of the Arizona State Legislature that she personally observed votes for President Donald Trump being tallied as votes for Democratic presidential nominee Joe Biden when input into Dominion machines.

Brickman, the GOP head of one of the country's largest counties and a veteran county elections worker, submitted her testimony in a sworn affidavit under penalty of perjury. She testified that she and her Democratic partner witnessed "more than once" Trump votes default and shift to Biden when they were entering votes into Dominion machines from ballots that couldn't be read by machines."[6]

7) These sorts of problems simply should never occur in a secure voting system and all of these are proof Dominion EMS system is not secure.

8) This leads me to the third problem in Dr. Reddon's analysis that concerns actual proof of illegal activities with respect to the actions of individuals operating the election, be they Dominion personnel or county personnel.  The ease and possibility of this type of activity is most graphically laid out in video footage first presented at the Subcommittee of Georgia Oversight Committee on December 3, 2020 wherein it was made clear that observers of the Georgia count were mis-led into thinking that counting had stopped and immediately after clearing the room boxes of ballots were pulled from under tables and a mad dash for counting them ensued, including

---

[5] https://voterga.files.wordpress.com/2020/12/press-release-dominion-flips-trump-votes-to-biden-in-ga-county.pdf

[6] https://www.theepochtimes.com/trump-ballots-defaulted-and-switched-to-biden-votes-on-dominion-system-maricopa-gop-chairwoman_3599899.html

excerpts where stacks of ballots were scanned multiple times.[7]  Unfortunately, Dominion and ES&S equipment doesn't preclude multiple scans and repetitive counting of the same ballots.

9) So it should come as no surprise that on Friday, December 4, 2020, the Senate President Karen Fann and Speaker of the House Rusty Bowers called for an independent audit of the Dominion software and equipment used by Maricopa County in the 2020 General Election. [8]

10) Essentially ES&S has many of the same problems and vulnerabilities to operator or outside tampering as proven in Dallas in the 2020 Election and as outlined in my affidavit.  Thus the results in Pima Co., AZ must likewise fall under suspicion since it was equally vulnerable and the results are anomalous in our opinion, Dr. Reddon nothwithstanding.  I am surprised Dr. Reddon apparently did not understand my explanation of what we found took place in Dallas, but for further explanation, in Dallas County where ES&S is used, the voter records as published by Dallas County each day during early voting were captured on each day for those voters who cast ballots either in person or by mail-in and then catalogued in a database using the hash totals to provide an absolute unique identifier for each vote as it was originally cast and recorded. As required by state law, the Dallas County Elections Department published the Daily Vote Roster for all voters who cast ballots during Absentee and In-Person Early Voting. The Roster contained the VoterID, name, address, type of vote, and various dates associated with every Early-Voting vote cast, hence the record was complete enough to ensure a unique hash number. Dallas County claims its source of roster data was the In-Person Electronic Poll Books, and the Absentee Ballot scanners. DallasCounty has claimed that entry into the Vote Roster can only be done by a registered Dallas County voter who either appeared In-Person or by Absentee Ballot. The computer that generated the roster was apparently hacked between October 7 and October 30. During that period tens of thousands of vote records were purged, added, or edited from the ES&S generated Vote Roster.

Specifically, over this period, 53,485 voter records had their hash identifier changed, meaning the vote was tampered with. In most cases, this tampering took the form of purging the vote, and then re-constituting it in some form or fashion, but with a change in the hash total meaning the vote was somehow changed.  This translates into approximately 107,000 hacked votes in Dallas County alone for ES&S. Ten blocks of voters on Westminster Street in Highland Park had their votes purged and then some of them were selectively re-instated at a later date with changes from the vote intended by the voter. People who double voted were catalogued as well as

---

[7] https://twitter.com/KanekoaTheGreat/status/1335027487357616128

[8] "Legislative Leaders call for audit of Maricopa County election software and equipment", Press Release dated Friday, December 4, 2020, Arizona State Legislature, 1700 West Washington, Phoenix, AZ 85007-2844

dead people who voted, people with no VUID voted (800 of them), unregistered university students voted, and people living abroad who claim a Dallas Residence for voting purposes, but who in a spot check are unknown to the residences they list in the ES&S system.[9]

11) With regards to most of the questions raised by Dr. Reddon as to ASOG's analysis of Voting irregularities in Arizona's Maricopa and Pima counties, and it's sources, I list the following full report:

## Search Methodology
### 2012
The 2012 data was sourced from the Arizona Secretary of State site: https://apps.azsos.gov/results/2012/General/ . This site has an FTP (file transfer protocol) list of files that include all Arizona counties. The files are all of type .txt. They are in various formats:
- CSV- Comma Separated Value file.
- Fixed length file. Processing of the data

All of these text files are included in the file folder provided. All of the text files seem to be complete and in good order with the exception of Conchise which consistently has more voters than people registered. We believe that they mixed up those two terms but we do not know. Conchise's data was left as is in the text file.

### 2016

The 2016 data was also sourced from the Arizona Secretary of State site: https://apps.azsos.gov/results/2016/General/ . This site has an FTP (file transfer protocol) list of files that include all Arizona counties. The files are all of type .txt. They are in various formats:
- CSV- Comma Separated Value file.
- Fixed length file. Processing of the data

All of these text files are included in the file folder and stored. Most of the text files are in good order with the exception of Coconino, as well there were many counties which had many precincts from 2012 which disappeared in 2016 (list of these counties: Mohave, Navaho, Pima, and Yavapai. We think notably the county of Pima went from 288 precincts to 248 precincts. Since the precincts did not have names they could not be matched up. Comparing 2012 precinct races to 2016 races would not be advised. In the Coconino file the numbers do not make sense. The total voters does not equal the addition of the votes garnered by each politician. There seems to be no relation between the numbers. As such we left these numbers out.

### 2020

---

[9] http://www.openrecords.org "For Foreign White Hats Only", "Dallas County Early Vote Appears Compromised", "Dallas County Voting, What the HELL!", "How to Purge Thy Neighbor", "We Salute Our Canadian Voters".

The 2020 data not available as a whole yet. The three counties that were available were sourced from different places:

- Pima County was available from the Pima county recorder site (https://webcms.pima.gov/UserFiles/Servers/Server_6/File/Government/elections/Election%20Results/ENR.CSV)
- Pinal County was available from the Pinal county recorder site: https://results.enr.clarityelections.com/AZ/Pinal/105207/web.264614/#/reporting (click on the Detail XLS on the left hand box below voter turnout)
- Maricopa County was available from the Maricopa county recorder site: https://recorder.maricopa.gov/electionresults/ (click on ArizonaExportByPrecinct_110320.txt)
- Apache County was also included but it was copied from a PDF from the county office and the results are not certified

## Processing of the Data

The CSV files are processed by opening the file into excel and using the Text to Column command to put each piece of data into its own cell.

