IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tyler Bowyer, Michael John Burke, Nancy Cottle, Jake Hoffman, Anthony Kern, Christopher M. King, James R. Lamon, Sam Moorhead, Robert Montgomery, Loraine Pellegrino, Greg Safsten, Salvatore Luke Scarmardo, Kelli Ward and Michael Ward;<br><br>Plaintiffs,<br><br>v.<br><br>Doug Ducey, in his official capacity as Governor of the State of Arizona, and Katie Hobbs, in her capacity as Secretary of State of the State of Arizona;<br><br>Defendants.<br><br>Maricopa County Board of Supervisors; and Adrian Fontes, in his official capacity as Maricopa County Records;<br><br>Intervenors. | Case No. 2:20-cv-02321-JAT<br><br>**PROPOSED ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE PROPOSED-INTERVENOR ARIZONA DEMOCRATIC PARTY'S MOTION TO DISMISS CASE AND RESPONSE TO PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

THE COURT has before it Plaintiffs' Motion to Strike Proposed-Intervenor Arizona Democratic Party's Motion to Dismiss Case and Response to Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction filed December 5, 2020.

For the reasons set forth in Plaintiffs' Motion to Strike Proposed-Intervenor Arizona Democratic Party's Motion to Dismiss Case and Response to Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction, pursuant to Federal Rule of Civil Procedure 12(f) and good cause appearing:

IT IS HEREBY ORDERED THAT:

1. Proposed-Intervenor Arizona Democratic Party's Motion to Dismiss Case and Response to Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction is hereby stricken.

DATED this _____ day of _____, 2020.

Honorable _____
United States District Judge