Sidney Powell (admitted pro hac vice)
Sidney Powell PC
Texas Bar No. 16209700
(517) 763-7499
Sidney@federalappeals.com

Alexander Michael del Rey Kolodin, AZ Bar No. 030826
Alexander.Kolodin@KolodinLaw.com
Christopher Viskovic, AZ Bar No. 035860[1]
CViskovic@KolodinLaw.com
**KOLODIN LAW GROUP PLLC**
3443 N. Central Ave. Ste. 1009
Phoenix, AZ  85012
Telephone: (602) 730-2985
Facsimile: (602) 801-2539

*Attorneys for Plaintiffs*
*(Additional counsel listed on signature page)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tyler Bowyer, Michael John Burke, Nancy Cottle, Jake Hoffman, Anthony Kern, Christopher M. King, James R. Lamon, Sam Moorhead, Robert Montgomery, Loraine Pellegrino, Greg Safsten, Salvatore Luke Scarmardo, Kelli Ward and Michael Ward; <br><br> Plaintiffs; <br><br> v. <br><br> Doug Ducey, in his official capacity as Governor of the State of Arizona, and Katie Hobbs, in her capacity as Secretary of State of the State of Arizona; <br><br> Defendants; <br><br> Maricopa County Board of Supervisors; and Adrian Fontes, in his official capacity as Maricopa County Recorder; <br><br> Intervenors. | **Case No.**: 2:20-cv-02321-DJH <br><br><br> **PLAINTIFFS' MOTION FOR MODIFICATION OF HEARING SCHEDULE** |

---

[1] District of Arizona admission scheduled for 12/9/2020.

Plaintiffs respectfully request a change to the Court's minute entry concerning the time allotted for parties to present their cases on December 8. The Court has provided one hour to each side with a provision that the Court may extend the time for the hearing to 9:00 a.m. on December 9.

Plaintiffs have provided Defendants with their witness list and expert disclosure. It has six experts and seventeen fact witnesses. We realize the Court cannot accommodate such a large showing. We therefore have proposed to limit our presentation to three expert witnesses whose testimony we believe will be beneficial to the Court. The remaining witnesses would go in via declaration or by expert reports already provided in Plaintiffs' filing with the Court. The experts we intend to call and who will appear at the hearing are: Spider (his redacted name); Russell Ramsland and James Phillip Waldron. These experts will testify to the vulnerability to outside infiltration of the Dominion and other voting machines and software used by the elections officials in Arizona. They will also quantify the amount of fraud into a tally of illegal votes that easily overturns the 2020 election results.

In order to allow a complete presentation of their testimony and the exhibits supporting their conclusions, we respectfully ask the Court to enlarge the time for Plaintiffs' case to three hours. We also agree to permit Defendants to have three hours on their case should they so require. We reached out to all counsel about this matter at 7:42 p.m. on December 5, 2020 but have not received a response.

To the extent this interferes with the Court's other scheduled matters, we propose moving argument on the various motions to dismiss to Wednesday morning at 9:00 a.m. Alternatively, because Plaintiffs feel so strongly about presenting their expert witnesses to the Court, Plaintiffs are prepared to rest on their papers in connection with the pending motions to dismiss and forego oral arguments.

Respectfully submitted this 5th day of December, 2020

*/s/ Howard Kleinhendler*

Howard Kleinhendler (New York Bar No. 2657120)
Howard Kleinhendler Esquire
369 Lexington Ave. 12th Floor
New York, New York 10017
(917) 793-1188
howard@kleinhendler.com

Sidney Powell PC
Texas Bar No. 16209700

2911 Turtle Creek Blvd, Suite 300
Dallas, Texas 75219

*Application for admission pro hac vice forthcoming

Of Counsel:
Emily P. Newman (Virginia Bar No. 84265)
Julia Z. Haller (D.C. Bar No. 466921)
Brandon Johnson (D.C. Bar No. 491730)

2911 Turtle Creek Blvd. Suite 300
Dallas, Texas 75219

*Application for admission pro hac vice Forthcoming

L. Lin Wood (Georgia Bar No. 774588)
L. LIN WOOD, P.C.
P.O. Box 52584
Atlanta, GA 30305-0584
Telephone: (404) 891-1402

Alexander Kolodin
Kolodin Law Group PLLC
AZ Bar No. 030826

3443 N. Central Ave Ste 1009
Phoenix, AZ 85012

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 5th, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

By: */s/ Chris Viskovic*