IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tyler Bowyer, Michael John Burke, Nancy Cottle, Jake Hoffman, Anthony Kern, Christopher M. King, James R. Lamon, Sam Moorhead, Robert Montgomery, Loraine Pellegrino, Greg Safsten, Salvatore Luke Scarmardo, Kelli Ward and Michael Ward;<br><br>Plaintiffs,<br><br>v.<br><br>Doug Ducey, in his official capacity as Governor of the State of Arizona, and Katie Hobbs, in her capacity as Secretary of State of the State of Arizona;<br><br>Defendants.<br><br>Maricopa County Board of Supervisors; and Adrian Fontes, in his official capacity as Maricopa County Records;<br><br>Intervenors. | Case No. 2:20-cv-02321-DJH<br><br>**PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR MODIFICATION OF HEARING SCHEDULE** |

THE COURT has before it Plaintiffs' Motion for Modification of Hearing Schedule filed December 5, 2020.

For the reasons set forth in Plaintiffs' Motion for Modification of Hearing Schedule and good cause appearing:

IT IS HEREBY ORDERED THAT:

1. Plaintiffs and Defendants shall have three hours each to present their cases.

DATED this _____ day of _____, 2020.

Honorable _____
United States District Judge