Brett W. Johnson (#021527)
Colin P. Ahler (#023879)
Derek C. Flint (#034392)
Ian R. Joyce (#035806)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: bwjohnson@swlaw.com
       cahler@swlaw.com
       dflint@swlaw.com
       ijoyce@swlaw.com

Anni L. Foster (#023643)
General Counsel
Office of Arizona Governor Douglas A. Ducey
1700 West Washington Street
Phoenix, Arizona 85007
Telephone: 602-542-4331
E-Mail: afoster@az.gov

*Attorneys for Defendant Douglas A. Ducey,*
*Governor of the State of Arizona*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Tyler Bowyer, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>Doug Ducey, et al.,<br><br>          Defendants,<br><br>     and<br><br>Maricopa County Board of Supervisors, et al.,<br><br>          Intervenor-Defendants | No. 2:20-cv-02321-DJH<br><br>**Notice of Service of Defendant Governor Ducey's Combined Exhibit and Witness List for December 10, 2020 Hearing**<br><br>Assigned to: Hon. Diane Humetewa<br><br>TRO Hearing Set: December 10, 2020 at 9:30 a.m. |

Pursuant to L.R. Civ. 5.2 and the Court's Order, (Doc. 35), Defendant Douglas A. Ducey, Governor of the State of Arizona, hereby gives notice that he served his Combined Exhibit and Witness List for the December 10, 2020 evidentiary hearing on Plaintiffs; Defendant Secretary of State Katie Hobbs; Intervenor-Defendants Maricopa County Board of Supervisors and Maricopa County Recorder Adrian Fontes; and Proposed Intervenor-Defendant Arizona Democratic Party, via email on December 6, 2020.

DATED this 6th day of December, 2020.

SNELL & WILMER L.L.P.

By: /s/ Brett W. Johnson
Brett W. Johnson
Colin P. Ahler
Derek C. Flint
Ian R. Joyce
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

Anni L. Foster
OFFICE OF ARIZONA GOVERNOR
DOUGLAS A. DUCEY
1700 West Washington Street
Phoenix, Arizona 85007

*Attorneys for Defendant Douglas A. Ducey, Governor of the State of Arizona*

**CERTIFICATE OF SERVICE**

I certify that on December 6, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants.

s/ Tracy Hobbs