ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

    Thomas P. Liddy (019384)
    Emily Craiger (021728)
    Joseph I. Vigil (018677)
    Joseph J. Branco (031474)
    Joseph E. LaRue (031348)
    Deputy County Attorneys
    liddyt@mcao.maricopa.gov
    craigere@mcao.maricopa.gov
    vigilj@mcao.maricopa.gov
    brancoj@mcao.maricopa.gov
    laruej@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4317
ca-civilmailbox@mcao.maricopa.gov

*Attorneys for Maricopa County Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tyler Bowyer, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Doug Ducey, et al.,<br><br>    Defendants,<br><br>and<br><br>Maricopa County Board of Supervisors, et al.,<br><br>    Intervenor-Defendants. | NO. CV20-02321-PHX-DJH<br><br>**NOTICE OF SERVICE OF MARICOPA COUNTY INTERVENORS' LIST OF WITNESSES AND EXHIBITS AND PROVIDING COPIES OF EXHIBITS** |

    Pursuant to L.R.Civ.P. 5.2 and the Court's Order at Doc. 35, the Maricopa County Board of Supervisors and Maricopa County Recorder, Adrian Fontes, Intervenor-

Defendants hereby give notice that they served their List of Witnesses and Exhibits on all parties in this matter via electronic mail on December 6, 2020 at 11:57 a.m.

Additionally, the Maricopa County Intervenor-Defendants have provided copies of each exhibit listed in their List of Witnesses and Exhibits to all parties via electronic mail.

**RESPECTFULLY** submitted this 6th day of December, 2020.

ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

BY: */s/*Joseph I. Vigil
    Thomas P. Liddy
    Emily Craiger
    Joseph I. Vigil
    Joseph J. Branco
    Joseph E. LaRue
    *Attorneys for Maricopa County Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 6th, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

*/s/*Joseph I. Vigil

S:\CIVIL\CIV\Matters\EC\2020\Bowyer v. Ducey EC20-0063\Pleadings\Caption.docx