| | |
|---|---|
| Roopali H. Desai (024295)<br>D. Andrew Gaona (028414)<br>Kristen Yost (034052)<br>**COPPERSMITH BROCKELMAN PLC**<br>2800 North Central Avenue, Suite 1900<br>Phoenix, AZ 85004<br>T: (602) 381-5478<br>rdesai@cblawyers.com<br>agaona@cblawyers.com<br>kyost@cblawyers.com<br><br>Justin A. Nelson (admitted *pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002-5096<br>T: (713) 651-9366<br>jnelson@susmangodfrey.com | Stephen E. Morrissey (admitted *pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1201 Third Avenue, Suite 3800<br>Seattle, WA 98101-3000<br>T: (206) 516-3880<br>smorrissey@susmangodfrey.com<br><br>Stephen Shackelford (admitted *pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019-6023<br>T: (212) 336-8330<br>sshackelford@susmangodfrey.com<br><br>Davida Brook (admitted *pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>T: (310) 789-3100<br>dbrook@susmangodfrey.com |

*Attorneys for Defendant Arizona Secretary of State Katie Hobbs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Tyler Bowyer; Michael John Burke; Nancy Cottle; Jake Hoffman; Anthony Kern; Christopher M. King; James R. Lamon; Sam Moorhead; Robert Montgomery; Loraine Pellegrino; Greg Safsten; Salvatore Luke Scarmardo; Kelli Ward; and Michael Ward,<br><br>Plaintiffs,<br><br>v.<br><br>Doug Ducey, in his official capacity as Governor of the State of Arizona; and Katie Hobbs, in her official capacity as Arizona Secretary of State,<br><br>Defendants.<br><br>MARICOPA COUNTY BOARD OF SUPERVISORS; and ADRIAN FONTES, in his official capacity as Maricopa County Recorder,<br><br>Intervenors. | No. CV-20-02321-PHX-DJH<br><br>**NOTICE OF SERVICE OF DEFENDANT ARIZONA SECRETARY OF STATE KATIE HOBBS RULE 26 EXPERT DISCLOSURES AND WITNESS DISCLOSURES** |

{00526133.1 }

| | |
|---|---|
| 1 | Pursuant to L.R. Civ. 5.2 and the Court's Order, (Doc. 35), Defendant Arizona |
| 2 | Secretary of State Katie Hobbs, hereby gives notice that she served her Rule 26 Expert |
| 3 | Disclosures and Witness Disclosures for the December 10, 2020 evidentiary hearing on |
| 4 | Plaintiffs; Defendant Douglas A. Ducey, Governor of the State of Arizona Intervenor- |
| 5 | Defendants Maricopa County Board of Supervisors and Maricopa County Recorder |
| 6 | Adrian Fontes; and Proposed IntervenorDefendant Arizona Democratic Party, via email |
| 7 | on December 6, 2020. |

Respectfully submitted this 6th day of December, 2020.

**SUSMAN GODFREY L.L.P.**

By  s/ Davida Brook
 Justin A. Nelson
 Stephen E. Morrissey
 Stephen Shackelford
 Davida Brook

**COPPERSMITH BROCKELMAN PLC**
 Roopali H. Desai
 D. Andrew Gaona
 Kristen Yost

*Attorneys for Defendant Arizona Secretary of State Katie Hobbs*

{00526133.1}                                    -1-