| | |
|---|---|
| Roopali H. Desai (024295)<br>D. Andrew Gaona (028414)<br>Kristen Yost (034052)<br>**COPPERSMITH BROCKELMAN PLC**<br>2800 North Central Avenue, Suite 1900<br>Phoenix, AZ 85004<br>T: (602) 381-5478<br>rdesai@cblawyers.com<br>agaona@cblawyers.com<br>kyost@cblawyers.com<br><br>Justin A. Nelson (admitted *pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002-5096<br>T: (713) 651-9366<br>jnelson@susmangodfrey.com | Stephen E. Morrissey (admitted *pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1201 Third Avenue, Suite 3800<br>Seattle, WA 98101-3000<br>T: (206) 516-3880<br>smorrissey@susmangodfrey.com<br><br>Stephen Shackelford (admitted *pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019-6023<br>T: (212) 336-8330<br>sshackelford@susmangodfrey.com<br><br>Davida Brook (admitted *pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>T: (310) 789-3100<br>dbrook@susmangodfrey.com |

*Attorneys for Defendant Arizona Secretary of State Katie Hobbs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Tyler Bowyer; Michael John Burke; Nancy Cottle; Jake Hoffman; Anthony Kern; Christopher M. King; James R. Lamon; Sam Moorhead; Robert Montgomery; Loraine Pellegrino; Greg Safsten; Salvatore Luke Scarmardo; Kelli Ward; and Michael Ward,<br><br>Plaintiffs,<br><br>v.<br><br>Doug Ducey, in his official capacity as Governor of the State of Arizona; and Katie Hobbs, in her official capacity as Arizona Secretary of State,<br><br>Defendants. | No. CV-20-02321-PHX-DJH<br><br>**NOTICE OF SERVICE OF DEFENDANT ARIZONA SECRETARY OF STATE KATIE HOBBS EXHIBIT LIST AND PROVIDING COPIES OF EXHIBITS** |
| MARICOPA COUNTY BOARD OF SUPERVISORS; and ADRIAN FONTES, in his official capacity as Maricopa County Recorder,<br><br>Intervenors. | |

{00526133.1 }

1    Pursuant to L.R. Civ. 5.2 and the Court's Order, (Doc. 35), Defendant Arizona Secretary of State Katie Hobbs, hereby gives notice that she served her Exhibit List and Exhibits on all parties in this matter via electronic mail on December 6, 2020.

   Additionally, Defendant Arizona Secretary of State Katie Hobbs has provided copies of each exhibit listed in her Exhibit List to all parties via electronic mail.

   Respectfully submitted this 6th day of December, 2020.

**SUSMAN GODFREY L.L.P.**

By  s/ Davida Brook
   Justin A. Nelson
   Stephen E. Morrissey
   Stephen Shackelford
   Davida Brook

**COPPERSMITH BROCKELMAN PLC**
   Roopali H. Desai
   D. Andrew Gaona
   Kristen Yost

*Attorneys for Defendant Arizona Secretary of State Katie Hobbs*