Sidney Powell (admitted pro hac vice)
Sidney Powell PC
Texas Bar No. 16209700
(517) 763-7499
Sidney@federalappeals.com

Alexander Michael del Rey Kolodin, AZ Bar No. 030826
Alexander.Kolodin@KolodinLaw.com
Christopher Viskovic, AZ Bar No. 035860[1]
CViskovic@KolodinLaw.com
**KOLODIN LAW GROUP PLLC**
3443 N. Central Ave. Ste. 1009
Phoenix, AZ 85012
Telephone: (602) 730-2985
Facsimile: (602) 801-2539

*Attorneys for Plaintiffs*
*(Additional counsel listed on signature page)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tyler Bowyer, Michael John Burke, Nancy Cottle, Jake Hoffman, Anthony Kern, Christopher M. King, James R. Lamon, Sam Moorhead, Robert Montgomery, Loraine Pellegrino, Greg Safsten, Salvatore Luke Scarmardo, Kelli Ward and Michael Ward; <br><br> Plaintiffs; <br> v. <br><br> Doug Ducey, in his official capacity as Governor of the State of Arizona, and Katie Hobbs, in her capacity as Secretary of State of the State of Arizona; <br><br> Defendants; <br><br> Maricopa County Board of Supervisors; and Adrian Fontes, in his official capacity as Maricopa County Recorder; <br><br> Intervenors. | **Case No.**: 2:20-cv-02321-DJH <br><br><br> **PLAINTIFFS' MOTION FOR HEARING ON MOTION FOR PRELIMINARY INJUNCTION** |

---

[1] District of Arizona admission scheduled for 12/9/2020.

1  COMES NOW Plaintiffs, by and through undersigned counsel, and moves the Court to schedule a hearing on Plaintiffs' motion for a preliminary injunction on December 8, 2020 after oral arguments on the motions to dismiss per the court's order dated December 5, 2020 [Dkt No. 43].  This Motion is brought pursuant to FRCP 65.

In support, Plaintiffs show:

1) Plaintiffs' filed a Motion for Temporary Restraining Order, Motion for Preliminary Injunction on December 2, 2020 to, among other things, decertify the 2020 elections results. [Doc-2].

2) Plaintiffs also filed a Motion to Seal on December 2, 2020 [Doc-14].

3) On December 5, 2020, the Court issued a minute order rescheduling a scheduled hearing: IT IS ORDERED the Hearing set for Tuesday, December 8, 2020 at 9:15 AM on Plaintiffs' Motion for Temporary Restraining Order [Doc. 28] is hereby converted to Oral Argument on the pending Motions to Dismiss [Docs. 36, 37, 38, 40.]

4) Each of Defendants' Motions, 36, 37, 38 and 40, set for argument, constitute a Motion to Dismiss and a Response to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction.

5) The Court further issued the minute order to say:  IT IS FURTHER ORDERED the Hearing on Plaintiffs' Motion for Temporary Restraining Order [Doc. 2] is reset to Thursday, December 10, 2020 at 9:30 AM.

6) The parties have fully briefed the Motion for Preliminary Injunction filed December 2, 2020.

7) Plaintiffs move, pursuant to FRCP 65, for a hearing on their motion for a preliminary injunction which seeks, among other things, an order decertifying the 2020 Arizona presidential election results. Plaintiffs are Arizona's Republican Presidential electors. Electors are seated and vote for President on December 14, 2020.  If Plaintiffs' preliminary injunction motion is not set for a hearing immediately, there will be insufficient time for this court to rule and for the parties to obtain appellate review before the claims asserted become moot.

8)      All parties are on notice of the current date for arguments.

9)      The parties met to confer on December 6, 2020, and discussed merit-based hearing issues and have exchanged exhibits and witness lists.

10)     There is no prejudice to Defendants since the Plaintiffs' Motion is fully briefed on the preliminary injunctive relief.

11)     Accordingly, Plaintiffs respectfully request the Court to schedule a hearing on their motion for a preliminary injunction commencing December 8, 2020, after oral arguments on the motions to dismiss.

Respectfully submitted this 7th day of December, 2020

*/s/ Howard Kleinhendler*

Howard Kleinhendler (New York Bar No. 2657120)
Howard Kleinhendler Esquire
369 Lexington Ave. 12th Floor
New York, New York 10017
(917) 793-1188
howard@kleinhendler.com

Sidney Powell PC
Texas Bar No. 16209700

2911 Turtle Creek Blvd, Suite 300
Dallas, Texas 75219

Alexander Kolodin
Kolodin Law Group PLLC
AZ Bar No. 030826

3443 N. Central Ave Ste 1009
Phoenix, AZ 85012

*Application for admission pro hac vice forthcoming

Of Counsel:
Emily P. Newman (Virginia Bar No. 84265)
Julia Z. Haller (D.C. Bar No. 466921)
Brandon Johnson (D.C. Bar No. 491730)

2911 Turtle Creek Blvd. Suite 300
Dallas, Texas 75219

*Application for admission pro hac vice Forthcoming

L. Lin Wood (Georgia Bar No. 774588)
L. LIN WOOD, P.C.
P.O. Box 52584
Atlanta, GA 30305-0584
Telephone: (404) 891-1402

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5th, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

By: */s/ Chris Viskovic*