IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tyler Bowyer, Michael John Burke, Nancy Cottle, Jake Hoffman, Anthony Kern, Christopher M. King, James R. Lamon, Sam Moorhead, Robert Montgomery, Loraine Pellegrino, Greg Safsten, Salvatore Luke Scarmardo, Kelli Ward and Michael Ward;<br><br>  Plaintiffs,<br><br>  v.<br><br>Doug Ducey, in his official capacity as Governor of the State of Arizona, and Katie Hobbs, in her capacity as Secretary of State of the State of Arizona;<br><br>  Defendants.<br><br>Maricopa County Board of Supervisors; and Adrian Fontes, in his official capacity as Maricopa County Records;<br><br>  Intervenors. | Case No. 2:20-cv-02321-DJH<br><br>**PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR HEARING ON MOTION FOR PRELIMINARY INJUNCTION** |

THE COURT has before it Plaintiffs' Motion for Hearing on Motion for Preliminary Injunction filed December 7, 2020.

For the reasons set forth in Plaintiffs' Motion for Hearing on Motion for Preliminary Injunction and good cause appearing:

IT IS HEREBY ORDERED THAT:

1. A hearing on Plaintiffs' Motion for Preliminary Injunction be held on December 8, 2020 after oral arguments on the Motions to Dismiss.

DATED this _____ day of _____, 2020.


Honorable _____
United States District Judge