| | |
|---|---|
| Roopali H. Desai (024295)<br>D. Andrew Gaona (028414)<br>Kristen Yost (034052)<br>**COPPERSMITH BROCKELMAN PLC**<br>2800 North Central Avenue, Suite 1900<br>Phoenix, AZ 85004<br>T: (602) 381-5478<br>rdesai@cblawyers.com<br>agaona@cblawyers.com<br>kyost@cblawyers.com<br><br>Justin A. Nelson (admitted *pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002-5096<br>T: (713) 651-9366<br>jnelson@susmangodfrey.com | Stephen E. Morrissey (admitted *pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1201 Third Avenue, Suite 3800<br>Seattle, WA 98101-3000<br>T: (206) 516-3880<br>smorrissey@susmangodfrey.com<br><br>Stephen Shackelford (admitted *pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019-6023<br>T: (212) 336-8330<br>sshackelford@susmangodfrey.com<br><br>Davida Brook (admitted *pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>T: (310) 789-3100<br>dbrook@susmangodfrey.com |

*Attorneys for Defendant Arizona Secretary of State Katie Hobbs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Tyler Bowyer; Michael John Burke; Nancy Cottle; Jake Hoffman; Anthony Kern; Christopher M. King; James R. Lamon; Sam Moorhead; Robert Montgomery; Loraine Pellegrino; Greg Safsten; Salvatore Luke Scarmardo; Kelli Ward; and Michael Ward,<br><br>Plaintiffs,<br><br>v.<br><br>Doug Ducey, in his official capacity as Governor of the State of Arizona; and Katie Hobbs, in her official capacity as Arizona Secretary of State,<br><br>Defendants.<br><br>MARICOPA COUNTY BOARD OF SUPERVISORS; and ADRIAN FONTES, in his official capacity as Maricopa County Recorder,<br><br>Intervenors. | No. CV-20-02321-PHX-DJH<br><br>**DEFENDANT SECRETARY OF STATE HOBBS' SECOND NOTICE OF SUPPLEMENTAL AUTHORITY** |

{00526067.1 }

| | |
|---|---|
| 1 | Secretary Hobbs submits this Second Notice of Supplemental Authority to alert the Court of an important development in the nearly-identical case filed in Michigan by Plaintiffs' counsel on behalf of the proposed presidential electors for the Republican Party in that State. *King v. Whitmer*, No. 2:20-cv-13134 (E.D. Mich.). |

Secretary Hobbs submits this Second Notice of Supplemental Authority to alert the Court of an important development in the nearly-identical case filed in Michigan by Plaintiffs' counsel on behalf of the proposed presidential electors for the Republican Party in that State. *King v. Whitmer*, No. 2:20-cv-13134 (E.D. Mich.).

This morning, the court in *King* rejected plaintiffs' arguments. The opinion is attached as Exhibit A. *First*, the court ruled that Eleventh Amendment immunity applied. *Id.* at 8-13. *Second*, the court held that the matter was moot. *Id.* at 13-16. *Third*, the court found that laches applied because plaintiffs "waited too long to knock on the Court's door." *Id.* at 16-19. *Fourth*, the court held that abstention applied. *Id.* at 20-23. *Fifth*, the court held that plaintiffs have no standing on any of their claims, rejecting their vote dilution theory under the Equal Protection Clause and their alleged standing as electors on the Election/Electors Clause claim and specifically rejecting plaintiffs' argument that the *Carson* decision applies. *Id.* at 23-30. *Sixth*, the court concluded that plaintiffs were unlikely to succeed on the merits because (a) the Electors Clause claim was premised on state law, *id.* at 30-31; and (b) plaintiffs' "equal protection claim is not supported by any allegation that Defendants' alleged schemes caused votes for President Trump to be changed to votes for Vice President Biden," *id.* at 32, and that the allegations are "an amalgamation of theories, conjecture, and speculation that such alterations were *possible*," *id.* at 34. *Seventh*, the court found plaintiffs did not show the remaining injunction factors. *Id.* at 35.

The court issued its decision on the papers and without argument or hearing. *Id.* at 6; *see also* Doc. 55, Hobbs Reply to MTD, at 1 n.1 (noting no hearing necessary here).

Respectfully submitted this 7th day of December, 2020.

**SUSMAN GODFREY L.L.P.**

By  s/ Justin A. Nelson
     Justin A. Nelson
     Stephen E. Morrissey
     Stephen Shackelford

| | |
|---|---|
| 1 | Davida Brook |
| 2 | **COPPERSMITH BROCKELMAN PLC** |
| 3 | Roopali H. Desai |
|   | D. Andrew Gaona |
| 4 | Kristen Yost |
| 5 | |
| 6 | *Attorneys for Defendant Arizona Secretary of State Katie Hobbs* |