ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

    Thomas P. Liddy (019384)
    Emily Craiger (021728)
    Joseph I. Vigil (018677)
    Joseph J. Branco (031474)
    Joseph E. LaRue (031348)
    Deputy County Attorneys
    liddyt@mcao.maricopa.gov
    craigere@mcao.maricopa.gov
    vigilj@mcao.maricopa.gov
    brancoj@mcao.maricopa.gov
    laruej@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4317
ca-civilmailbox@mcao.maricopa.gov
*Attorneys for Maricopa County Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tyler Bowyer, Michael John Burke, Nancy Cottle, Jake Hoffman, Anthony Kern, Christopher M. King, James R. Lamon, Sam Moorhead, Robert Montgomery, Loraine Pellegrino, Greg Safsten, Salvatore Luke Scarmardo, Kelli Ward, and Michael Ward,<br><br>    Plaintiffs,<br><br>v.<br><br>Doug Ducey, in his official capacity as Governor of the State of Arizona, and Katie Hobbs, in her official capacity as the Arizona Secretary of State<br><br>    Defendants. | NO. CV20-02321-PHX-DJH<br><br>**INTERVENOR-DEFENDANT MARICOPA COUNTY'S MOTION FOR JUDICIAL NOTICE** |

Pursuant to Rule 7, Fed. R. Civ. P., the Maricopa County Board of Supervisors and Maricopa County Recorder Adrian Fontes ("Maricopa County Intervenors") respectfully

request that this Court take judicial notice of the following decisions issued by the Maricopa County Superior Court.

- Exhibit A, *Aguilera v. Fontes*, CV2020-014562 (Case Dismissed, November 29, 2020).
- Exhibit B, *Ward v. Jackson*, CV2020-015285 (Minute Entry Ruling, December 4, 2020).

Each of these decisions involved a challenge to the November 3, 2020, General Election results in Maricopa County. Their findings of fact and conclusions of law discuss the County's processes and procedures for conducting the election.

**RESPECTFULLY** submitted this 7th day of December, 2020.

        ALLISTER ADEL
        MARICOPA COUNTY ATTORNEY

        BY: */s/Thomas P. Liddy*
            Thomas P. Liddy
            Emily Craiger
            Joseph I. Vigil
            Joseph J. Branco
            Joseph E. LaRue
            *Attorneys for Maricopa County Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 3rd, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

*/s/ V. Sisneros*

*S:\CIVIL\CIV\Matters\EC\2020\Bowyer v. Ducey EC20-0063\Pleadings\Caption.docx*