Alexis E. Danneman (Bar No. 030478)
Sarah R. Gonski (Bar No. 032567)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: (602) 351-8000
Facsimile: (602) 648-7000
ADanneman@perkinscoie.com
SGonski@perkinscoie.com

Marc E. Elias*
Bruce V. Spiva*
John Devaney*
John M. Geise**
**PERKINS COIE LLP**
700 Thirteenth Street NW, Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211
MElias@perkinscoie.com
BSpiva@perkinscoie.com
JDevaney@perkinscoie.com
JGeise@perkinscoie.com
*Admitted Pro Hac Vice*
**Pro Hac Vice Application Pending*
*Additional Counsel Listed on Signature Page*

*Attorneys for Proposed-Intervenor Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Bowyer, et al.,<br><br>             Plaintiffs,<br><br>vs.<br><br>Ducey, et al.,<br><br>             Defendants. | Case No: 2:20-cv-02321-DJH<br><br>**ARIZONA DEMOCRATIC PARTY'S OBJECTIONS TO PLAINTIFFS' WITNESSES AND EXHIBITS** |

Pursuant to this Court's order (Doc. 35), the Arizona Democratic Party ("ADP") submits its objections to Plaintiffs' (1) expert witnesses; (2) lay witnesses; and (3) exhibits.

### Plaintiffs' Expert Witnesses

The ADP objects to each of the Plaintiffs' expert witnesses for the reasons set forth below. The ADP objects to Plaintiffs calling any expert witness not disclosed as Plaintiffs' disclosure of "[e]xperts anticipated for the [e]videntiary [h]earing" (Exhibit 1 at 2–3). *See* Doc. 35 ("[A]ny witness or exhibit not disclosed to the other party or to the Court will not be admitted at the hearing."). Further, because "Spider" has not been identified by name, the ADP also objects to the Plaintiffs calling the witness at trial based on this failure to timely disclose.[1]

| No. | Expert Name | Objections |
|---|---|---|
| 1 | William Briggs | FRE 702, FRE 703, FRE 401, FRE 403 |
| 2 | Brian Teasley | FRE 702, FRE 703, FRE 401, FRE 403 |
| 3 | Russell James Ramsland, Jr. | FRE 702, FRE 703, FRE 401, FRE 403 |
| 4 | "Spider" | FRE 702, FRE 703, FRE 401, FRE 403 |
| 5 | Matthew Bromberg Ph.D. | FRE 702, FRE 401, FRE 403 |
| 6 | Phillip Waldron | FRE 702, FRE 401, FRE 403 |

### Plaintiffs' Lay Witnesses

The ADP objects to each of the Plaintiffs' lay witnesses for the reasons set forth below. The ADP objects to Plaintiffs calling any witness not disclosed as part of Plaintiffs' disclosure of "[f]act witnesses" (Exhibit 1 at 4–6). Further, to the extent that a witness has not been identified by name (*e.g.*, witnesses 10, 12, and 16), the ADP objects to the Plaintiffs calling the witness at trial because they have not been timely disclosed.[2]

| No. | Witness Name | Objections |
|---|---|---|
| 1 | Anna Orth | FRE 401, FRE 403, FRE 701 |
| 2 | Janese "Jan" Bryant | FRE 401, FRE 403, FRE 701 |
| 3 | Greg Wodynski | FRE 401, FRE 403, FRE 701 |

---

[1] The ADP does not construe Plaintiffs' expert disclosure (Exhibit 1 at 2–3), which lists several documents, as purporting to disclose any of those documents as exhibits. Among other things, such evidence would be inadmissible hearsay and the ADP would object to their admission. *See* Fed. R. Evid. ("FRE") 801.

[2] The ADP does not construe Plaintiffs' disclosure of "[f]act witnesses" (Exhibit 1 at 4–6), which lists several documents, as purporting to disclose any of those documents as exhibits. Among other things, such evidence would be inadmissible hearsay and the ADP would object to the admission of such documents.

