# Exhibit 2

| Exhibit No. | PLAINTIFFS' EXHIBIT LIST |
|---|---|
| EXH 1 | Redacted - Venezuela Smartmatic Affidavit 11.116.2020 |
| EXH 2 | Absentee Survey Analysis - Briggs Rpt. |
| EXH 2 A | Absentee Survey Wisconsin Analysis – Briggs Rpt. re Attachment AZ |
| EXH 2 B | Briggs - attachment GA re 5 state Rpt. Absentee Live ID Topline |
| EXH 2 C | Briggs - attachment PA re 5 state Rpt. Absentee Live ID Topline |
| EXH 2 D | Briggs - Attachment WI Unreturned Live Agent Topline [26655] |
| EXH 2 E | Briggs - Attachment MI Unreturned Live Agent Topline |
| EXH 2 F | Briggs CV |
| EXH 3 | Re Braynard |
| EXH 4 | Brian Teasley - Statistician |
| EXH 5 | Diane Serra Declaration (3 sep pdfs for pages 1-3) |
| EXH 6 | Joseph Oltmann Affidavit |
| EXH 7 | Harri Hursti Declaration Doc 809 US DIST CT 3  8-24-20 |
| EXH 8 | Affidavit of Anna Mercedes Diaz Cardozo in ENGLISH |
| EXH 9 | Keshel Expert Affidavit |
| EXH 9 A&B | Keshel Expert attachment |
| EXH 10 | Andrew W. Appel, *et al.*, "Ballot Marking Devices (BMDs) Cannot Assure the Will of the Voters" at (Dec. 27, 2019) |
| EXH 11 | State of Texas Secretary of State Report of Review 20 //and 11B |
| EXH 12 | "Spider" Affidavit Redacted |
| EXH 13 | Declaration TPM 11 30 20 Redacted |
| EXH 14 | Declaration of Ronald Watkins 11 26 20 |
| EXH 15 | Congresswoman Maloney letter re Smartmatica |
| EXH 16 | Senators Warren etc. letter re Dominion Voting Systems |

| EXH 17 | Ramsland Declaration |
| --- | --- |
| EXH 18 | Joint FBI CISSA Cyber Security Advisory Exhibit [2305843009225631231] |
| EXH 19 | Matthew Bromberg, PhD Declaration 11 30 20 |
| EXH 20 | Mark Low Declaration |
| EXH 21 | Burns Decl Declaration |
| EXH 22 | Linda Brickman Declaration |
| EXH 23 | Burns Decl Declaration |
| EXH 24 | Dr. Briggs Rebuttal |
| EXH 25 | Brian Teasley CV / Rebuttal |
| EXH 26 | Ramsland CV and sources |
| EXH 27 | Phil Waldron CV and sources |
| EXH 28 | Spider Sources, 3 documents |
| EXH 29 | Dominion Maricopa contract |
| EXH 30 | Dominion User Manual |
| EXH 31 | Staple street SEC Offering Form-D Report |