Brett W. Johnson (#021527)
Colin P. Ahler (#023879)
Derek C. Flint (#034392)
Ian R. Joyce (#035806)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: bwjohnson@swlaw.com
  cahler@swlaw.com
  dflint@swlaw.com
  ijoyce@swlaw.com

Anni L. Foster (#023643)
General Counsel
Office of Arizona Governor Douglas A. Ducey
1700 West Washington Street
Phoenix, Arizona 85007
Telephone: 602-542-4331
E-Mail: afoster@az.gov

*Attorneys for Defendant Douglas A. Ducey,
Governor of the State of Arizona*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Tyler Bowyer, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>Doug Ducey, et al.,<br><br>          Defendants,<br><br>     and<br><br>Maricopa County Board of Supervisors, et al.,<br><br>          Intervenor-Defendants | No. 2:20-cv-02321-DJH<br><br>**Supplement to Governor Ducey's Objections to Plaintiffs' Exhibit and Witness List for December 10 Hearing**<br><br>Assigned to: Hon. Diane Humetewa<br><br>TRO Hearing Set: December 10, 2020 at 9:30 a.m. |

Notice is hereby given that due to several different exhibit and witness lists disclosed in this case on an expedited basis, Defendant Governor Douglas A. Ducey respectfully supplements his objections to Plaintiffs' exhibits (Doc. 63) in order to ensure that they correspond with Plaintiffs' final exhibit list. Specifically, the Governor states that his objections concerning Plaintiffs' Exhibits 1-23 are found at pages 10-18 of Doc. 63.[1] The numbering of Exhibits 1-23 on these pages corresponds to Plaintiffs' number of these same proposed exhibits. Governor Ducey further clarifies that objections to Exhibit 24 can be found at Page 7, Lines 15-25 of Doc. 63. Governor Ducey also withdraws the objections that the following exhibits were not timely disclosed: Exhibit 2; Exhibit 2A; Exhibit 2B; Exhibit 2C; Exhibit 2D; Exhibit 2E; Exhibit 7; Exhibit 9; Exhibit 9 A&B; Exhibit 10; Exhibit 11; Exhibit 15; Exhibit 16; and Exhibit 18.

DATED this 7th day of December, 2020.

SNELL & WILMER L.L.P.

By: /s/ Brett W. Johnson
Brett W. Johnson
Colin P. Ahler
Derek C. Flint
Ian R. Joyce
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

Anni L. Foster
OFFICE OF ARIZONA GOVERNOR
DOUGLAS A. DUCEY
1700 West Washington Street
Phoenix, Arizona 85007

*Attorneys for Defendant Douglas A. Ducey, Governor of the State of Arizona*

---

[1] The description of Exhibit 13 should also be revised from "Redacted Expert affidavit statistician" to "Bryan Teasley-Statistician."

## **CERTIFICATE OF SERVICE**

I certify that on December 7, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants.


s/ Richard Schaan