Sidney Powell (admitted pro hac vice)
Sidney Powell PC
Texas Bar No. 16209700
(517) 763-7499
Sidney@federalappeals.com

Alexander Michael del Rey Kolodin, AZ Bar No. 030826
Alexander.Kolodin@KolodinLaw.com
Christopher Viskovic, AZ Bar No. 035860[1]
CViskovic@KolodinLaw.com
**KOLODIN LAW GROUP PLLC**
3443 N. Central Ave. Ste. 1009
Phoenix, AZ  85012
Telephone: (602) 730-2985
Facsimile: (602) 801-2539

*Attorneys for Plaintiffs*
*(Additional counsel listed on signature page)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tyler Bowyer, Michael John Burke, Nancy Cottle, Jake Hoffman, Anthony Kern, Christopher M. King, James R. Lamon, Sam Moorhead, Robert Montgomery, Loraine Pellegrino, Greg Safsten, Salvatore Luke Scarmardo, Kelli Ward and Michael Ward;<br><br>Plaintiffs;<br>v.<br><br>Doug Ducey, in his official capacity as Governor of the State of Arizona, and Katie Hobbs, in her capacity as Secretary of State of the State of Arizona;<br><br>Defendants;<br><br>Maricopa County Board of Supervisors; and Adrian Fontes, in his official capacity as Maricopa County Recorder;<br><br>Intervenors. | **Case No**.: 2:20-cv-02321-DJH<br><br><br>**PLAINTIFFS' NOTICE OF LOCATION OF BRIEFING DISTINGUISHING WARD V JACKSON** |

---

[1] District of Arizona admission scheduled for 12/9/2020.

At today's hearing the Court asked several questions regarding the differences between this case and *Ward v. Jackson*. Given the voluminous briefing in this matter and the short timeframes, Plaintiffs respectfully submit this Notice to assist the Court in rapidly locating the portion of Plaintiffs' briefing which deals with this question in-depth. Particularly, in Plaintiffs' Reply to Responses in Opposition to Motion for Declaratory, Emergency, and Permanent Injunctive Relief and Memorandum in Support Thereof, Plaintiffs fully briefed the issue. *See* ECF No. 44 at 16:22 – 22:17.

Respectfully submitted this 8th day of December, 2020

*/s/Alexander Kolodin*

Sidney Powell PC
Texas Bar No. 16209700

2911 Turtle Creek Blvd, Suite 300
Dallas, Texas 75219

*Application for admission pro hac vice forthcoming

Alexander Kolodin
Kolodin Law Group PLLC
AZ Bar No. 030826

3443 N. Central Ave Ste 1009
Phoenix, AZ 85012

Of Counsel:
Emily P. Newman (Virginia Bar No. 84265)
Julia Z. Haller (D.C. Bar No. 466921)
Brandon Johnson (D.C. Bar No. 491730)

2911 Turtle Creek Blvd. Suite 300
Dallas, Texas 75219

*Application for admission pro hac vice Forthcoming

L. Lin Wood (Georgia Bar No. 774588)
L. LIN WOOD, P.C.
P.O. Box 52584
Atlanta, GA 30305-0584
Telephone: (404) 891-1402

Howard Kleinhendler (New York Bar No. 2657120)
Howard Kleinhendler Esquire
369 Lexington Ave. 12th Floor
New York, New York 10017
(917) 793-1188
howard@kleinhendler.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 8th, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

By: */s/ Chris Viskovic*