| AO 435 <br> AZ Form (Rev. 10/2018) | Administrative Office of the United States Courts <br><br> **TRANSCRIPT ORDER** | FOR COURT USE ONLY <br> DUE DATE: |
|---|---|---|

| 1. NAME <br> ALEXANDER HOSENBALL | 2. PHONE NUMBER <br> 3479781611 | 3. DATE <br> 12/8/2020 |
|---|---|---|
| 4. FIRM NAME <br> ABC NEWS | | |

| 5. MAILING ADDRESS <br> 6 MONITOR STREET APT 3A | 6. CITY <br> BROOKLYN | 7. STATE <br> NY | 8. ZIP CODE <br> 11222 |
|---|---|---|---|
| 9. CASE NUMBER <br> 2:2020cv02321 | 10. JUDGE <br> Diane J Humetewa | DATES OF PROCEEDINGS <br> 11. 12/8/2020 | 12. 12/8/2020 |
| 13. CASE NAME <br> Bowyer et al v. Ducey et al | | LOCATION OF PROCEEDINGS <br> 14. | 15. STATE  AZ |

16. ORDER FOR
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☑ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☑ PRE-TRIAL PROCEEDING | 12/8/2020 |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | ☐ PAPER COPY | |
| 14 DAYS | ☐ | ☐ | | | |
| 7 DAYS (expedited) | ☐ | ☐ | | ☑ PDF (e-mail) | |
| 3 DAYS | ☐ | ☐ | | | |
| DAILY | ☐ | ☐ | | ☐ ASCII (e-mail) | |
| HOURLY | ☑ | ☑ | | | |
| REALTIME | ☐ | ☐ | | E-MAIL ADDRESS <br> ALEX.R.HOSENBALL@ABC.COM | |

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

19. SIGNATURE  *Alex Hosenball*

NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.

20. DATE  12/8/2020

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY