| | |
|---|---|
| Roopali H. Desai (024295)<br>D. Andrew Gaona (028414)<br>Kristen Yost (034052)<br>**COPPERSMITH BROCKELMAN PLC**<br>2800 North Central Avenue, Suite 1900<br>Phoenix, AZ  85004<br>T:  (602) 381-5478<br>rdesai@cblawyers.com<br>agaona@cblawyers.com<br>kyost@cblawyers.com<br><br>Justin A. Nelson (admitted *pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002-5096<br>T:  (713) 651-9366<br>jnelson@susmangodfrey.com | Stephen E. Morrissey (admitted *pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1201 Third Avenue, Suite 3800<br>Seattle, WA 98101-3000<br>T:  (206) 516-3880<br>smorrissey@susmangodfrey.com<br><br>Stephen Shackelford (admitted *pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019-6023<br>T:  (212) 336-8330<br>sshackelford@susmangodfrey.com<br><br>Davida Brook (admitted *pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>T:  (310) 789-3100<br>dbrook@susmangodfrey.com |

*Attorneys for Defendant Arizona Secretary of State Katie Hobbs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Tyler Bowyer; Michael John Burke; Nancy Cottle; Jake Hoffman; Anthony Kern; Christopher M. King; James R. Lamon; Sam Moorhead; Robert Montgomery; Loraine Pellegrino; Greg Safsten; Salvatore Luke Scarmardo; Kelli Ward; and Michael Ward,<br><br>         Plaintiffs,<br><br>v.<br><br>Doug Ducey, in his official capacity as Governor of the State of Arizona; and Katie Hobbs, in her official capacity as Arizona Secretary of State,<br><br>         Defendants.<br><br>Maricopa County Board of Supervisors; and Adrian Fontes, in his official capacity as Maricopa County Recorder,<br><br>         Intervenors. | No. CV-20-02321-PHX-DJH<br><br>**DEFENDANT SECRETARY OF STATE HOBBS' NOTICE OF ERRATA TO HER MOTION TO EXCLUDE THE TESTIMONY AND REPORTS OF PLAINTIFFS' EXPERTS (DOC. 65)** |

{00526538.1 }

Defendant Secretary of State Katie Hobbs files this Notice of Errata submitting Exhibits 1-11 inadvertently not filed with her Motion to Exclude the Testimony and Reports of Plaintiffs' Experts (Doc. 65).

Respectfully submitted this 8th day of December, 2020.

**COPPERSMITH BROCKELMAN PLC**

By  s/ Roopali H. Desai
    Roopali H. Desai
    D. Andrew Gaona
    Kristen Yost

**SUSMAN GODFREY L.L.P.**
    Justin A. Nelson
    Stephen E. Morrissey
    Stephen Shackelford
    Davida Brook

*Attorneys for Defendant Arizona Secretary of State Katie Hobbs*

{00526538.1}                              -2-