1    Roopali H. Desai (024295)
     D. Andrew Gaona (028414)
2    Kristen Yost (034052)
3    **COPPERSMITH BROCKELMAN PLC**
     2800 North Central Avenue, Suite 1900
4    Phoenix, AZ  85004
     T:  (602) 381-5478
5    rdesai@cblawyers.com
     agaona@cblawyers.com
6    kyost@cblawyers.com

7    Justin A. Nelson (admitted *pro hac vice*)
8    **SUSMAN GODFREY L.L.P.**
     1000 Louisiana, Suite 5100
9    Houston, TX 77002-5096
     T:  (713) 651-9366
10   jnelson@susmangodfrey.com

11

12

Stephen E. Morrissey (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
T:  (206) 516-3880
smorrissey@susmangodfrey.com

Stephen Shackelford (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
T:  (212) 336-8330
sshackelford@susmangodfrey.com

Davida Brook (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
T:  (310) 789-3100
dbrook@susmangodfrey.com

*Attorneys for Defendant Arizona Secretary of State Katie Hobbs*

13              **UNITED STATES DISTRICT COURT**

14                   **DISTRICT OF ARIZONA**

| | |
|---|---|
| 15  Tyler Bowyer; Michael John Burke; Nancy Cottle; Jake Hoffman; Anthony Kern; 16  Christopher M. King; James R. Lamon; Sam Moorhead; Robert Montgomery; Loraine 17  Pellegrino; Greg Safsten; Salvatore Luke Scarmardo; Kelli Ward; and Michael Ward, 18 | No. CV-20-02321-PHX-DJH |
| 19              Plaintiffs, | **DEFENDANT SECRETARY OF STATE HOBBS' NOTICE OF SUBMISSION OF EXHIBIT OF PRESENTATION USED AT DECEMBER 8, 2020 HEARING** |
| 20  v. | |
| 21  Doug Ducey, in his official capacity as Governor of the State of Arizona; and Katie 22  Hobbs, in her official capacity as Arizona Secretary of State, 23 | |
| 24              Defendants. | |
| 25  Maricopa County Board of Supervisors; and Adrian Fontes, in his official capacity as 26  Maricopa County Recorder, 27              Intervenors. | |

28

{00526200.2 }

1    Secretary Katie Hobbs submits as Exhibit A to this Notice the presentation used at

2 the hearing on December 8, 2020. With two minor typographical corrections, the attached

3 Exhibit represents the presentation as shown to the Court.

4

5    Respectfully submitted this 8th day of December, 2020.

6

7                                        SUSMAN GODFREY L.L.P.

8

9    By   s/ Justin A. Nelson
                                            Justin A. Nelson
10                                          Stephen E. Morrissey
                                            Stephen Shackelford
11                                          Davida Brook

12                                       COPPERSMITH BROCKELMAN PLC

13                                          Roopali H. Desai
                                            D. Andrew Gaona
14                                          Kristen Yost

15

16                                       *Attorneys for Defendant Arizona Secretary of
                                         State Katie Hobbs*
17

18

19

20

21

22

23

24

25

26

27

28

{00526200.2 }                                -2-