Sidney Powell (admitted pro hac vice)
Sidney Powell PC
Texas Bar No. 16209700
(517) 763-7499
Sidney@federalappeals.com

Alexander Kolodin, AZ Bar No. 030826
Christopher Viskovic, AZ Bar No. 035860
**KOLODIN LAW GROUP PLLC**
3443 N. Central Ave. Ste. 1009
Phoenix, AZ  85012
Telephone: (602) 730-2985
Facsimile: (602) 801-2539
E-Mail:
Alexander.Kolodin@KolodinLaw.com
CViskovic@KolodinLaw.com
SAtkinson@KolodinLaw.com (file copies)
*Attorneys for Plaintiffs*
*(Additional counsel listed on signature page)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tyler Bowyer, Michael John Burke, Nancy Cottle, Jake Hoffman, Anthony Kern, Christopher M. King, James R. Lamon, Sam Moorhead, Robert Montgomery, Loraine Pellegrino, Greg Safsten, Salvatore Luke Scarmardo, Kelli Ward and Michael Ward;<br>*Plaintiffs;*<br>v.<br>Doug Ducey, in his official capacity as Governor of the State of Arizona, and Katie Hobbs, in her capacity as Secretary of State of the State of Arizona;<br>*Defendants;*<br>Maricopa County Board of Supervisors; and Adrian Fontes, in his official capacity as Maricopa County Recorder;<br>*Defendant-Intervenors.* | **Case No.**: 2:20-cv-02321-DJH<br><br>**PRELIMINARY INJUNCTION APPEAL**<br><br>PLAINTIFFS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT AND REPRESENTATION STATEMENT<br><br>[Election Related Matter] |

Plaintiffs Tyler Bowyer, Michael John Burke, Nancy Cottle, Jake Hoffman, Anthony Kern, Christopher M. King, James R. Lamon, Sam Moorhead, Robert Montgomery, Loraine Pellegrino, Greg Safsten, Salvatore Luke Scarmardo, Kelli Ward and Michael Ward (collectively, "Plaintiffs") hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order denying Plaintiffs' motion for preliminary injunction and dismissing Plaintiffs' Complaint that the United States District Court for the District of Arizona entered on December 9, 2020. The case was first filed in the United States District Court for the District of Arizona on December 2, 2020. Counsel Alexander Kolodin is registered for electronic filing in the 9th Circuit. The filing fee and the appellate docket fee are submitted herewith.

In accordance with FRAP 12(b) and Ninth Circuit Rule 3-2(b), Plaintiffs also file the following representation statement. The parties to the judgment appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Plaintiffs**

*All plaintiffs* are represented by the following attorneys:

Sidney Powell (admitted pro hac vice)
Sidney Powell PC
Texas Bar No. 16209700
(517) 763-7499
Sidney@federalappeals.com

Of Counsel:
Emily P. Newman (Virginia Bar No. 84265)*
Julia Z. Haller (D.C. Bar No. 466921) (admitted pro hac vice)
Brandon Johnson (D.C. Bar No. 491730)*

