|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | APR 13 2021 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

TYLER BOWYER; et al.,

    Plaintiffs-Appellants,

v.

DOUG DUCEY, in his official capacity as Governor of the State of Arizona; KATIE HOBBS, in her official capacity as the Arizona Secretary of State,

    Defendants-Appellees,

MARICOPA COUNTY BOARD OF SUPERVISORS; ADRIAN FONTES,

    Intervenor-Defendants-Appellees.

No.   20-17399

D.C. No. 2:20-cv-02321-DJH
District of Arizona,
Phoenix

ORDER

The motion (Docket Entry No. 6) for voluntary dismissal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7

LK/Pro Mo