The Fixed file length files are basically all the fields put together in one long string. A file is provided in the Arizona Secretary of State site that provides the legend to break it into the fields. We wrote a spreadsheet that imported each field from the string block into a cell using the legend.

Using either method above, once all the fields were in a single sheet inside the spreadsheet, we sorted the spreadsheet based on the contest or race field first, then on the field with the politician's name or id second, and finally the precinct. We could copy from this list all the registered voters and ballots cast ordered by precinct. We put those two groups of data into their own sheets inside the spreadsheet. We then pulled the data from those two sheets into a final sheet.

Once that data was formatted properly, it was copied and pasted into the comprehensive document.

## Legal Background of Pima County

We found the following blog of a person who was irate at the lack of professionalism in the 2012 election cycle. https://fatallyflawedelections.blogspot.com/2012/08/arizona-election-fraud-pima-county.html . This blog post has the following line: "Facts are, Pima County election process – a process involving election software the county has already admitted and situated in early cases (we won) as "fatally flawed" in a county that produced one of the most visibly hacked elections the country has ever seen." The author of the article seems to be John Brakey, co-founder of https://www.auditelectionsusa.org/team/ and can be contacted on this page: https://www.auditelectionsusa.org/contact/.

**SOURCES OF DATA:**

| Name | URL |
|---|---|
| Arizona Report Readme | https://datascience-work-product.nyc3.digitaloceanspaces.com/Arizona-Package-sleepingbeauty%237089/Arizona_report_readme.docx |
| Pima County Details | https://datascience-work-product.nyc3.digitaloceanspaces.com/Arizona-Package-sleepingbeauty%237089/Pima_county_detailed.xlsx |
| Arizona Precincts Report | https://datascience-work-product.nyc3.digitaloceanspaces.com/Arizona-Package-sleepingbeauty%237089/Report_of_AZ_precincts.xlsx |

## Arizona Time Series Analysis By: ASOG

**Summary:**
Overall, based on the data examined, there is evidence of vote count manipulation, strong statistical suggestion of fraud, and very strong statistical evidence that algorithms were involved in the released vote counts.

**Data source:**
Edison Research via the New York Times website

**Figure 1**



The cumulative spread in percentage between Trump and Biden at any point in time during the vote counting is shown in this graph, where Trump is positive percentage.
In other words, a point on the line in this graph represents which candidate is in the lead at any point in

time, and by how much. Movement of the line in this graph indicates change in the magnitude a candidate is winning by.

If the line slopes up, the votes are moving in a direction that favors Trump. If the line slopes down, the votes are moving in a direction that favors Biden.

**Figure 2**



The total accumulated votes counted at any point in time for each candidate is represented in this graph. Red is Trump. Blue is Biden.

**Figure 3**



Each bar on this graph represents what percentage of the votes submitted in each batch went towards a candidate, where Trump is positive and Biden is negative.

**Analysis:**

There are multiple highly anomalous features in these visualizations of the US 2020 General Election vote count data.

Firstly, I will explain the context of the lower graphs and analyze. Every batch of vote counts released represents various groups of people and their votes. These groups of people's votes can be expected to have variance, even if multiple batches were produced out of the same geographic area. There is also not a defined order of geographic areas released, so we can expect to see variance there too. What we see in the lower graphs instead of all expected noise are easily distinguishable trends, which are realistically improbable.

When the apparent trends we see pervade through the entirety of a graph, the statistical probability of that occurring approaches zero, and that is what we see in all five of these graphs. The observation of these trends not only strongly suggests fraud, but also suggests automated and algorithmic tampering of vote counts. The blue bars in Figure 3 indicate the probable algorithmically generated vote count releases.

The two spots labeled with the letter E show the vote counts being drastically changed up and down which is clear evidence of manipulation unless sound explanations are given.

All five graphs show a pattern of events that strongly indicate fraud occurring at the areas labeled with A, C, and D. There is a mechanical correlation between the suspected algorithmically generated vote count releases and the relative difference between the line in the upper graphs and zero (an intersection with the line at y=0 in the upper graph indicates a change in which candidate is leading). Furthermore, as soon as the line in the upper graphs intersect with y=0, the algorithmically generated vote count releases switch to the opposing side (D) - possibly to either maintain or eek in a Biden victory. The vertical lines at each place labeled with the letter C help to show that correlation.

The places on these charts labeled with the letter B consistently show relatively enormous vote count batches at the last minute in favor of Biden, which all almost exactly bring the difference in votes between Trump and Biden to zero, following hefty Trump leads.

Lastly, and importantly, we will address the areas of the charts labeled with the letter D. Once the majority of apparent real and organic votes ceased to be counted, we are left with large swaths of released vote counts that repeatedly have the same exact percentage of votes in each release going to Biden. By exact, we mean exact. That is until stray batches of apparent organic votes are released, and then the percentage of votes in each release from the apparent algorithmically generated vote counts going to Biden seem to adjust slightly to account for the change, which then continue to repeat in each release, until the next stray organic batch, and the cycle repeats. It is difficult to come up with a realistic scenario where this described phenomenon is not the result of an algorithm behind the scenes.

# Pima Cluster Analysis By: ASOG

A cluster analysis of Pima County, AZ, vote count data.

A data set of six features was used. It includes the vote counts for the Republican and Democratic parties in the presidential, senate, and congress races. Only vote percentages were used for clustering. We chose the DBSCAN algorithm to cluster as it is able to detect outliers in the data set.

The clustering results are shown in Figure 1 (attached). The reachability plot at the top shows the "city block" distance between each precinct in the feature space. And the middle and bottom rows show the distribution of vote % for both Trump and Biden for cluster precincts and the outliers, respectively. On comparison between the two, the outlier precincts contain an extraordinarily high vote percentages to the Democrats in the Senate and Congress races.

An attempt was made to compare historical election results in Pima county. Unfortunately, gerrymandering has occurred after the 2016 election which made a direct precinct to precinct comparison between the two elections difficult. Furthermore, compared to other states, Arizona contain a very few number of precincts which makes it difficult to infer on Pima county, see Figure 2.

Figure 1



Figure 2



12. The resumes of several key team members involved in the preparation of my affidavit and my response to Dr. Reddon are attached. With the exception of Professor Kevin M. Henson (deceased), I have shielded their names for their own protection and to maintain their operational effectiveness.

# ATTACHMENTS:

## 1) Antrim Co. MI Report V 1.7
**ASOG Forensics Report on Central Lake Township in Antrim Michigan**

**Report Date 11/29/2020**
**Report Version 1.4**

On 11/27/2020 the ASOG forensics team visited Central Lake Township in Antrim Michigan on behalf of a local lawsuit filed by Michigan attorney Robert Marsh.