2

| No. | Witness Name | Objections |
|---|---|---|
| 4 | Les Minkas | FRE 401, FRE 403, FRE 701 |
| 5 | Diane Serra | FRE 401, FRE 403, FRE 701 |
| 6 | Judith Burns | FRE 401, FRE 403, FRE 701 |
| 7 | Kathleen Alvey | FRE 401, FRE 403, FRE 701 |
| 8 | Linda Brickman | FRE 401, FRE 403, FRE 701 |
| 9 | Mark Low | FRE 401, FRE 403, FRE 602, FRE 701 |
| 10 | "Redacted Fact Witness, TM" | FRE 401, FRE 403, FRE 602, FRE 701 |
| 11 | Senator Kelly Townsend | FRE 401, FRE 403, FRE 602, FRE 701 |
| 12 | "Redacted - Venezuela Smartmatic Affidavit" | FRE 401, FRE 403, FRE 602, FRE 701 |
| 13 | Joe Oltmann | FRE 401, FRE 403, FRE 602, FRE 701 |
| 14 | Anna Mercedes Diaz Cardozo | FRE 401, FRE 403, FRE 602, FRE 701 |
| 15 | Ronald Watkins | FRE 401, FRE 403, FRE 602, FRE 701 |
| 16 | Jane Doe | FRE 401, FRE 403, FRE 701 |
| 17 | Ryan Hartwig | FRE 401, FRE 403, FRE 701 |

**Plaintiffs' Exhibits**

The ADP objects to the Plaintiffs' documentary evidence for the reasons set forth below. Any exhibit not disclosed by Plaintiffs as part of their "Exhibit List for Witness Disclosure" (Exhibit 2) should be excluded. *See* Doc. 35.[3]

| Plfs. Ex. No. | Description | Stipulate Auth. Y/N | Stipulate Admiss. Y/N | Objections |
|---|---|---|---|---|
| 1 | Redacted - Venezuela Smartmatic Affidavit 11.116.2020 | N | N | FRE 401, FRE 403, FRE 802 |
| 2 | Absentee Survey Analysis - Briggs Rpt. | N | N | FRE 401, FRE 403, FRE 802, FRE 702, FRE 703 |

---

[3] Plaintiffs' exhibit disclosures are confusing, to say the least, apparently consisting of multiple attachments to emails that include CVs, declarations, and other inadmissible information. For these reasons, the ADP reserves the right to object to exhibits that plaintiffs have failed to identify clearly or that are identified after the disclosure deadline.

3

| Plfs. Ex. No. | Description | Stipulate Auth. Y/N | Stipulate Admiss. Y/N | Objections |
|---|---|---|---|---|
| 2A | Absentee Survey Wisconsin Analysis – Briggs Rpt. re Attachment AZ | N | N | FRE 401, FRE 403, FRE 802, FRE 703 |
| 2B | Briggs - attachment GA re 5 state Rpt. Absentee Live ID Topline | N | N | FRE 401, FRE 403, FRE 802, FRE 703 |
| 2C | Briggs - attachment PA re 5 state Rpt. Absentee Live ID Topline | N | N | FRE 401, FRE 403, FRE 802, FRE 703 |
| 2D | Briggs - Attachment WI Unreturned Live Agent Topline [26655] | N | N | FRE 401, FRE 403, FRE 802, FRE 703 |
| 2E | Briggs - Attachment MI Unreturned Live Agent Topline | N | N | FRE 401, FRE 403, FRE 802, FRE 703 |
| 2F | Briggs CV | N | N | FRE 401, FRE 403, FRE 802 |
| 3 | Re Braynard | N | N | FRE 401, FRE 403, FRE 802 |
| 4 | Brian Teasley - Statistician | N | N | FRE 401, FRE 403, FRE 802, FRE 702, FRE 703 |
| 5 | Diane Serra Declaration (3 sep pdfs for pages 1-3) | N | N | FRE 401, FRE 403, FRE 802 |
| 6 | Joseph Oltmann Affidavit | N | N | FRE 401, FRE 403, FRE 802 |