2911 Turtle Creek Blvd. Suite 300
Dallas, Texas 75219

*Application for admission pro hac vice not yet submitted

| | |
|---|---|
| 1 | Alexander Kolodin, AZ Bar No. 030826 |
| | Christopher Viskovic, AZ Bar No. 035860 |
| 2 | **KOLODIN LAW GROUP PLLC** |
| 3 | 3443 N. Central Ave. Ste. 1009 |
| | Phoenix, AZ  85012 |
| 4 | Telephone: (602) 730-2985 |
| | Facsimile: (602) 801-2539 |
| 5 | E-Mail: |
| 6 | Alexander.Kolodin@KolodinLaw.com |
| | CViskovic@KolodinLaw.com |
| 7 | SAtkinson@KolodinLaw.com (file copies) |
| 8 | L. Lin Wood (Georgia Bar No. 774588)* |
| | L. LIN WOOD, P.C. |
| 9 | P.O. Box 52584 |
| | Atlanta, GA 30305-0584 |
| 10 | Telephone: (404) 891-1402 |
| 11 | *Application for admission pro hac vice not yet submitted |
| 12 | Howard Kleinhendler (New York Bar No. 2657120) (admitted pro hac vice) |
| | Howard Kleinhendler Esquire |
| 13 | 369 Lexington Ave. 12th Floor |
| | New York, New York 10017 |
| 14 | (917) 793-1188 |
| | howard@kleinhendler.com |
| 15 | |
| 16 | **Defendants** |
| 17 | *Defendant Ducey* is represented by the following attorneys: |
| 18 | Brett W. Johnson (#021527) |
| 19 | Colin P. Ahler (#023879) |
| | Derek C. Flint (#034392) |
| 20 | Ian R. Joyce (#035806) |
| 21 | SNELL & WILMER L.L.P. |
| | One Arizona Center |
| 22 | 400 E. Van Buren, Suite 1900 |
| | Phoenix, Arizona 85004-2202 |
| 23 | Telephone: 602.382.6000 |
| 24 | Facsimile: 602.382.6070 |
| | E-Mail: bwjohnson@swlaw.com |
| 25 | cahler@swlaw.com |
| 26 | dflint@swlaw.com |
| | ijoyce@swlaw.com |
| 27 | |
| 28 | Anni L. Foster (#023643) |
| | General Counsel |

Office of Arizona Governor Douglas A. Ducey
1700 West Washington Street
Phoenix, Arizona 85007
Telephone: 602-542-4331

E-Mail: afoster@az.gov

*Defendant Hobbs* is represented by the following attorneys:

Roopali H. Desai (024295)
D. Andrew Gaona (028414)
Kristen Yost (034052)
**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue, Suite 1900
Phoenix, AZ 85004
T: (602) 381-5478
rdesai@cblawyers.com
agaona@cblawyers.com
kyost@cblawyers.com

Stephen E. Morrissey
**SUSMAN GODFREY L.L.P.**
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
T: (206) 516-3880
smorrissey@susmangodfrey.com

Stephen Shackelford
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
T: (212) 336-8330
sshackelford@susmangodfrey.com

Davida Brook
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
T: (310) 789-3100
dbrook@susmangodfrey.com

Justin A. Nelson
**SUSMAN GODFREY L.L.P.**
1000 Louisiana, Suite 5100

Houston, TX 77002-5096
T: (713) 651-9366
jnelson@susmangodfrey.com

*Defendant-Intervenors Maricopa County Board of Supervisors and Maricopa County Recorder, Adrian Fontes* are represented by the following attorneys:

ALLISTER ADEL
MARICOPA COUNTY ATTORNEY
Thomas P. Liddy (019384)
Emily Craiger (021728)
Joseph I. Vigil (018677)
Joseph J. Branco (031474)
Joseph E. LaRue (031348)
Deputy County Attorneys
liddyt@mcao.maricopa.gov
craigere@mcao.maricopa.gov
vigilj@mcao.maricopa.gov
brancoj@mcao.maricopa.gov
laruej@mcao.maricopa.gov
CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4317

ca-civilmailbox@mcao.maricopa.gov

Respectfully submitted this 10th day of December, 2020

/s/Sidney Powell
Sidney Powell
Sidney Powell PC
Texas Bar No. 16209700

2911 Turtle Creek Blvd, Suite 300
Dallas, Texas 75219

Of Counsel:
Emily P. Newman (Virginia Bar No. 84265)
Julia Z. Haller (D.C. Bar No. 466921)
Brandon Johnson (D.C. Bar No. 491730)

Alexander Kolodin (AZ Bar No. 030826)
Chris Viskovic (AZ Bar No. 035860)
Kolodin Law Group PLLC

3443 N. Central Ave Ste 1009
Phoenix, AZ 85012

2911 Turtle Creek Blvd. Suite 300
Dallas, Texas 75219

L. Lin Wood (Georgia Bar No. 774588)
L. LIN WOOD, P.C.
P.O. Box 52584
Atlanta, GA 30305-0584
Telephone: (404) 891-1402

Howard Kleinhendler (New York Bar No. 2657120)
Howard Kleinhendler Esquire
369 Lexington Ave. 12th Floor
New York, New York 10017
(917) 793-1188
howard@kleinhendler.com