The clerk of Central Lake Township – at around 10:30am – Ms. Judith L. Kosloski, presented to us "two separate paper totals tape" from Tabulator ID 2.

One dated "Poll Opened Nov. 03/2020 06:38:48" (Roll 1)
Another dated "Poll Opened Nov. 06/2020 09:21:58" (Roll 2)

We were then told by her that on November 5, 2020, Ms. Kosloski was notified by Connie Wing of the County Clerk's Office and asked to bring the tabulator and ballots to the County Clerk's office for re-tabulation.  They ran the ballots and printed "Roll 2".  She noticed a difference in the votes and brought it up to the clerk, but canvasing still occurred, and her objections were not addressed.

Our team analyzed both rolls and compared the results.

Roll 1 had 1,494 total votes
Roll 2 had 1,491 votes (Roll 2 had 3 less ballots because 3 ballots were damaged in the process.)

"Statement of Votes Cast from Antrim" shows that only 1,491 votes were counted, and the 3 ballots that were damaged were not entered into final results.

Ms. Kosloski stated that she and her assistant manually refilled out the three ballots, curing them, and ran them through the ballot counting system - but the final numbers do not reflect the inclusion of those 3 damaged ballots.

http://www.antrimcounty.org/downloads/official_results_2nd_amended.pdf
Source: http://www.antrimcounty.org/elections.asp

In comparing the numbers on both rolls, *we estimate 1,474 votes changed* across the two rolls, between the first and the second time the exact same ballots were run through the County Clerk's vote counting machine - *which is almost the same number of voters that voted in total.*

The five most significatn changes in vote totals are in the screenshots below:

• On Election night, Trump received 566 votes, Biden received 340.  On the recount, Trump had 1 less vote at 565 while Biden was unchanged at 340. This is particularly odd since 3 votes less were tabulated. So potentially Trump could have lost between 3 and 4 votes overall on a very small sample – but that did not happen.



Recount 11/6          Election 11/3

• A Proposed Initiated Ordinance to Authorize One (1) Marihuana (sic) Retailer Establishment Within the Village of Central Lake (1). – On election night, it was a tie vote. Then, on the recount, when 3 ballots were not counted, the proposal passed with 1 vote being removed from the No vote.



Recount 11/6          Election 11/3

• For the School Board Member for Central Lake Schools (3) there were 742 votes added to this vote total.  Since multiple people were elected, this did not change the result of both candidates being elected, but you do see a change in who had more votes.  If it were a single person election, this would have changed the outcome, but this goes to the fact that votes can be and were changed during the second machine counting.



• For the School Board Member for Ellsworth Schools (2) it shows *657 votes being removed* from this election.  In this case, only 3 people who were eligible to vote actually voted. Since there were 2 votes allowed for each voter to cast, the recount is correct to have 6 votes.  But on election night, there is a major calculation issue:



• In State Proposal 20-1 (1), there is a major change in votes in this category.

Proposal 1 is a fairly technical and complicated proposed amendment to the Michigan Constitution to change the disposition and allowable uses of future revenue generated from oil and gas bonuses, rentals and royalties from state-owned land.  There were 774 votes for YES during the election, to 1,083 votes for YES on the recount.

Information about the proposal: https://crcmich.org/publications/statewide-ballot-proposal-20-1-michigan-natural-resources-trust-fund



**Process**

Our team interviewed Ms. Kosloski on the process of tabulation and how the system works.

Essentially, the Township Clerk is given two Compact Flash Cards and a Security Key. One CF card (also known as ISD Card) goes into the "ADMINISTRATOR" in the "CF CARD 2" Slot and the other in the "POLL WORKER" in the "CF CARD 1" Slot. The security key is used on the "SECURITY KEY" connector on top.

Pre-election, Ms. Kosloski was given the cards by the County Clerk's office. The County Clerk is Sheryl Guy.

Once the printed ballots are hand-marked by voters, they are run through the machine. At the close of the polls, they run the totals on the print and bring the two CF Cards and security key back to the County Clerk for loading into the server. The cards and keys are not given back to the Township Clerk – these essential technical data sources for the Townships are thereafter held by the County Clerk.

On November 6th, at the request of the County Clerk, and with no explanation, Ms. Kosloski was told to bring the tabulator serial number AAFAJHX0226 and sealed ballots to the Country Clerk's office. There, she was presented with two CF Cards and a security key. Then, they re-ran the original election day ballots. During this process, 3 ballots were damaged and not tabulated on the "Roll 2" results. Again, under the oversight of the canvassing board, Ms. Kowloski cured those ballots, and re-ran them, but they appear to have not been counted in the final vote totals.

**Conclusion**

The ASOG forensics team believes that a software change loaded into Tabulator ID 2 on November 6th did occur, and this caused the vote totals to change. The change happened on the Tabulator unit, but did so using software configurations from the Country Clerk. The Clear Lake Township Clerk Ms. Kosloski has never been told why they needed to re-tabulate the ballots.

The forensics team would like access to the CF Cards and Security Key for Roll 1 and the CF Cards and Security Key for Roll 2.  We also request unrestricted access to the machine that programs the CF Cards, which we believe is called the "Election Event Designer" software of Dominion Democracy Suite – or like-software that was used to program these CF Cards.

We do not believe that the Secretary of State report addresses this, and states the issue at the time was not on the printed totals tape. The Secretary even states "Because the Clerk correctly updated the media drives for the tabulators with changes to races, and because the other tabulators did not have changes to races, all tabulators counted ballots correctly."  This is not the case.

We believe this directly contradicts the Sectary of State fact check document. (Link below.)

November 7, 2020 Isolated User Error in Antrim County Does Not Affect Election Results, Has no Impact on Other Counties or States  - Jocelyn Benson – Secretary of State of Michigan
https://www.michigan.gov/documents/sos/Antrim_Fact_Check_707197_7.pdf

Excerpt from document:
"These errors can always be identified and corrected because every tabulator prints a paper totals tape showing how the ballots for each race were counted.  After discovering the error in reporting the unofficial results, the clerk worked diligently to report correct unofficial results by reviewing the printed totals tape on each tabulator and hand-entering the results for each race, for each precinct in the county. Again, all ballots were properly tabulated. The user error affected only how the results from the tabulators communicated with the election management system for unofficial reporting.

Even if the error had not been noticed and quickly fixed, it would have been caught and identified during the county canvass when printed totals tapes are reviewed. This was an isolated error, there is no evidence this user error occurred elsewhere in the state, and if it did it would be caught during county canvasses, which are conducted by bipartisan boards of county canvassers."