| Plfs. Ex. No. | Description | Stipulate Auth. Y/N | Stipulate Admiss. Y/N | Objections |
|---|---|---|---|---|
| 7 | Harri Hursti Declaration Doc 809 US DIST CT 3 8-24-20 | N | N | FRE 401, FRE 403, FRE 802 |
| 8 | Affidavit of Anna Mercedes Diaz Cardozo in ENGLISH | N | N | FRE 401, FRE 403, FRE 802 |
| 9 | Keshel Expert Affidavit | N | N | FRE 401, FRE 403, FRE 802, FRE 702, FRE 703 |
| 9A & B | Keshel Expert attachment | N | N | FRE 401, FRE 403, FRE 802, FRE 703 |
| 10 | Andrew W. Appel, et al., "Ballot Marking Devices (BMDs) Cannot Assure the Will of the Voters" at (Dec. 27, 2019) | N | N | FRE 401, FRE 403, FRE 802 |
| 11 | State of Texas Secretary of State Report of Review 20 //and 11B | N | N | FRE 401, FRE 403, FRE 802 |
| 12 | "Spider" Affidavit Redacted | N | N | FRE 401, FRE 403, FRE 802, FRE 702, FRE 703 |
| 13 | Declaration TPM 11 30 20 Redacted | N | N | FRE 401, FRE 403, FRE 802 |
| 14 | Declaration of Ronald Watkins 11 26 20 | N | N | FRE 401, FRE 403, FRE 802 |

| Plfs. Ex. No. | Description | Stipulate Auth. Y/N | Stipulate Admiss. Y/N | Objections |
|---|---|---|---|---|
| 15 | Congresswoman Maloney letter re Smartmatica | N | N | FRE 401, FRE 403, FRE 802 |
| 16 | Senators Warren etc. letter re Dominion Voting Systems | N | N | FRE 401, FRE 403, FRE 802 |
| 17 | Ramsland Declaration | N | N | FRE 401, FRE 403, FRE 802, FRE 702, FRE 703 |
| 18 | Joint FBI CISSA Cyber Security Advisory Exhibit [2305843009225631231] | N | N | FRE 401, FRE 403, FRE 802 |
| 19 | Matthew Bromberg, PhD Declaration 11 30 20 | N | N | FRE 401, FRE 403, FRE 802, FRE 702, FRE 703 |
| 20 | Mark Low Declaration | N | N | FRE 401, FRE 403, FRE 802 |
| 21 | Burns Decl Declaration | N | N | FRE 401, FRE 403, FRE 802 |
| 22 | Linda Brickman Declaration | N | N | FRE 401, FRE 403, FRE 802 |
| 23 | Burns Decl Declaration | N | N | FRE 401, FRE 403, FRE 802 |
| 24 | Dr. Briggs Rebuttal | N | N | FRE 401, FRE 403, FRE 802, FRE 702, FRE 703 |
| 25 | Brian Teasley CV / Rebuttal | N | N | FRE 401, FRE 403, FRE 802, FRE 702, FRE 703 |
| 26 | Ramsland CV and sources | N | N | FRE 401, FRE 403, FRE 802, FRE 703 |

| Plfs. Ex. No. | Description | Stipulate Auth. Y/N | Stipulate Admiss. Y/N | Objections |
|---|---|---|---|---|
| 27 | Phil Waldron CV and sources | N | N | FRE 401, FRE 403, FRE 802, FRE 703 |
| 28 | Spider Sources, 3 documents | N | N | FRE 401, FRE 403, FRE 802. FRE 703 |
| 29 | Dominion Maricopa contract | N | N | FRE 401, FRE 403, FRE 802 |
| 30 | Dominion User Manual | N | N | FRE 401, FRE 403, FRE 802 |
| 31 | Staple street SEC Offering Form-D Report | N | N | FRE 401, FRE 403, FRE 802 |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December 7, 2020 | */s/ Alexis E. Danneman* |
| 3 | | Alexis E. Danneman (Bar No. 030478)<br>Sarah R. Gonski (Bar No. 032567) |
| 4 | | **PERKINS COIE LLP**<br>2901 North Central Avenue, Suite 2000 |
| 5 | | Phoenix, Arizona 85012-2788<br>Telephone: (602) 351-8000 |
| 6 | | Facsimile: (602) 648-7000<br>ADanneman@perkinscoie.com |
| 7 | | SGonski@perkinscoie.com |
| 8 | | Marc E. Elias*<br>Bruce V. Spiva* |
| 9 | | John Devaney*<br>John M. Geise** |
| 10 | | **PERKINS COIE LLP**<br>700 Thirteenth Street NW, Suite 600 |
| 11 | | Washington, D.C. 20005-3960<br>Telephone: (202) 654-6200 |
| 12 | | Facsimile: (202) 654-6211 |
| 13 | | MElias@perkinscoie.com<br>BSpiva@perkinscoie.com |
| 14 | | JDevaney@perkinscoie.com<br>JGeise@perkinscoie.com |
| 15 | | |
| 16 | | Laura Hill* |
| 17 | | **PERKINS COIE LLP**<br>1201 Third Avenue, Suite 4900 |
| 18 | | Seattle, WA 98101-3099<br>Telephone: (206) 359-3349 |
| 19 | | Facsimile: (206) 359-4349 |
| 20 | | LHill@perkinscoie.com |
| 21 | | Roy Herrera (Bar No. 032901) |
| 22 | | Daniel A. Arellano (Bar No. 032304)<br>**BALLARD SPAHR LLP** |
| 23 | | 1 East Washington Street, Suite 2300<br>Phoenix, Arizona 85004-2555 |
| 24 | | Telephone: 602.798.5400 |
| 25 | | Facsimile: 602.798.5595<br>HerreraR@ballardspahr.com |
| 26 | | ArellanoD@ballardspahr.com |
| 27 | | *Attorneys for ADP* |
| 28 | | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2020, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants.