**Summary**

If this had been a user setup issue, then the test ballots they run to verify the results they get by comparing them with the test matrix should have caught that.  When they made the software change that that used to tabulate the 11/6/20 re-run, there should be a log of the test ballots run through the system and verified against the test matrix.  This alone might not show fraud, but it is a crucial part of the software configuration validation process and apparently was not done.

We believe to a reasonable degree of professional certainty that this shows fraud and that vote changing at the local tabulator level has occurred due to a software change. This small sample amplified in a large population area would have major results.   Without the explanation of why there was a re-tabulation, why the issue of numbers being off to a significant degree when a vote change was noted, and no further investigation occurred – and when 3 ballots were removed from the totals that changed the final outcome of one proposal, constitutes a definitive indication of fraud.


## 2. RESUME OF PROFESSOR KEVIN M. HENSON – deceased


**Professor Kevin M. Henson  (deceased 11/19)**

## Chief Scientist and Director of Digital Forensics - ASOG

**Experience:**
**Allied Special Operations Group**, Chief Scientist and Director of Digital Forensics
**North Central Texas College**, Professor Cyber Security
**North Texas Crime Commission**, Cyber Crime Committee, Chairman Threat Innovation Working group
**Cyber Future Foundation,** Director of Education
**Cyber Defense Labs**, Founder, Deputy Director
**Accretive Solutions,** National Security Team
**Asier Technology Corporation**, Founder, Chief Scientist
**Internet on the Go**, Security Manager
**HBS Systems**, Security Designer
**Stream International**, Security management, CompuServe, HP
**Superconducting Super Collider**, Research Scientist

**Security Status: Clearance Active at time of death**

**Digital Forensics**
**Hardware Forensics** and root cause analysis:  Hard drives, embedded systems, SCADA device      Internet of thing, mobile electronics, vehicle electronics
**Memory Forensic**: DUMP-IT, Redline, Volatility, Rubber Ducky, MacPmem, Memorize, SDL
**Network Forensics:** Wireshark, Xplico, Snort, Snuffle, Packet Squirrel, LAN Turtle, Kali, SAINT
**Mobile Forensics** iOS, Android, Windows, Accessdata MPE, Celebrite, MPE, Autopsy, Sleuthkit, and other mobile forensic tools with physical and logical manual extraction of data and recovery
**Drive Forensics:** Access Data FTK, Encase Kali, SAINT, Samurai, Axiom, REMNUX, Paladin

**Cyber Security**
**Hardware:**   Engineering knowledge of desktops and embedded platforms, switches, routers, firewall appliances, crypto boxes, compression devices, sensors.
**Operating Systems:** Macintosh, Windows (all), CPM, UNIX (SUN, NeXT), Linux (20 versions)

**Programming Languages:**
C, C++, C#, ANSI C, JAVA, ADA,  MODBUS, Profobus, FieldBus, embedded systems, (various scripting languages).   FORTRAN, V BASIC, Pascal,  Several Forms of assembly,

**Databases:**
SQL Queries, Ontologies, knowledge architectures, search technologies, user interfaces, cyber craft.

**Classes Authored and Taught:**
- ITNW  1313 - **COMPUTER VIRTUALIZATION**, hands on class teaching type 1 and 2 virtualization, cloud computing, Enterprise level security and related topics taught in 15 weekly labs.
- ITSY  1342 - **INFORMATION TECH SECURITY,** introductory cryptography, physical security, social engineering and related introductory topics in 15 hands on labs.
- ITSY  2300 - **OPERATING SYSTEM SECURITY,** a practical class in the methods used to breach, Window, Linux, Mac and other operating systems, both at the work station and network levels. Using the lates Hak5 Tools,
- ITSY  2301 - **FIREWALLS AND NETWORK SECURITY**, a comprehensive class were student construct and deploy a variety of firewalls and IDS/IPS systems
- ITSY  2330 - **INTRUSION DETECTION**, A competitive class were students conduct Red/Blue Team operations in real time, in a CTF safe lab environment.
- ITSY  2342 - **INCIDENT RESPONSE AND HANDLING**, Step by step work through of realistic cyber disasters and how to respond to them with the latest tools and techniques.
- ITSY  2343 - **COMPUTER SYSTEM FORENSICS**, An advanced class that practices, Memory, Network, Mobil, Hard-drive and other areas of forensics analysis with a variety of multi platform tools.
- ITSY  2359 - **SECURITY ASSESSMENT AND AUDITING**, This hands on class prepares student sot do compliance auditing against a variety of frameworks.
- ITSY  2445 - **NETWORK DEFENSE AND COUNTERMEASURE,** This is the capstone class that brings all practical areas of security together so student can start walking the walk of a cyber security professional

**Software:**     All versions and components of Microsoft Office, Project and Visio
**Special:**      Developed, advanced, secure communication and collaboration software
**Security:**     Nessus, SAINT, and many other testing and penetration tools.
**Cloud:**        Virtual Box, VMWare, HyperV, Xem, ESXI, Citrix, AWS, AZURE, G-Sphere
**Graphical:**    CAD/Modeling systems, TrueSpace, Adobe Photo Shop / Illustrator

**Security Skills :**      Surveillance / Counter surveillance, physical security, network security
Intrusion detection, secure channels, encrypted communications, network security assessment methodology, information warfare, effects based operations

**Awards**
**North Texas Crime Commission,** Chairman Award Cyber Crime Fighter of the Year 2013

Nominated, Cyber Security Excellence Award, Educator of the Year, 2016

**Experience**
**Allied Special Operations Group**
Network security, evaluation and testing for various critical infrastructure & defense related companies while working for Cyber Defense labs.  Member of Election Fraud Task Force.  Particular focus on Supervisory Control and Data Acquisition (SCADA) systems.  Extensive PI work and Forensic investigations, (particularly of Foreign Nationals)

**Cyber Defense Labs  Founder**
Significant experience in cryptography, information security and information processing. Have working knowledge of applied physics electrical and mechanical engineering, biometrics, cryptography, PKI, web apps and data warehousing. Have worked in penetration testing, vulnerability assessment, system audit, and social engineering.

- Network security, evaluation and testing for various critical infrastructure & defense related companies while working for Cyber Defense labs.
- Developed 160 hour (4 week) Cyber Defense Camp for high school students, going into its third year.
- Helped design new security and encryption standards for nation critical infrastructure (SCADA) while working on contract for DHS-ARPA and with the Gas Technology Institute (GTI)
- Invented low latency integrated data & video compression and encryption hardware for Missile Defense Agency (MDA
- Developed roadmap to integrate 42 separate technologies and companies that would eventual form the Collaboration Gateway Architecture, while working for the Air Force Research labs (AFRL)
- Developed, advanced high speed streaming encryption and authentication technologies for various clients
- Developed "Big Data" simulation for Super Conducting Super Collider
- Developed automated tools for correlating ground based sensors for use in battlefield and homeland security applications.
- Defensive SCADA Technologies, for Critical Infrastructure
- Created Threat Models for National Critical Infrastructure
- Mapped Strategic Attack Vectors.
- Developed mobile distributed NBC survey interface
- Designed Advance multilevel collaboration and data abstractions tools
- Designed users interfaces for advanced encryption and data sharing applications
- Designed intuitive user interfaces for multi-level encrypted web creation technology.
- Designed defensive autonomous agent tasking application
- Developed intellectual property for modular / portable gas to liquid fuels system, with emphasis on production engineering for mass production.