                                                 */s/ Indy Fitzgerald*

150408712.1

# Exhibit 1

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| TYLER BOYER, MICHAEL JOHN BURKE, NANCY COTTLE, JAKE HOFMAN, ANTHONY KERN, CHRISTOPHER M. KING, JAMES R. LAMON, SAM MOREHEAD, ROBERT MONTGOMERY, LORAINE PELLEGRINO, GREG SAFSTEN, SALVATORE LUKE SCARMARDO, KELLI WARD and MICHAEL WARD,<br><br>Plaintiffs.<br>v.<br><br>DOUG DUCEY, in his official capacity as Governor of the State of Arizona, and KATIE HOBBS, in her capacity as the Arizona Secretary of State,<br><br>Defendants. | CASE NO.  20:cv-2321 |

## EXPERT RULE 26(A)(2)(B) EXPERT DISCLOSURES AND FACT WITNESSES

COMES NOW Plaintiffs, Tyler Bowyer, Michael John Burke, Nancy Cottle, Jake Hoffman, Anthony Kern, Christopher M. King, James R. Lamon, Sam Moorhead, Robert Montgomery, Loraine Pellegrino, Greg Safsten, Salvatore Luke Scarmado, Kelli Ward, and Michael Ward, by and through their undersigned counsel, and file Expert and Fact Disclosure:

1

**Experts anticipated for the Evidentiary Hearing:**

a. William Briggs, is an expert witness that provided a declaration and statistical analysis for the present matter. Attached is his expert report in the attached Declaration. (See Complaint Exh. 2 and 2A-F).

    i. Briggs' original expert report includes the only charts that he may refer to in live testimony.

    ii. As stated in his expert report, the data relied on was created by Matt Braynard, and the topline reports of those data were attached as pdfs and submitted as part of his original report.

b. Dr. Briggs' rebuttal report in another case. (See Exh. 1, attached hereto).

c. In his rebuttal report, Dr. Briggs states that his work is entirely pro bono.

d. Attached is Dr. Briggs' CV, which includes a publications list. (See Exh.2F to the Complaint).

    a. Dr. Briggs has submitted declaration in the Northern District of Georgia 20-cv-04809, ED Michigan 20-cv-13134, ED Wisconsin 20-cv-02321.

2. Brian Teasley, is an expert witness that provided a declaration and statistical analysis for the present matter.

    a. His expert report is attached as Exh. 4 to the Complaint.

    e. Teasley's' original expert report, declaration includes the charts that he may refer to in live testimony.

    f. Mr. Teasley is appearing entirely pro bono.

    g. Attached is Brian Teasley's CV is attached as Exh. 2, hereto.

    a. He has submitted declarations in the ED Michigan 20-cv-13134, ED Wisconsin 20-cv-02321.

3. Russell James Ramsland, Jr.

    a. Mr. Ramsland's report is attached to the Complaint as Ex. 17.

    b. Mr. Ramsland's CV is attached hereto as EX. 3, hereto.

    c. He has submitted declarations in the Northern District of Georgia 20-cv-04809; 20-cv-ED Michigan 20-cv-13134; ED Wisconsin 20-cv-0232.