**Accretive Solutions security scientist**

Conducted  in-depth security analysis in large Natural Gas SCADA network and designed detailed remediation plan.  Worked on fraud detection, digital forensics, data recovery and incident response.

**Asier Technology Corporation**

Served as principal investigator on research projects for the US Army, DHS, AFRL, MDA, ONR and others.  Experienced in, cryptography / data security, image and data compression, SCADA systems and RF.   Significant experience in government contracting and management of research projects.  Invented new technology for security/intelligence related problems.

Lead interdisciplinary team to develop security related technologies and applications focusing on multi-level security and clandestine information sharing. Used agile development methods to designed low powered security technologies for embedded sensor, and network devices.

Served as principal investigator (Lead System Engineer) and overall manager on the following R&D projects
- Office of the Secretary of Defense / Air Force Research Labs (OSD/AFRL)
  - New Approaches to sharing data across multiple security domains.
  - Produced a working roadmap for integration of multi-level security collaboration technologies from 42 companies, and a road map for technology insertion into CONOPS.

- Office of Naval research (ONR)
  - Programmed multilevel security for collaboration tools, for web based applications.

- Missile Defense Agency (MDA)
  - Designed Authentication for Agent-Based Security Systems.
  - Integrated Data Compression and Security Algorithms.
    - Achieved 50% increase in available telemetry bandwidth.
    - Real-time embedded system designed, built and tested ahead of schedule
    - Combined inputs for telemetry and video links into fast synchronous feed
    - Integrated with existing ground station infrastructure

- Department of Homeland Security Advance Research Projects Administration (HS-ARPA)
  - Advanced Secure, Supervisory Control and Data Acquisition (SCADA) and Related Distributed Control Systems (DCS), for management of critical infrastructure.
  - Produced the first encrypted serial MODBUS communications for AGA-12 standard

Internal Research and Development (IRAD) Asier Technology
- Multi Level Secure web based systems, incorporating biometrics
- Secure collaboration over ad-hoc wireless networks.
- Remote agent authentication for distributed networks.
- Researched secure communication for distributed, micro wireless sensors
- Networked low cost mobile radiation detectors and agent based reporting systems for them
- Optical shared memory for processor interconnection.

**University Of Texas at Dallas,** *95-2002*
Worked in physical measurements lab, electronics lab, optics lab and did proposal and 3D visualization support for UTD Space Sciences Institute. Was also conducting my own research into advanced cryptography which lead to the formation of Asier Technology in 2000.

**Investigator Special Optics**   *Sept 1993 June 1995 University of Texas at Arlington*

Worked on diverse problems related to optical and particle physics.  Maintained computer network and data gathering devices for laboratory operations.
- Worked in positron annihilation lifetime studies, and cosmic ray detector experiments.
- Helped design visualization system for 3d Magnetic Spin Domain Imager
- Characterization of human ocular lenses (with Dr. Shacker) and investigation of the long term physiological effects of surgical vision correction
- Worked with Dr. Truman Black on special problems involving diffraction in the microwave spectrum and synthetic wave front reconstruction as well as solid state crystalline holography.

**RESEARCHER, SUPER CONDUCTING SUPER COLLIDER,** *May, 1993 to cancellation Sept., 1993*
Designed and refined the simulation software used to calibrate the magnetic testing and particle detecting equipment.  Liaison between physicists and programmers. Extensive lab work with cryogenic and particle detector systems.  Significant C programming and mathematical analysis led to improvements in detection systems.
- Worked with advanced Neutron, Hadron, Boson, and Gamma detection systems
- Significant lab experience with high field magnetic and vacuum systems
- Real work experience in lab safety and management procedures.

*Education:*

*University of Texas at Dallas  BS, Applied Physics, minor in mathematics 2002*

PROFESSIONAL ORGANIZATIONS

**Infarguard** partnership between the FBI and private security professionals to secure critical infrastructure
**American Institute of Aeronautics and Astronautics**
**Process Control Systems Forum (PCSF)** organization to design and implement security for national critical infrastructure

Selected Issued Patents for Professor Kevin M. Henson:

1. **Data Encryption System,** Patent No. 6,950,518, Issued 9/27/2005, Country ID: US
2. **Data Encryption Methodology,** Patent No. 7,003,108, Issued 2/21/2006, Country ID: US
3. **Data Decryption System,** Patent No. 7,016,497, Issued 3/21/2006, Country ID: US
4. **Data Decryption Methodology, P**atent No. 6,996,234, Issued 2/7/2006, Country ID: US
5. **Key Matrix System,** Patent No. 7,016,493, Issued 3/21/2006, Country ID: US
6. **Managing telemetry bandwidth and security ,** Patent No **8,184,691** Issued 5/22/2012, Country ID: US
7. **Method, system and process for data encryption and transmission**, **7,844,813**, Issued 11/30/2010
8. **Encrypting a plaintext message with authentication**, Patent No. **7,715,553** Issued 5/11/2010
9. **Key Matrix Methodology** Serial Number, 09/796,964, Status: Pending, Country ID: US
10. **Data Encryption System**, Serial No. US01/40737, Status: Pending, Country ID: WO
11. **Data Encryption System**, Patent No. 2,437,500**,** Issued 2/21/2006**,** Country ID: CA
12. **Data Encryption System,** Patent No. 1410588, Status: Issued 7/20/2005, Country ID: EP
13. **Data Encryption System** Serial No. 2001259860, Status: Pending, Country ID: AU
14. **Data Encryption System using Key Matrix**, Serial No. 05014960.8, EP 1 619 820
15. **Data Encryption System Using Key Matrix**, Application No. 03808233.3, Status: Pending, Country ID: EP
16. **Data Encryption System,** Patent No. 1410558, Status: Issued 7/20/2005, Country ID: GB
17. **Data Encryption System,** Patent No. 1410558**,** Status: Issued 7/20/2005**,** Country ID: DE
18. **Data Encryption System,** Patent No. 1410558**,** Status: Issued 7/20/2005**,** Country ID: IE