4. Spider, whose identity is currently redacted for security reasons:

    a. His testimony will be based on his report currently attached to the Complaint as Exh. 12; and in the attached declarations, EX. 4.

    b. He is appearing pro bono, has not published in the prior 10 years.

    c. He has the following background:  Education: Texas A&M associate degree in robotics and engineering; Associates Degree ITT Tech, Texas in network systems; Experience:  US Army 305th Military Intelligence; US Army (other) US Intelligence Agencies; Freelance computer security consultant

    d. He has submitted declarations in the Northern District of Georgia 20-cv-04809, ED Michigan 20-cv-13134, ED Wisconsin 20-cv-02321.

5. Declaration of Matthew Bromberg Ph.D

    a. Matt Bromberg's report is currently attached as a Declaration to the Complaint as Exh. 19, which includes his background and CV information;

    b. He is appearing pro bono.

    c. He has submitted declaration in the ED Michigan 20-cv-13134, ED Wisconsin 20-cv-02321.

6. Phillip Waldron.  Mr. Waldron's background and the basis of his testimony is attached. Ex. 5. He is not getting paid for his appearance.

**Fact witnesses**

The following are fact witnesses that may be called at the hearing:

1. Anna Orth:
    a. Poll Observer
    b. Pima County
    c. 520-979-8330
    d. Anna Orth is anticipated testify to election violations she observed, including the disparate treatment of Republican observers deprived Republican voters of their rights to equal protection of the law and should nullify any presumption that election workers applied the law in a fair, impartial and objective manner.

2. Janese "Jan" Bryant:
    a. Poll Observer,
    b. Maricopa County
    c. 208-859-3394
    d. Janese Jan Bryant will testify to election violations she observed, including the disparate treatment of Republican observers deprived Republican voters of their rights to equal protection of the law and should nullify any presumption that election workers applied the law in a fair, impartial and objective manner.

3. Greg Wodynski:
    a. Digital Adjudication Observer
    b. Maricopa County
    c. 480-828-9425
    d. His declaration is attached to the Complaint as Exh. 22.

4. Les Minkas:
    a. Poll Observer
    b. Maricopa County
    c. 847-927-0856

5. Diane Serra:

    a. Poll Observer
    b. Maricopa County
    c. 602-402-5836

    d. Her Declaration is attached to the Compl., Ex. 5.

6. <u>Judith Burns</u>: Poll Observer,
    a. Maricopa County
    b. 810-923-5984
    c. Her Declaration is attached to the Compl. At Ex. 21.

7. <u>Kathleen Alvey</u>:
    a. Poll Observer
    b. Pima County
    c. 520-829-2117
    d. Kathleen Alvey is anticipated to testify to election violations she observed, including the disparate treatment of Republican observers deprived Republican voters of their rights to equal protection of the law and should nullify any presumption that election workers applied the law in a fair, impartial and objective manner.

8. <u>Linda Brickman</u>:
    a. Maricopa County,
    b. GOP Chair
    c. 602-330-9422
    d. Her Declaration is attached to the Complaint as Ex. 23.

9. <u>Mark Low</u>:
    a. Poll Observer,
    b. Maricopa County
    c. 480-363-1154
    d. His Declaration is attached to the Complaint as Ex. 20.

10. <u>Redacted Fact Witness, TM</u>:
    a. Redacted witness TM's Declaration is attached to the Complaint as Ex. 13.

*See* Compl., Section I and Declarations attached thereto.

11. <u>Senator Kelly Townsend</u>:
    a. Senator in the AZ legislature
    b. Maricopa County
    c. kellyjtownsend@yahoo.com

    d. Senator Townsend is anticipated to information related to election violations.

12. Redacted - Venezuela Smartmatic Affidavit 11.116.2020, attached as Ex. 1 to the Complaint.

13. Joe Oltmann, his Declaration is attached to the Complaint as Exh. 6.Anna Mercedes Diaz Cardozo

14. Anna Mercedes Diaz Cardozo, her Affidavit is attached to the Complaint as Exh. 8.

15. Ronald Watkins, his Declaration is attached to the Complaint as Exh. 14.

16. Jane Doe. (name redacted) Will testify about illegal ballots being shipped around the United States including to Arizona on or about before Nov. 3, 2020.