## Selected: Papers, Presentations and Conference Appearances

- "Guest Instructor, SMU Master Program Advances Network Security" 2018
- "International Cryptography and Quantum Computing Conference" 2018
- Guest Instructor SMU "Cyber Day" Mobile Forensics with Linux
- "Forensics for Prosecutors Seminar on Cyber Security" 2017
- "Guest Instructor, UTD Forensic analysis" 2017
- "ISSA International Conference, Silicon Valley 2016
- "The Future of Cyber Crime" Cyber Future Foundation 2015
- Wrote / Directed and Ran Summer Cyber program (4 weeks 8 hours a day) for the NSA at UTD 2013-2016
- "UML Threat Modeling of SCADA Systems", No Magic World Conference 2013
- "Computer Crime and Prevention", Junior League of Dallas 2012
- "SCADA Security, and Advance Persistent Threats", Innotech, Dallas 2012

- "Corporate Espionage: Secrets for Sale", North Texas Crime Commission Lecture Series 2011
- "Hacking SCADA: Our Infrastructure at Risk", InfraGard Dallas 2010
- "RFID Insecurity the next attack vector? " UTD Home Stars Lecture Series 2008
- "Threat modeling", SANS Institute 2007
- "Integrated Encrypted Security For Legacy SCADA Networks".  DHS Publication  2006
- "Telemetry Bandwidth Management and Security", 2006 International Missile Defense Conference D.C.
- "Integrated Compression and Encryption", MDA Press 2005
- "Message Authentication for Agent-Based Systems", MDA Press 2005
- "Mobile Collaboration in Multi-Security-Level Domains", Office of Naval Research 2004
- "Non-Deterministic Cryptography, an Answer to quantum Cryptanalysis".  2003
- "Cyber Terrorism, Enemy Unseen", IEEE Sept 11, 2001


## 3. RESUME OF SOURCE 1

### SOURCE 1 – Ex-VP of Cyber Operations - Member of Election Fraud Task Force - ASOG

Pre-teen hack into Fort Sam Houston's Main Frame in San Antonio, TX, received FBI warning
Served in United State Marine Corps - 2 years
Worked as a CAD design engineer in San Antonio - 6 years
Served in United States Army - 6 years
    17th Field Artillery Brigade with 2 combat tours, Iraq as a point gunner for a convoy security operation and in Afghanistan as Point gunner, mechanic and electronic technician in a Route Clearance package operating in RC East.
Cyber Security College 2014
While in the Army operated independently to penetrate Hacker groups hunting cyber terrorists and gaining informants for passing intelligence up to the US IC. Including:
- ISIS
- Anonymous,
- Red Cult,
- AnonGhost and
- others

8 reports that became part of the Presidential Intelligence briefing.
Assisted in gathering intel that lead to the take down of ISIS members including:
- ❖ Junaid Hussain,
- ❖ Fadel Ahmed Abdullah al-Hiyali AKA Abu Muslim Al-Turkmani

❖ assisting with stopping planned terror attacks in countries including
  ➢ Belgium,
  ➢ Georgia,
  ➢ Russia,
  ➢ France and
  ➢ US.

Assisted in foiling cyber operations against
  • US,
  • Israel,
  • Russia, and
  • Europe.

Designing computer systems using Field Programmable Gate Arrays and Field Programmable Frequency modulators coupled with off the shelf micro electronics like Arduino and Raspberry Pis to assist in EW operations.

Working to reinvent binary systems and streamline communications at the processor level for aid in encryption dominance.


## 4. RESUME OF SOURCE 2

### SOURCE 2 - Applied Mathematician, Computer Programmer, and Logistician – Member of Election Fraud Task Force - ASOG

Worked as an applied mathematician/computer programming for lab associated with the US National Nuclear Security Administration (NNSA) covering the interdisciplinary field with a focus on problems in the nuclear and space research programs area.

Areas of Expertise:
  • Designing and analyzing complex algorithms
  • Expressing difficult cryptographic problems in terms of mathematics
  • Appling work to find a solution or demonstrating that a solution cannot be found, given certain computational limitations and reasonable time limits

Provided direction, analytics and coordination of various DoD/USIC supplychains to include programming of automated procurement, inventory management, and other supply chain planning and management systems.

Computer programming:
  • Python
  • C++
  • C
  • Perl
  • Java
  • Machine Languages:

IBM 360/370
Unisys mainframes
• Microcode:
Intel
IBM
Unisys V
• Assembler
Intel
IBM
Unisys Main and V
• CICS: IBM
• Databases:
VSAM
IMS
DB2

Previous Employers (US) in no chronological order
• US Navy
• Sandia Labs (Honeywell)
• Department of Defense/USIC
• Sperry Univac
• Center of Strategic and International Studies (CSIS)
• Communication Corporation of America

**Education:**
University of North Texas.  BS, Cyber Security
North Central Texas College. Computer Science & Cyber Security
CCI Training Institute.  Computer Science
US Navy TRADOC. Electronics

**Continuing Adult & Professional Education:**
Southern Methodist University. Lyle School of Engineering & Applied
    Sciences
Southern Methodist University. Cox School of Business

**5. RESUME OF SOURCE 3**

**SOURCE 3 – DIRECTOR OF PENETRATION TESTING OPERATIONS**

**Objective**
Highly skilled and innovative security analyst seeking to work collaboratively to
develop and implement security policy, best practices methodology, and timely
incidence response/disaster recovery reporting.

**Competencies Linux and UNIX**
Debian Family (Ubuntu, Kali, Mint) ● Redhat Family (Redhat, Fedora, Cent OS) ●
SUSE Family (SUSE, Open SUSE, Slackware) ● Advanced Families (Arch, Gentoo,
Linux from scratch) ● Deep understanding of Linux internals ● MacOS/OSX ●
FreeBSD ● OpenBSD
**IDS – Intrusion Detection Systems**
Snort – with automation tools ● Suricata ● Tiger ● Samhain ● OSSEC HIDS
**Vulnerability Scanning / Assessment**
Nmap ● Open VAS ● Nessus ● Core Impact ● Nexpose ● Saint ● OS SIMS ● Sguil ●
Honeyd
**Firewalls**
IP Cop ● IP Tables ● PF ● PF Sense ● CISCO ASA ● Alien Valt ● **Job Related Skills**
• Provided expertise on IT-Security policies and guidelines, best practice
approaches and solutions for compliance
• Developed detailed recommendations for mitigating findings and process
    improvement projects
• Validated and tracked security breach
• Documented results and presented findings to technical staff and management
    matching their skill level