17. Ryan Hartwig. Present at Phoenix airport and will testify about a suspicious airplane and activity at Phoenix airport on or around Nov. 3, 2020.

Respectfully submitted, this 1st day of December 2020.

<u>/s Sidney Powell*</u>
Sidney Powell PC
Texas Bar No. 16209700

2911 Turtle Creek Blvd, Suite 300
Dallas, Texas 75219

*Application for admission pro hac vice forthcoming

6

Of Counsel:
Emily P. Newman (Virginia Bar No. 84265)
Julia Z. Haller (D.C. Bar No. 466921)
Brandon Johnson (D.C. Bar No. 491730)


2911 Turtle Creek Blvd, Suite 300
Dallas, Texas 75219

*Application for admission *pro hac vice*
Forthcoming

L. Lin Wood
GA Bar No. 774588
L. LIN WOOD, P.C.
P.O. Box 52584
Atlanta, GA 30305-0584
Telephone: (404) 891-1402


Howard Kleinhendler
New York Bar No. 2657120
Howard Kleinhendler Esquire
369 Lexington Avenue, 12th Floor
New York, New York 10017
(917) 793-1188
howard@kleinhendler.com

# Exhibit 2

| Exhibit No. | PLAINTIFFS' EXHIBIT LIST |
|---|---|
| EXH 1 | Redacted - Venezuela Smartmatic Affidavit 11.116.2020 |
| EXH 2 | Absentee Survey Analysis - Briggs Rpt. |
| EXH 2 A | Absentee Survey Wisconsin Analysis – Briggs Rpt. re Attachment AZ |
| EXH 2 B | Briggs - attachment GA re 5 state Rpt. Absentee Live ID Topline |
| EXH 2 C | Briggs - attachment PA re 5 state Rpt. Absentee Live ID Topline |
| EXH 2 D | Briggs - Attachment WI Unreturned Live Agent Topline [26655] |
| EXH 2 E | Briggs - Attachment MI Unreturned Live Agent Topline |
| EXH 2 F | Briggs CV |
| EXH 3 | Re Braynard |
| EXH 4 | Brian Teasley - Statistician |
| EXH 5 | Diane Serra Declaration (3 sep pdfs for pages 1-3) |
| EXH 6 | Joseph Oltmann Affidavit |
| EXH 7 | Harri Hursti Declaration Doc 809 US DIST CT 3  8-24-20 |
| EXH 8 | Affidavit of Anna Mercedes Diaz Cardozo in ENGLISH |
| EXH 9 | Keshel Expert Affidavit |
| EXH 9 A&B | Keshel Expert attachment |
| EXH 10 | Andrew W. Appel, *et al.*, "Ballot Marking Devices (BMDs) Cannot Assure the Will of the Voters" at (Dec. 27, 2019) |
| EXH 11 | State of Texas Secretary of State Report of Review 20 //and 11B |
| EXH 12 | "Spider" Affidavit Redacted |
| EXH 13 | Declaration TPM 11 30 20 Redacted |
| EXH 14 | Declaration of Ronald Watkins 11 26 20 |
| EXH 15 | Congresswoman Maloney letter re Smartmatica |
| EXH 16 | Senators Warren etc. letter re Dominion Voting Systems |

| EXH 17 | Ramsland Declaration |
|---|---|
| EXH 18 | Joint FBI CISSA Cyber Security Advisory Exhibit [2305843009225631231] |
| EXH 19 | Matthew Bromberg, PhD Declaration 11 30 20 |
| EXH 20 | Mark Low Declaration |
| EXH 21 | Burns Decl Declaration |
| EXH 22 | Linda Brickman Declaration |
| EXH 23 | Burns Decl Declaration |
| EXH 24 | Dr. Briggs Rebuttal |
| EXH 25 | Brian Teasley CV / Rebuttal |
| EXH 26 | Ramsland CV and sources |
| EXH 27 | Phil Waldron CV and sources |
| EXH 28 | Spider Sources, 3 documents |
| EXH 29 | Dominion Maricopa contract |
| EXH 30 | Dominion User Manual |
| EXH 31 | Staple street SEC Offering Form-D Report |