• Assisted with planning and execution of domain integration, user account, and e-
    mail migration
• Reviewed user accounts and access on a monthly basis to ensure regulatory and
    corporate compliance
• Adhered to and enforced corporate policies regarding network security, data, and
    software usage
• Created, modified, and disabled user accounts base on authorized forms
• Acted as a liaison between various departmental groups on information security
    related topics
• Audited systems based on industry security standards
• Collaborated in teams of technical and non-technical experts
**Experience**
**Senior Security Engineer** ● Redacted          **Mar 2013 - July 2020**
**Lead Pentester** ● Self-employed ● Texas          **Mar 2010 - Present**
**Contract InfoSec Analyst** ● Redacted          **Jan 2015 - Dec 2017**
**Network Administrator** ● Redacted          **Dec 2017 - Apr 2020**

## 6. RESUME OF SOURCE 4

### SOURCE 4 - OPEN SOURCE INTELLIGENCE OFFICER – Allied Security Operations Group

INTELLIGENCE ANALYST
Trained intelligence analyst with over 10 years professional experience conducting civil and criminal investigations. Transform raw data into actionable intelligence by utilizing modern reporting tools and data visualization techniques. Leverage open/closed source intelligence to research, analyze and extract decision-useful information to create comprehensive behavior, reputation and threat assessments for individuals and entities.

### AREAS OF EXPERTISE

| | |
|---|---|
| Open/Closed Source Intelligence | Intelligence Systems/Databases |
| Threat Assessments | Data Analysis and Visualization |
| Due Diligence Analysis and Reporting | Creating/Filing Court Exhibits |
| Criminal Investigations | Indexed/Non-Indexed Web Queries |

### PROFESSIONAL EXPERIENCE Previous to ASOG

**The *Akeeli Group, Houston1 TX***

**SR, INTELLIGENCE ANALYST**

Provide extensive behavior, lifestyle and reputation assessments for corporate clients. Perform due diligence analysis and social link analysis using open source collection methodologies.

- Conduct in-depth investigations of individuals, and corporations using OSINT techniques, proprietary databases, analyst software, and data visualization software; Utilize link analysis to provide actionable intelligence analyses for clients.
- Develop and execute OSINT, digital vulnerability and cyber security training for C-suite executives.
- Domestic and global investigations that gather unique data going beyond traditional searches, exploiting metadata, postings that are tangential to the ultimate subject of inquiry and data sets not indexed by traditional search engines.
- Utilize intelligence sources include the deep web, dark web, social media sites, news organizations, proprietary databases, .and private investigative databases.

**Social Surveillance, Houston, TX**

### FOUNDER AND SR. INTELLIGENCE ANALYST

Launched a social media and investigative consultancy for professional sports franchises. Provide specialized investigations and training to meet the growing need for enhanced due diligence using Open Source Intelligence. Licensed training school #Y05219201 (TX); Licensed Private Investigator #00352311 (TX).

- Conduct in-depth investigations of individuals, corporations, and criminal enterprises using OSINT techniques, closed-source databases, and analyst software; Utilize link analysis software to provide actionable intelligence reports for clients; Licensed Investigation Agency.
- Develop and execute OSINT training courses and cyber security training for law enforcement, executive protection agencies, and business leaders.
- Consult for NFL teams on issues concerning security', privacy, and reputation management.
- Monitor and analyze a broad range of social media platforms for threats and/or changes in public sentiment pertaining to events, organizations and/or high-profile individuals.

**North Central Texas Fusion Center, McKinney, TX**

### INTELLIGENCE ANALYST

Served as an Intelligence Analyst and supported the Collin County Sheriff's Office Crimes Against Children Taskforce with investigation and prosecution of sex crimes and the planning and development of intelligence reports and products.

**Kina County -Prosecutor's Office, Seattle, WA**

### LEGAL SPECIALIST

Served as Legal Specialist Ill within the King County Prosecutor's Office, managed junior analysts as head of the Sexually Violent Predators division of Criminal Justice Internship at King County Prosecutor's Office.

- Led four staff interns with full responsibility for onboarding, managing and training and supervision of day-to-day wort< and execution of long-term projects
- Managed and analyzed confidential materials include victim data, surveillance, criminal histories, and police evidence; searched for and tracked witnesses, victims, and offenders across the nation

- Provided Investigative and trial support for nine attorneys and three paralegals; assembled briefs and exhibits for
  filings in County Court, Court of Appeals, State Superior Court and Federal Courts
- Developed presentation and facilitated training to over 500 employees on new electronic filing systems and implementation of new processes and procedures
- Collaborated with attorneys and paralegals in all phases of Sexually Violent Predator Commitment trial preparation, from initial investigation to final disposition          .
- Drafted subpoenas, declarations and correspondence ensured compliance with Civil Rules of Procedure and
  Local Court Rules; scheduled dispositions, court reporters and testimony providers such as Expert Sex Offender Treatment Providers for availabilities
- Compiled thousands of pages of data and evidence (e.g. redacted, enhanced and edited surveillance video, interviews and phones calls) for relevant case and court file purposes
- Developed innovative ways to incorporate various media platforms such as video, phone, maps and analytic software for court exhibits and evidence

## EDUCATION

**Master of Science (MS) - Justice, Administration and Leadership**
University of Texas,
Cumulative GPA: 3.9/4.0

**Bachelor of Arts (BA) - Criminal Justice**
University of Washington,  Cumulative GPA:
3.9/ 4.0
Graduated with Honors, Dean's list (4 times)

## TECHNICAL SKILLS

- Certifications (ICS 100, 200 and 700);
- Michael Bazzel Open Source Intelligence Systems Training Certificate.
- Thomson Reuters CLEAR investigative research and risk management software
- Transunion TLOxp investigative research and risk management software
- Maltego and Analyst Software Packages (Analyze intelligence and construct

criminal cases);

- Open Source Intelligence Analysis (Locate targets and  build suspect target packages from any location)
- Web-Based Applications (Facebook, LinkedIn, Twitter);
- Microsoft Office (Microsoft Word, PowerPoint, Excel, Outlook)

## 7. RESUME OF SOURCE 5

**SOURCE 5 – Consulting Internal Audit & Fraud Analysis**

**EDUCATION**
**Master of Science**, Accounting & Information Mgmt, University of Texas at Dallas
- High Distinction graduate
- GPA:  4.00/4.00
**Master of Science**, Chemical Engineering, University of Maryland, College Park, MD
- GPA:  4.00/4.00
**Bachelor of Science,** U.S. Coast Guard Academy, New London, CT
- With Honors
- Commissioned, Ensign, U. S. Coast Guard

**CAREER EXPERIENCE**
Key Performance Initiatives, McKinney, TX
  **Owner, President & CEO**
- Management consulting – governance, risk management & compliance
  o Internal Audit
  o Data analytics and statistical analysis
  o Implementation of systematic processes for risk management and compliance
  o Performance excellence and process improvement
  o Quality Management training
  o Management of natural resources
- Provided coaching for chief audit executive for aerospace/defense contractor
- Audimation Integration Partner – implementation of IDEA data analytics software
- Assisted major client with preparing for Malcolm Baldrige National Quality Award
- Delivered 5S training and facilitated implementation workshop for manufacturer

KBJ Holdings, LLC
  **Manager & Chairman**
- Management of private natural resources holding company.

- General Partner for KBJ Timber, LTD.

KBJ Timber, LTD.
### Chief Executive Officer
▪ Overall responsibility for executive management of private natural resources company
  o Manage planning and execution of timber operations
  o Manage oil and gas leases
  o Consolidate, monitor, and report financial performance to General Partner
  o Oversee preparation of annual tax returns
  o Responsible for over $3 million in real, timber, and oil & gas assets
  o Calculate Net Present Value and make recommendations on real estate acquisitions and sale
### Vice President, Operations
▪ Responsible for management of operations
  o Manage planning and execution of timber operations
  o Manage oil and gas leases

Elbit Systems of America, LLC (EFW Inc)
### Senior Director, Internal Audit
▪ Chief Audit Executive for US Division of Elbit Systems, Ltd.
  o Responsible for internal audit function for all U.S. businesses
    ▪ Developed & executed annual risk assessment & audit plan.
    ▪ Coordinated with Israeli counterpart.
  o Provided SOX 404 Assurance support to external auditor
  o Provided advisory insights – government contracting compliance:
    ▪ Developed a 3 Lines of Defense approach
    ▪ Developed an internal control
  o Direct report to ESA Audit Committee.
  o Business grew from 300 million to > 700 million.

### Director, Quality Management & Process Improvement
▪ Responsible for quality management system for Fort Worth Operations
▪ Achieved registration to ISO 9001:2000, AS9100, CMMI – Level 3
▪ Implemented Six Sigma methodology
▪ Member of Elbit Corporate Quality Leaders Group – setting global corporate standards
▪ Member of Site Senior Leadership Team
▪ Business grew from < $100 million to > $300 million

Trinity Industries, Dallas, TX
### Director of Quality Assurance and Master Black Belt

- Responsible for quality assurance system for Freight Car Division
- Member of division senior leadership team
- Led implementation of Six Sigma
- Coached Six Sigma teams, achieving over $1 million in annual saving and 83% reduction in customer-reported defects

John Harland Co., Grapevine, TX
**Director of Quality, Southwest Regional Printing Facility**
- Developed and implemented a process-based quality management system
- Member of Executive Management Team, reporting to Regional General Manager.
- Member of corporate Quality Community that developed quality policy and training packages for entire corporation.
- Implemented performance excellence initiatives that resulted in annual savings exceeding $500,000 after 1 year, while improving delivery by 70% and reducing customer returns by 50%

The Earthgrains Company (Merico, Inc.), Carrollton, TX
**Total Quality Manager, Refrigerated Dough Plant**
Developed and implemented first Total Quality Management initiative within the Refrigerated Dough Division.
- Team leader for statistically aided design and start up of high-speed biscuit line. Actual speed reached 110% of design. Reduced cutter variability by 60%. Reduced start up time from 2 weeks to 4 hours. Innovative drive positioned cans in less than 20% of tolerance. Annual savings exceeded $1.5 million

**Special Projects Manager, Merico General Office**
- Responsible for overseeing the design and installation of a variety of facility, production, and management improvements

United States Coast Guard
**Commissioned Officer, retired as Commander (O5)**
- Executive Officer, Marine Safety Office, Port Arthur, TX
- Assistant to Federal On Scene Coordinator, Exxon Valdez oil spill
- Chief, Merchant Marine Inspection, Houston, TX
- Chief, Foreign Vessels Section, USCG Headquarters, Washington, DC
- Commanding Officer, USCGC Point Divide (WPB-82337)
- Communications Officer, USCGC Rush (WHEC-723)

**HONORS, CREDENTIALS & SOCIETIES**
**Certified Internal Auditor**, IIA
- William S. Smith Certificate of Honors

**Certification in Risk Management Assurance**, IIA
**Professional Engineer**, District of Columbia
**Member, Institute of Internal Auditors (IIA)**

- Member of Dallas and Fort Worth CAE Roundtables
- ***Industry 4.0 – Rising to the Challenge of Disruptive Technology***, Audimation Webinar, November 2018
- ***Airline Performance Measurement – Data Fusion with IDEA***, IDEA Innovations Conference, September 2018
- ***Implementing Data Analytics***, IIA Fort Worth, May 2018
- ***Disruptive Technology***, Fort Worth CAE Roundtable, February 2018
- ***How to Get the Right Data for Your Audit in 3 Easy Steps.*** Presented: AuditNet Webinar – May 2017
- ***Accelerating Time to Insights with Data Analytics***.
  - Presented: IDEA User Group, Dallas, December 2016.
  - Presented expanded half-day seminar: IIA Fort Worth, October 2016.
  - Recorded Webinar for CaseWare marketing: September 2016
  - Presented: IIA International Conference, July 2016
- ***Alias Smith & Jones: Unmasking the Outlaws with IDEA***. Presented: IIA/UTD Fraud Summit, March 2012 (with Scott Smith)

**Senior Member, American Society for Quality (ASQ)**
- ***Creating New Insights with Data Analytics***, ASQ Dallas Lean Six Sigma Special Interest Group, May 2018
- ***Creating New Insights – Joining Data from Disparate Databases with Data Analytics***, ASQ Collaboration on Quality in the Space & defense Industries, March 2018
- ***Accelerating Quality Insights with Data Analytics***, ASQ Dallas, February 2018
- ***Hot on the Trail - Software-aided audit method helps detect accounting fraud***. Six Sigma Forum Magazine, November 2017.
- ***Accelerating Your Audit Insights with Data Analytics.*** Presented to DFW ASQ Audit Special Interest Group, May 2017.
- ***Partnering in a Global Organization***. Presented: American Society for Quality Conference on Quality in the Space and Defense Industries, March 2007

**Member, Society of Automotive Engineers (SAE)**
**Member, Beta Gamma Sigma** (business honor society)
**Member, Golden Key International Honour Society**
**Commercial Pilot and Certified Flight Instructor** (airplanes, instrument)
**Texas Award for Performance Excellence**
- **Member, Board of Overseers**: 2005 – 2007
- **Examiner Training Team** – Member: 2004, Co-leader: 2005 – 2007
- **Process Observer**: 2006 & 2007
- **Senior Member & Team Leader, Board of Examiners**: 2001-2004
- **Member, Board of Examiners**: 2000

**Astronaut Nominee**
- Nominated by U. S. Coast Guard to NASA for Astronaut Candidate program, 1985 & 1986